```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 6/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYCE CORLEY,

          Plaintiff,

- against -

HONORABLE BONNIE G. WITTNER, ET AL.,
          Defendants.

---

15-cv-9621 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, District Judge:

    To allow the plaintiff to effect service on the Honorable Bonnie G. Wittner, Michael J. Barry, Ports & Files, Inc., and Cyrus R. Vance, Jr., John Temple, David Stuart, Greg Weiss, and John Doe, through the U.S. Marshals Service, the Clerk of Court is instructed to send one U.S. Marshal Service Process Receipt and Return form ("USM-285 form") for each defendant who has not yet been served. Within thirty days of the date of this order, the plaintiff must complete a USM-285 form for each defendant and return those forms to the Court. It is the plaintiff's responsibility to ensure that the summonses and complaint are served within 90 days of the issuance of the summonses. The summonses issued on May 25, 2016, are still effective.

**SO ORDERED.**

Dated:    New York, New York
           June 20, 2016

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge