Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

February 5, 2018

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                              Re: **Pre-Motion Conference** (Feb. 12, 2018)
                                   in the matter of
                                   Corley v. Vance, et al., 15 Civ. 1800
                                   Corley v. Wittner, et al., 15 Civ. 9621
                                   (J. Failla)(M.J. Cott)

Judge Failla:

    This correspondence is to propose an agenda to discuss for the pre-motion on Feb. 12, 2018, to assist the Court with conducting the four conferences in a timely and orderly fashion:

    A. 1:30PM Conference (Service Provider-Defendants)
        1. Service-Related Motions (Dkt. #84, 91-92, 98, 110-111, 114, 122, etc.)
        2. Motions to Dismiss (Plaintiff recommends Summary Judgment Motions for the Service Providers instead because their primary defense is that they complied with court orders, however the complaint contradicts this contention, let them prove what orders they followed.)

    B. 2:00PM Conference (Banking-Defendants)
        1. Motions to Dismiss (Summary Judgment Motions recommended as above.)

    C. 2:30PM Conference (City/ConEd-Defendants)
        1. Service-Related Motions (Dkt. #..., 128, 133, etc.)
        2. Motions to Dismiss
        3. Motion for Sanctions (Dkt. #120)

    D. 3:00PM Conference (Wittner-Defendants)
        1. Motions to Dismiss (Dkt. #32-34, 43-45, 54, 71, etc.)
        2. Motion for Default Judgment (Dkt. #56)

    E. All Conferences
        1. Motion for Recusal (Judge Failla)
        2. Scheduling Order for Dispositive Motions

    WHEREFORE, Plaintiff Royce Corley, acting pro se, prays that this proposed agenda would be adopted in its entirety without limitation to other agendum added.

Respectfully submitted,

*/s/ Royce Corley*
Royce Corley

Inmate Name: Royce Corley
Register Number: 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

UCM P3
SDNY

LEGAL MAIL

2018 FEB -7 PM 3:58
CLERK'S OFFICE

⬦68011-054⬦
Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
NEW YORK, NY 10007
United States

Pro se
SM

