UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYCE CORLEY           Plaintiff,<br><br>-against-<br><br>HONORABLE BONNIE G. WITTNER, J.S.C.;<br>MICHAEL J. BARRY; PORTS & FILES, INC.;<br>GLENN F. HARDY, ESQ.; GLENN F. HARDY,<br>P.C.; CYRUS R. VANCE, JR.; JOHN TEMPLE;<br>DAVID STUART; GREG WEISS; JOHN DOE;<br>AND THE CITY OF NEW YORK<br><br>          Defendants. | 2015 CV 9621 (KPF)<br><br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and on the prior pleadings, proceedings and papers herein, the undersigned will move this Court at the United States Courthouse, 40 Foley Square, New York, New York 10007, on August 3, 2018, or as soon thereafter as defendants may be heard, for an order pursuant to 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint as to defendants Cyrus R. Vance, Jr., John Temple, David Stuart and Greg Weiss for failure to state a claim upon which relief may be granted, and for any other fair and equitable relief that may be appropriate.

Dated:   New York, New York
         July 13, 2018

                                        Respectfully submitted,

                                        **CYRUS R. VANCE, JR.**
                                        District Attorney, New York County
                                        as Special Assistant Corporation Counsel
                                        One Hogan Place
                                        New York, New York 10013
                                        (212) 335-9209 (telephone)
                                        (212) 335-4390 (facsimile)

By: _____/s/_____ _____
Christina Ante (CA-1227)
Assistant District Attorney
Of Counsel

TO: BY FIRST CLASS MAIL AND ECF
Royce Corley
*Plaintiff Pro Se*
68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811
137 Montague Street
No. 300
Brooklyn, New York 11201