UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ROYCE CORLEY            Plaintiff,

    -against-

HONORABLE BONNIE G. WITTNER, J.S.C.;
MICHAEL J. BARRY; ORTS & FILES, INC.; GLENN
F. HARDY, ESQ.; GLENN F. HARDY, P.C.; CYRUS
R. VANCE, JR.; JOHN TEMPLE; DAVID STUART;
GREG WEISS; JOHN DOE; AND THE CITY OF
NEW YORK

                      Defendants.
------------------------------------------------------------------- x

**DECLARATION OF**
**CHRISTINA ANTE**

¶

2015 CV 9621(KPF)

      **CHRISTINA ANTE**, declares pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

      1. I am an Assistant District Attorney in the office of Cyrus R. Vance, Jr., New York County District Attorney, and I represent Defendants New York County District Attorney Cyrus R. Vance, Jr., Assistant District Attorneys John Temple, David Stuart, and Greg Weiss (hereinafter "DA Defendants") in the above-captioned matter. As such, I am familiar with the facts stated below.

      2. This declaration is submitted in support of the DA Defendants' motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      3. A copy of the Criminal Court Complaint for *The People of the State of New York v. Royce Corley*, docket number 2012NY007628 is annexed hereto as Exhibit "A."

      4. A copy of Indictment Number 423/2012 in the case of *The People of the State of New York v. Royce Corley* is annexed hereto as Exhibit "B."

5. A copy of the Southern District of New York Indictment 13 CR 048, *The United States of America v. Royce Corley* is annexed hereto as Exhibit "C."

6. A copy of the Superseded Indictment 13 CR 048, *The United States of America v. Royce Corley* is annexed hereto as Exhibit "D."

7. A copy of the Recommendation of Dismissal is annexed hereto as Exhibit "E."

8. A copy of the Pre-Trial Transcript dated February 7, 2013, for 13 CR 048 is annexed hereto as Exhibit "F."

9. A copy of the Judgment for 13 CR 048 is annexed hereto as Exhibit "G."

10. A copy of *United States v. Corley*, 679 Fed. Appx. 1 (2d Cir. 2017) is annexed hereto as Exhibit "H."

11. A copy of the denial of a writ of certiorari in *Corley v. United States*, 138 S.Ct. 205 (2017) is annexed hereto as Exhibit "I."

12. A copy of portion of the criminal trial transcript, *United States v. Corley*, 13 CR 048 is annexed hereto as Exhibit "J."

Dated: New York, New York
       July 13, 2018

                            CYRUS R. VANCE, JR.
                            District Attorney, New York County
                            1 Hogan Place
                            New York, New York 10013
                            (212) 335-9209 telephone
                            (212) 335-4390 facsimile

By: ____/s/_____
      Christina Ante (CA-1227)
      Assistant District Attorney
        Of Counsel