# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

       -against-

ROYCE CORLEY,

                               Defendant.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **PROMOTING PROSTITUTION IN THE THIRD DEGREE**, in violation of Penal Law §230.25(1), committed as follows:

The defendant, in the County of New York, on or about January 12, 2012, knowingly advanced and profited from prostitution by managing, supervising, controlling, and owning, either alone or in association with others, a prostitution business and enterprise involving prostitution activity by two or more prostitutes.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **PROMOTING PROSTITUTION IN THE THIRD DEGREE**, in violation of Penal Law §230.25(2), committed as follows:

The defendant, in the County of New York, on or about January 12, 2012, knowingly advanced and profited from prostitution of a person who was less than nineteen years old.

                                                              CYRUS R. VANCE, JR.
                                                              District Attorney

SNC GJ #PM2-21

Filed:        Waived        2012NY007628

Special Narcotics
Grand Jury - PM2

PART 1 JAN 2 6 2012

No. 1/23-2012

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ROYCE CORLEY,

                             Defendant.

### INDICTMENT

PROMOTING PROSTITUTION IN THE THIRD DEGREE, P.L. §230.25(1)
PROMOTING PROSTITUTION IN THE THIRD DEGREE, P.L. §230.25(2)

CYRUS R. VANCE, JR., District Attorney

A True Bill

David Stuart
Trial Bureau 60

Foreman

ADJOURNED TO PART _____ ON _____