# EXHIBIT C



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INDICTMENT

    -v.-                            :   12 Cr. _____

ROYCE CORLEY,                       :
    a/k/a "Ron Iron",
                                    :
            Defendant.                  13 CRIM 048
- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From at least in or about August 2011 up to and including in or about January 2012, in the Southern District of New York and elsewhere, ROYCE CORLEY, a/k/a "Ron Iron," the defendant, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, and did benefit, financially and by receiving a thing of value, from participation in a venture which has engaged in such act, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and a combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, to wit, CORLEY recruited, enticed, transported, provided, obtained and maintained a person who was less than 18-years old ("Victim-1"), causing images of Victim-1 to be transmitted over the internet for the purposes of engaging in commercial sex

acts, and compelling Victim-1 to engage in commercial sex acts that benefitted CORLEY financially.

(Title 18, United States Code, Sections 1591(a) & (b)(2).

### COUNT TWO

The Grand Jury charges:

2. From at least in or about August 2011 up to and including in or about January 2012, in the Southern District of New York and elsewhere, ROYCE CORLEY, a/k/a "Ron Iron," the defendant, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, and did benefit, financially and by receiving a thing of value, from participation in a venture which has engaged in such act, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and a combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, to wit, CORLEY recruited, enticed, transported, provided, obtained and maintained a person who was less than 18-years old ("Victim-2"), causing images of Victim-2 to be transmitted over the internet for the purposes of engaging in commercial sex acts, and compelling Victim-2 to engage in commercial sex acts that benefitted CORLEY financially.

(Title 18, United States Code, Sections 1591(a) & (b)(2).

FORFEITURE ALLEGATION

3. As a result of committing the sex trafficking offense as alleged in Counts One and Two of this Indictment, ROYCE CORLEY, a/k/a "Ron Iron," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594: (1) any property, real and personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

>(Title 18, United States Code, Section 1594;
>Title 21, United States Codes, Section 853; and
>Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ROYCE CORLEY,
a/k/a "Ron Iron"

Defendant.

---

**INDICTMENT**

12 Cr. ___

(18 U.S.C. §§ 1591(a) and (b)(2).)

PREET BHARARA
United States Attorney.

*[signature]*

*1/22/13 - Filed Indictment.*
*AC   A/War issued.*
*Case assigned to Judge Koeltl.*
*Judge Francis*
*US M.J.*