# EXHIBIT F

Case 1:15-cv-09621-KPF Document 90-6 Filed 07/13/18 Page 2 of 9
Case 1:13-cr-00048-AJN Document 5 Filed 02/28/13 Page 1 of 8

1

D27BCORC                    Conference

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              13 CR 48 (JGK)

 5   ROYCE CORLEY,

 6              Defendant.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                February 7, 2013
 9                                              3:40 p.m.

10
     Before:
11
                    HON. JOHN G. KOELTL,
12
                                                District Judge
13

14                       APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     TATIANA R. MARTINS
17   AMANDA KRAMER
          Assistant United States Attorneys
18
     FEDERAL DEFENDERS OF NEW YORK
19        Attorneys for Defendant
     PHILIP L. WEINSTEIN
20

21

22

23

24

25
```

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 3 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 2 of 8
2
D27BCORC                    Conference

1        (In open court)
2        THE DEPUTY CLERK:  *United States of America v. Royce
3    Corley.*
4        Will all parties state who they are for the record.
5        MS. MARTINS:  Tatiana Martins for the United States
6    and with me is my colleague, AUSA Amanda Kramer.  Good
7    afternoon, your Honor.
8        MS. KRAMER:  Good afternoon, your Honor.
9        THE COURT:  Good afternoon.
10       MR. WEINSTEIN:  Phil Weinstein, Federal Defenders, for
11   Mr. Corley.
12       THE COURT:  Good afternoon.  I note that the defendant
13   is present.
14       All right.  Where are we?
15       MS. MARTINS:  Your Honor.  Mr. Corley was relocated
16   from the State on January 29th, 2013.  He was presented and
17   arraigned on that day as a referral from your chambers, and so
18   we're here today for the initial pretrial conference.
19       THE COURT:  Okay.  Tell me about the case, please.
20       MS. MARTINS:  Your Honor, this is a two-count
21   indictment against Mr. Corley for sex trafficking of a minor in
22   violation of Section 1591(a) and (b)(2).
23       THE COURT:  Yes?
24       MS. MARTINS:  And he faces, pursuant to those charges,
25   a statutory minimum of ten years.

Case 1:15-cv-09621-KPF Document 90-6 Filed 07/13/18 Page 4 of 9
Case 1:13-cr-00048-AJN Document 5 Filed 02/28/13 Page 3 of 8          3
D27BCORC                    Conference

1          THE COURT:  Have you begun to make discovery?
2          MS. MARTINS:  Your Honor, the government has made some
3   preliminary discovery and we are in the process of working with
4   the DA's office in Manhattan who originally had this case to
5   gather-- it's a significant volume of discovery.  There are
6   bank records, visa records, computer records from both
7   Mr. Corley's work and home.  There are also several types of
8   media that were seized in connection with a search warrant that
9   contained many, many pictures and other types of files.  So we
10  are in the process of gathering that.
11         The government is also considering -- or
12  investigating, I should say, whether we may supersede the
13  indictment with a child pornography count or counts.  So that's
14  where we are.
15         THE COURT:  Are there any charges that remain pending
16  in the state?
17         MS. MARTINS:  No, your Honor.  My understanding is the
18  state has dismissed their case once Mr. Corley was indicted
19  federally.
20         THE COURT:  Okay.  Are there any statements?
21         MS. MARTINS:  The government's understanding is
22  Mr. Corley has not made any statements in connection with this
23  case.
24         THE COURT:  I'm not quite sure if that was
25  deliberately couched or not.

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 5 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 4 of 8        4
D27BCORC                       Conference

```
 1            MS. MARTINS:  No, your Honor.  I haven't had a chance
 2   to review all of the materials, obviously, because they're with
 3   the state and there was a significant amount of investigation
 4   before we took the case.  So my understanding from the ADA is
 5   that there are no statements.
 6            THE COURT:  Okay.  I mean, obviously if there are
 7   statements that are covered by the rules, you'll turn them
 8   over.
 9            MS. MARTINS:  Of course.
10            THE COURT:  And how much time do you need to complete
11   discovery?
12            MS. MARTINS:  Your Honor, we'd like one month.
13            THE COURT:  Okay.
14            MS. MARTINS:  In addition, your Honor, I just wanted
15   to mention that we've been in discussions starting today with
16   Mr. Weinstein about how to produce some of the files which
17   contained pornographic materials as well as potentially child
18   pornography.  So we're in discussions about how to make those
19   files available to the defendant in a way that obviously
20   satisfies all of the rules of the MDC and the MCC.
21            THE COURT:  Okay.  Mr. Weinstein, is there anything
22   you'd like to tell me?
23            MR. WEINSTEIN:  Just a couple of short things.  Number
24   one, at least my understanding is there was probably a lineup
25   in this case.  I'm not positive, but I think one of the alleged
```

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 6 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 5 of 8      5
D27BCORC                        Conference

1  victims may have made a proporial identification.
2          Second, the complication that the government just
3  mentioned, and a possible solution which we'll need the Court's
4  assistance on, and this is being done by Judge Gardephe in the
5  *Valley* case, is that-- and the government is looking into this.
6  So that the government would supply-- some of the material
7  would be considered contraband if it was in prison, especially
8  sexually explicit images.
9          So what they did in that case is the government
10 supplied a laptop which had no ability to e-mail or use the
11 internet.  They then loaded the material on, they are inspected
12 by the marshals and the BOP, and then the defendant was
13 permitted in a restricted area to review it.
14         So assuming the government will check that out with
15 the prosecutors in that case and there have been no problems
16 with that, we might ask the Court for an order for similar
17 access.
18         THE COURT:  Okay.  It sounds as though one month for
19 discovery seems reasonable.  I would normally set this down
20 then for another conference a reasonable period of time after
21 the defense has had an opportunity to review that discovery and
22 to determine what motions, if any, the defense intends to make.
23         That would probably -- depending upon how much time
24 you think, Mr. Weinstein.  A month?  Six weeks?
25         MR. WEINSTEIN:  I would assume from the time we get

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 7 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 6 of 8

6
D27BCORC                        Conference

```
 1  it, yes, I think that would be about right.  As I said, the
 2  only complicating factor is getting BOP on board so that
 3  Mr. Corley can review the material.  And I don't know what the
 4  volume is either.  I don't know in terms of the number of
 5  documents plus images and all the rest, but I think at least
 6  for conference purposes, that would be fine.
 7           THE COURT:  How about Tuesday, April 23rd at 4:30
 8  p.m.?  Is that satisfactory for both sides?
 9           MS. MARTINS:  That's fine for the government, your
10  Honor.
11           MR. WEINSTEIN:  That's fine, your Honor.
12           THE COURT:  Okay.  Another conference April 23, 4:30
13  p.m.  I will exclude prospectively the time from today until
14  April 23rd from speedy trial calculations.  The continuance is
15  designed to assure effective assistance of counsel; it's
16  designed to allow the government to complete discovery and the
17  defense to review it; and to determine what motions, if any,
18  the defense intends to make.
19           The Court finds that the ends of justice served by
20  ordering the continuance outweigh the best interests of the
21  defendant and the public in a speedy trial.  This order of
22  exclusion is made pursuant to 18 U.S.C. Section 3151(h)(7)(A).
23           Is there any time off the speedy trial clock?  I had
24  excluded time until today-- or, rather, I'm sorry --
25           MS. MARTINS:  The magistrate judge did exclude time
```

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 8 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 7 of 8      7
D27BCORC                          Conference

1   until today, your Honor.
2           THE COURT:  So no time off the speedy trial?
3           MS. MARTINS:  No time.
4           THE COURT:  You agree with that, Mr. Weinstein?
5           MR. WEINSTEIN:  Yes, that's correct.
6           THE COURT:  Okay.  Anything else?
7           MR. WEINSTEIN:  Your Honor, so assuming the government
8   is comfortable with the procedure I had mentioned to the Court
9   previously, Judge Gardephe just did it on the transcript,
10  although we could submit a joint order to the Court.  It's your
11  preference.  Then we would then send it to the BOP and the
12  marshals.
13          THE COURT:  If the transcript is satisfactory for the
14  BOP and the marshals, and the parties agree with it after
15  checking with-- is it the MCC?
16          MR. WEINSTEIN:  MDC.
17          THE COURT:  -- after checking with the MDC, that's
18  fine with me.  And the transcript can act as the order of the
19  Court unless the BOP or the marshals need a separate order.
20          MR. WEINSTEIN:  So assuming it's-- just so the
21  transcript is clear, if this is what we're submitting, that the
22  Court is -- assuming the parties agree to this, we can then
23  submit it to the BOP and to the marshals.
24          THE COURT:  Right.
25          MR. WEINSTEIN:  Okay.

Case 1:15-cv-09621-KPF   Document 90-6   Filed 07/13/18   Page 9 of 9
Case 1:13-cr-00048-AJN   Document 5   Filed 02/28/13   Page 8 of 8

D27BCORC                        Conference
                                                                    8

```
 1              THE COURT:  To allow an agreed-upon computer that will
 2    go to the MDC, where the MDC will make an arrangement available
 3    that the defendant can view that computer at a secure location
 4    at the MDC.  So it requires that the Bureau of Prisons agree on
 5    that; that they have a place to let the defendant see it; and
 6    that whatever procedures the BOP has to get the computer into
 7    the prison, put it in the room and let the defendant see it,
 8    that's certainly agreeable to the Court.  And if the BOP needs
 9    an order saying go forward, this transcript can act as that
10    order.
11              MR. WEINSTEIN:  Thank you.
12              MS. MARTINS:  And, your Honor, the government will let
13    Mr. Weinstein know if there are any objections by Monday.
14              THE COURT:  That's fine.
15              MR. WEINSTEIN:  That's fine.  Thank you, your Honor.
16              THE COURT:  Okay.  Anything else?
17              MR. WEINSTEIN:  Not from the defense.
18              MS. MARTINS:  Not from the government.  Thank you.
19              THE COURT:  Very well.  Nice to see you all.
20              (Adjourned)
21
22
23
24
25
```