UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | |
|---|---|
| ROYCE CORLEY, | Docket No.: 15-CV-9621 |
|  | (KPF) |
| *Plaintiff,* |  |
| -against- | **<u>NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)</u>** |
| HONORABLE BONNIE G. WITTNER, J.S.C.; MICHAEL J. BARRY; PORTS & FILES, INC.; GLENN F. HARDY, ESQ.; GLENN F. HARDY, P.C.; CYRUS R. VANCE, JR.; JOHN TEMPLE; DAVID STUART; GREG WEISS; JOHN DOE; AND THE CITY OF NEW YORK |  |
| *Defendants.* |  |

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the instant Notice of Motion, Declaration of Andrew S. Kowlowitz, sworn to on August 3, 2018, and the exhibits annexed thereto, together with the accompanying Memorandum of Law dated August 3, 2018, Defendants GLENN F. HARDY, ESQ., and GLENN F. HARDY, P.C., hereby moves this Court, before Honorable Katherine Polk Failla, U.S. District Judge at the New York Federal Courthouse located at 40 Foley Square, New York, New York, on a date determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the complaint of Plaintiff ROYCE CORLEY, in its entirety, with prejudice, and for such other and further relief as this Court may deem just, proper, and equitable.

Dated:   New York, New York
         August 3, 2018

FURMAN KORNFELD & BRENNAN LLP

By:   /s/ Jason A. Kayne
      Andrew S. Kowlowtiz, Esq.
      Jason A. Kayne, Esq.
      *Attorneys for Defendants*
      GLENN F. HARDY, ESQ. and
      GLENN F. HARDY, P.C.
      61 Broadway, 26th Floor
      New York, New York 10006
      (212) 867-4100
      FKB File No.: 313.148