UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Royce Corley,<br><br>                                           Plaintiff,<br><br>- against -<br><br>Honorable Bonnie G. Wittner, J.S.C.; Michael J. Barry; Ports & Files, Inc.; Glenn F. Hardy, Esq.; Glenn F. Hardy, P.C.; Cyrus R. Vance, Jr.; John Temple; David Stuart; Gregg Weiss; John Doe; and the City of New York,<br><br>                                           Defendants. | **Notice of Motion<br>To Dismiss the<br>Complaint**<br><br>2015-CV-9621 (KPF) [rel. 15-cv-1800] |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Justice Wittner's Motion to Dismiss the Complaint, dated August 3, 2018; and all other pleadings, papers and proceedings herein, Defendant the Honorable Bonnie G. Wittner, a Justice of the Supreme Court of the State of New York, New York County, Criminal Term, by her attorney, BARBARA D. UNDERWOOD, Attorney General of the State of New York, shall move this Court at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing the plaintiff's claims against Justice Wittner, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting any other relief the Court may deem just and proper.

Dated: New York, New York
August 3, 2018

                BARBARA D. UNDERWOOD
                Attorney General of the State of New York
                *Counsel for Justice Wittner*
                By:

                */s/ Jonathan D. Conley*
                Jonathan D. Conley
                Assistant Attorney General
                28 Liberty Street
                New York, New York 10005
                (212) 416-8108

Copies (*by first class mail*):    Royce Corley
                                Reg. No. 68011-054
                                Federal Correctional Institution
                                33 1/2 Pembroke Road
                                Danbury, CT 06811