**CERTIFICATE OF SERVICE**

I certify that on June 26, 2018 I served a true and correct copy of Michael Barry and Ports & Files, Inc.'s Notice of Motion to Dismiss Pursuant to Rule 12(b)(6), Declaration in Support of 12(b)(6), Motion to Dismiss & Memorandum of Law in Support of Motion to Dismiss on the below listed pro se plaintiff by first class mail at the following address designated by him for that purpose:

> ROYCE CORLEY #68011-054
> FEDERAL CORRECTIONAL INSTITUTION
> 33 ½ PEMBROKE ROAD
> DANBURY, CT 068011-3099

I also certify that on June 26, 2018, a true and correct copy of same was electronically filed on the CM/ECF system, which automatically serves a Notice of Electronic Filing following attorneys in this action:

Andrew Seth Kowlowitz, Esq.
Dara Lebwohl, Esq.
Counsel for Glenn f. Hardy

Colin McCann Ceriello, Esq.
Counsel for the city of New York

Christina Ante, Esq.
Counsel for the New York County District Attorney, Cyrus Vance, Jr. & Assistant District Attorneys John Temple, David Stuart and Greg Weiss

I certify that the attorneys listed above are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Daniel J. Gotlin
Attorney for Michael Barry & Ports & Files, Inc.
100 Lafayette Street, Suite 304
New York, NY 10014
(212) 966-5897