UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROYCE CORLEY,

                                  Plaintiff,

v.

HON. BONNIE G. WITTNER, et al.,

                                  Defendants.

_____

15 Civ. 9621
(Failla, J.)

DECLARATION

### DECLARATION OF ROYCE CORLEY

STATE OF VIRGINIA      )
                          > s.s.:
COUNTY OF PRINCE GEORGE )

    Plaintiff ROYCE CORLEY, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1. My name is Royce Corley. I am over 18 years of age. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated in this declaration are believed to be true and correct.

    2. I am the sole Plaintiff in this action proceeding pro se. I make this declaration in opposition to the Defendants' motions to dismiss, and in support of Plaintiff's cross-motions to enter default, partial judgment on the pleadings, leave to take discovery and to amend the complaint (if necessary).

### ANNEXED EXHIBITS

    3. A true and correct copy of the signed and sealed CERTIFICATE OF DISPOSITION DISMISSAL in the matter of People v. Royce Corley, Case No. 00423-2012 (N.Y. Ct. Sup. Ct.) is annexed hereto as Plaintiff's Exhibit "A."

    4. A true and correct copy of a letter from the Supreme Court of the State of New York, Appellate Division--1st Dep't In Re People v. Nathaniel Jackson, Case No. 04157-2011 (dated Sep. 24, 2014) is annexed as Plaintiff's Exhibit "B."

5. A true and correct copy of a reproduced Affidavit of Herbert L. Rogers In Re People v. Ricardo Kimble, Case No. 03621-1999 (dated May 4, 2004) is annexed hereto as Plaintiff Exhibit "C."

6. A true and correct copy of "Demographics of all Arrests for Prostitution in the County of New York (1990-2015)" from the N.Y.S. Division of Criminal Justice Services (dated Aug. 17, 2016) is annexed as Plaintiff's Exhibit "D-1."

7. A true and correct copy of "Demographics of all Convictions for Prostitution in the County of New York (1990-2015)" from the N.Y.S. Div. of Crim. Jus. Servs. (dated Nov. 1, 2016) is annexed as Plaintiff's Exhibit "D-2."

8. A true and correct copy of excerpts from the book entitled "Call Girl Confidential: An Escort's Secret Life as an Undercover Agent" by Rebecca Kade (c) 2014 (pgs. 98-111, 136-139, 164-173) is annexed as Plaintiff's Exhibit "E."

9. A true and correct copy of a letter from Glenn F. Hardy, Esq. to the Nassau County Bar Association, Committee on Grievances, File #N-1902-14 (dated Oct. 8, 2014) is annexed hereto as Plaintiff's Exhibit "F."

10. A true and correct copy of an "NYC Assigned Counsel Plan--Expert Voucher for 722-c Services" with supporting records (dated Nov. 20, 2013) is annexed hereto as Plaintiff's Exhibit "G."

11. A true and correct copy of a N.Y. Daily News article entitled "Lawyer: Brooklyn district attorney's office dropping problem-plagued case of four men charged in rape of Orthodox Jewish woman" by Oren Yaniv, et al. (dated Jun. 21, 2012) is annexed hereto as Plaintiff's Exhibit "H-1."

12. A true and correct copy of a PIX-11 article entitled "FIRST ON PIX: Alleged pimp brands his prostitutes with tattoos ..." by Mario Diaz, et al. (dated Dec. 19, 2012) is annexed hereto as Plaintiff's Exhibit "H-2."

13. A true and correct copy of a N.Y. Post article entitled "Sex-trap twin gets slammer" by Rebecca Rosenberg (date unknown) is annexed hereto as Plaintiff's Exhibit "I."

14. A true and correct copy of a Gotham Gazette article entitled "New York Must Strengthen Sex Trafficking Laws" by Cyrus Vance, Jr. (dated Jan. 28, 2015) is annexed hereto as Plaintiff's Exhibit "J-1."

15. A true and correct copy of a N.Y. Post article entitled "'Cuffs' On Prosecutors" by Yoav Gonen, et al. (dated Apr. 18, 2018) is annexed hereto as Plaintiff's Exhibit "J-2."

16. A true and correct copy of a N.Y. Daily News article entitled "Pimp a less-fit dad than 3-year-old's hooker mom" by Janon Fisher (dated Aug. 1, 2012) is annexed hereto as Plaintiff's Exhibit "J-3."

17. A true and correct copy of District Attorney Press Release entitled "DA VANCE: SEX TRAFFICKER SENTENCED TO 10-2/3-TO-32 YEARS IN PRISON" by Cyrus R. Vance, Jr. (dated Feb. 5, 2014) is annexed hereto as Plaintiff's Exhibit "J-4."

<u>EXHIBITS INCORPORATED BY REFERENCE</u>
(the following exhibits are in the possession of
the U.S. Attorney and Plaintiff has no means to
disseminate these records in electronic form)

18. A true and correct description of "Investigation Bureau Follow-up Reports" by DANY indicating investigation of Royce Corley between August 2011 and January 2012 (Bates US 000002-000009) is incorporated by reference as Plaintiff's Exhibit "K-1."

19. A true and correct description of an "e-Justice NY Background Search" of Royce Corley by John Temple dated Sep. 8, 2011 (Bates US 000010-000012) is incorporated by reference as Plaintiff's Exhibit "K-2."

20. A true and correct description of a "LexisNexis® Background Search" of Royce Corley, circa 2010 (Bates US 000013-000036) is incorporated by reference as Plaintiff's Exhibit "K-3."

<u>STATEMENTS PURSUANT TO RULE 56(d)</u>

21. The foregoing statements are made in support of Plaintiff's cross-motion to take discovery and to deny any motion construed as summary judgment pursuant to Fed. R. Civ. P. 56(d)--

22. Plaintiff seeks the following facts from discovery with respect to each of the following claims to prevail on summary judgment or at trial (these facts below should be considered in aggregation):

## COUNT I
### (Privacy)

(a) Records of all court orders issued by Judge Wittner before the Grand Jury gave her jurisdiction on February 15, 2012, pursuant to N.Y. Crim. Proc. Law § 10.20(2);

(b) Records of all evidence obtained by DANY and the legal authority used to obtain them;

(c) Transcripts, docket entries and other records from all cases that were used to obtain Corley's records, e.g., People v. Jackson, Brito, et al.;

(d) Testimony from Judge Wittner and DANY about the role they played in obtaining Corley's records and explaining how they had jurisdiction;

## COUNT II
### (Outrageous Government Conduct)

(e) Testimony and prior statements from E.S.W. a/k/a "Minna" about her interactions with Judge Wittner, DANY and other law enforcement agencies;

(f) Testimony and prior statements from J.M.L. a/k/a "Phebe" about her interactions with Minna, DANY and other law enforcement (specifically, she intimated to Corley that she learned that Minna was "working for a Judge and Prosecutor;"

(g) Investigative file from DANY, NYPD and other law enforcement regarding Corley's case and other;

(h) Testimony from DANY about their investigative technique of compelling prostitutes to work as informants, e.g., Rebecca Kade, Minna, etc.;

## COUNT III
### (Speedy Trial)

(i) Records and testimony from Glenn F. Hardy and why he failed to preserve and assert Corley's speedy trial rights;

(j) Records and testimony from DANY and why it took over a year to dismiss a simple prostitution case against Corley;

(k) Records and testimony from prior clients of Glenn F. Hardy and Michael J. Barry that complained of speedy trial violations, leaks to the media, etc.

4

## COUNT IV
### (Obstruction of Justice)

(1) Records and testimony from Michael J. Barry on what investigative work he accomplished for Corley, his relationship with the media, his phone and e-mail records with the media and Mr. Hardy;

(m) Records from the N.Y.S. Div. of Crim. Justice Svcs., U.S. Attorney and DANY about the disposition and demographics of all cases forwarded for federal prosecution;

(n) Records and testimony from Glenn F. Hardy, Michael J. Barry, and their former clients regarding racial prejudice and bias;

## COUNT V
### (Equal Protection)

(o) Records from the N.Y.S. Div. of Crim. Justice Svcs. and DANY regarding the dispositions of prostitution cases distinguished by victim's race;

(p) Records from the N.Y.S. Unified Court System, Judge Wittner, and former defendants before her, regarding the disposition of Black defendants versus other races;

## COUNT VI-X
### (NIED, Malpractice, Unjust Enrichment, Fraud and Deceptive Business Practices)

(q) Records and testimony from the prior clients of Glenn F. Hardy and Michael J. Barry, whose cases were reported by the media;

23. All of the foregoing facts would present a genuine issue of material fact about the (a) motivations for each of the Defendants' actions, (b) racial prejudice and bias, (c) outrageous government conduct, (d) financial gain from their actions, (e) invasion of Corley's privacy, (f) deliberate violation of Corley's constitutional rights, (g) Corley's extended incarceration, etc.

24. The Court should be mindful that this is the pleading stage of the case in which the Complain MUST be construed to be true. Plaintiff has had some success with obtaining records through the Freedom of Information Laws. Plaintiff has also requested records directly from Mr. Hardy and Mr. Barry.

25. Plaintiff has been mostly unsuccessful in obtaining a majority of the aforementioned facts because the Defendants have refused to volunteer information, the State and Federal authorities have refused to honor their respective Freedom of Information laws, the State Court has sealed many records from public view, and because of fraud committed by the Defendants and the Federal Government. Furthermore, because Minna and Phebe were considered victims in Plaintiff's federal case, he is legally prevented from communicating with them to obtain their testimony.

Dated: November 18, 2018
      Petersburg, VA

 

PLAINTIFF-DECLARANT

Royce Corley, pro se
Reg. No. 68011-054
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA 23804-1000
68011054@imail.klolk.com

E X H I B I T   A

SUPREME COURT OF THE STATE OF NEW YORK        FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 02/26/2015                    CERTIFICATE OF DISPOSITION NUMBER: 49857

PEOPLE OF THE STATE OF NEW YORK        CASE NUMBER:           00423-2012
             VS.                       LOWER COURT NUMBER(S): 2012NY007628
                                       DATE OF ARREST:        01/25/2012
                                       ARREST #:              M12607660
                                       DATE OF BIRTH:         06/26/1984
CORLEY,ROYCE L                         DATE FILED:            01/26/2012

———————————————————————————————
             DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 02/01/2013 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  WITTNER,B   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 02/26/2015.

———————————————————————————————
                                          COURT CLERK

EXHIBIT  B

Supreme Court of the State of New York
Appellate Division - First Department
27 Madison Avenue
New York, N.Y. 10010
(212) 340-0400


September 24, 2014


Royce Corley(68011-054)
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

          Re: People v. Nathaniel Jackson
              Ind. #4157/11 & 34/12, New York

Dear Mr. Corley:

    This is to acknowledge receipt of your correspondence dated
September 1, 2014, requesting a copy of transcripts of the above-
listed defendant.

    Please be advised that the transcripts you seek are not
available for public viewing.

                         Yours truly,


                         Clerk's Office

E X H I B I T   C

<u>Kimble v. Brown</u>, 05 Civ. 8161 (SHS)(DFE), 2008 U.S. Dist. LEXIS 90983
(S.D.N.Y., Jul. 25, 2008):

Affidavit in support of 440 motion; filed upon the Supreme Court of the State of New York: By Ricardo Kimble Indictment number 3621/99

State of New York )

County of Orange ) ss.:

Herbert L. Rogers being duly sworn, desposes and says:

I am the Co-defendant of Ricardo Kimble In. No. 3621/99.

Ricardo and I were arrested on January 10, 1999., and while he participated i a jury trial, I struck a plea bargain and received a sentence of 9 years to life.

At no time did I make an agreement with a prosecutor, a Judge or anyone else that as a condition of my plea bargain I would not testify for Ricardo.

Nevertheless, on more than one occasion Judge **Bonnie Wittner** repeatedly threatened this affiant with federal prosecution in the event I should testify for Mr. Kimble.

As a result of those threats and others regarding the vacature of my plea agreement I did not testify.

It is my firm belief taht the outcome of Mr. Kimbles' trial would have been more favorable to him if the Jury had heard my testimony, particularly, but not limited to the facts that Mr. Kimble never saw any drugs, never saw any money, was not present when the drugs were purchased, never knew how much money I had in my possession, nor how much drugs I intended to purchase. I repeatedly tried to tell tha court all of the above facts but the Judge made it clear that she would not accept my plea unless I stated the facts in a way that was acceptable to the court. In light of te forgiong I dont believe Mr. Kimble received a fair trial.

/s/ Herbert L. Rogers

Herbert L. Rogers, 00A5604

<u>SWORN TO BefoRe Me This</u>

<u>4</u> DAY of <u>May 2004</u>

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

66011054

E X H I B I T   D-1

 **Division of Criminal
Justice Services**

August 17, 2016

Mr. Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

Dear Mr. Corley:

    This will acknowledge receipt of your Freedom of Information Law ("FOIL") request, received by the Division of Criminal Justice Services ("Division") requesting copies of all records in our agencies "Computerized Criminal History System" from the years 1990 through 2015, regarding the following:

- Demographics (by age, gender, race-ethnicity)of all arrest for Prostitution Offenses(Penal Law art. 230)in the County of New York ("Manhattan"), organized by the " Top Arrest Charge";

- Demographics (by age, gender, race-ethnicity) of all arrest for Sexual Offenses (Penal Law art. 130) in the County of New York ("Manhattan"), organized by the "Top Arrest Charge".

    Enclosed is the data that is responsive to your request.

    Pursuant to Public Officers Law §89(4)(a), you may appeal this determination to the Counsel, Division of Criminal Justice Services, 80 South Swan St., Albany, NY  12210.

Very truly yours,

Valerie Friedlander
Records Access Officer

Enclosure

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

**Top Arrest Charge: PL 230.00 PROSTITUTION**

| Year | Total Arrests | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Age Group: | | | | | | Gender: | | | Race-Ethnicity: | | | | |
| 1990 | 1322 | 0 | 160 | 446 | 452 | 158 | 84 | 18 | 0 | 4 | 0 | 59 | 1260 | 3 | 675 | 408 | 186 | 53 | 0 |
| 1991 | 615 | 0 | 44 | 163 | 170 | 134 | 66 | 28 | 8 | 2 | 0 | 53 | 561 | 1 | 269 | 144 | 148 | 54 | 0 |
| 1992 | 482 | 0 | 40 | 101 | 122 | 127 | 68 | 16 | 7 | 1 | 0 | 116 | 366 | 0 | 142 | 101 | 161 | 78 | 0 |
| 1993 | 576 | 0 | 46 | 116 | 177 | 112 | 84 | 25 | 6 | 10 | 0 | 163 | 413 | 0 | 183 | 125 | 191 | 76 | 1 |
| 1994 | 777 | 0 | 61 | 191 | 226 | 158 | 90 | 35 | 9 | 7 | 0 | 251 | 526 | 0 | 193 | 218 | 181 | 185 | 0 |
| 1995 | 602 | 0 | 47 | 126 | 163 | 132 | 95 | 28 | 6 | 5 | 0 | 134 | 466 | 2 | 140 | 125 | 197 | 140 | 0 |
| 1996 | 869 | 0 | 65 | 173 | 225 | 196 | 112 | 56 | 30 | 12 | 0 | 168 | 700 | 1 | 186 | 187 | 280 | 216 | 0 |
| 1997 | 705 | 0 | 88 | 116 | 179 | 140 | 98 | 48 | 28 | 8 | 0 | 124 | 578 | 3 | 182 | 206 | 190 | 127 | 0 |
| 1998 | 1004 | 0 | 138 | 249 | 193 | 174 | 142 | 70 | 16 | 22 | 0 | 188 | 816 | 0 | 269 | 297 | 308 | 130 | 0 |
| 1999 | 1020 | 0 | 114 | 258 | 222 | 186 | 136 | 67 | 22 | 37 | 0 | 209 | 807 | 4 | 200 | 228 | 388 | 204 | 0 |
| 2000 | 1206 | 0 | 207 | 299 | 232 | 201 | 136 | 75 | 28 | 19 | 0 | 317 | 887 | 2 | 269 | 375 | 415 | 147 | 0 |
| 2001 | 1246 | 0 | 251 | 287 | 253 | 200 | 135 | 84 | 27 | 9 | 0 | 361 | 883 | 2 | 227 | 433 | 448 | 138 | 0 |
| 2002 | 1472 | 0 | 312 | 348 | 261 | 195 | 168 | 119 | 52 | 17 | 0 | 426 | 1046 | 0 | 296 | 640 | 419 | 113 | 4 |
| 2003 | 955 | 0 | 230 | 213 | 181 | 134 | 101 | 29 | 29 | 15 | 0 | 334 | 621 | 0 | 164 | 377 | 320 | 89 | 5 |
| 2004 | 875 | 0 | 197 | 182 | 181 | 127 | 91 | 63 | 20 | 14 | 0 | 301 | 574 | 0 | 149 | 365 | 237 | 115 | 9 |
| 2005 | 1004 | 0 | 179 | 160 | 212 | 148 | 151 | 88 | 39 | 27 | 0 | 258 | 746 | 0 | 164 | 345 | 213 | 276 | 6 |
| 2006 | 491 | 0 | 111 | 104 | 79 | 77 | 54 | 44 | 13 | 9 | 0 | 158 | 333 | 0 | 77 | 178 | 126 | 99 | 11 |
| 2007 | 482 | 0 | 68 | 98 | 81 | 79 | 72 | 46 | 29 | 9 | 0 | 83 | 399 | 0 | 70 | 120 | 116 | 174 | 2 |
| 2008 | 511 | 0 | 61 | 79 | 81 | 90 | 55 | 39 | 33 | 18 | 0 | 162 | 349 | 0 | 77 | 138 | 135 | 158 | 3 |
| 2009 | 329 | 0 | 37 | 54 | 63 | 48 | 51 | 29 | 29 | 18 | 0 | 61 | 268 | 0 | 54 | 97 | 65 | 108 | 5 |
| 2010 | 228 | 0 | 37 | 55 | 42 | 34 | 27 | 12 | 12 | 9 | 0 | 42 | 186 | 0 | 33 | 93 | 39 | 60 | 3 |
| 2011 | 231 | 0 | 32 | 45 | 45 | 25 | 29 | 12 | 14 | 9 | 0 | 68 | 163 | 0 | 41 | 89 | 30 | 66 | 5 |
| 2012 | 311 | 0 | 26 | 75 | 49 | 35 | 34 | 37 | 36 | 19 | 0 | 52 | 259 | 0 | 64 | 99 | 64 | 78 | 6 |
| 2013 | 326 | 0 | 38 | 48 | 66 | 51 | 38 | 34 | 29 | 21 | 0 | 53 | 273 | 0 | 80 | 78 | 30 | 93 | 7 |
| 2014 | 523 | 0 | 59 | 123 | 106 | 72 | 51 | 50 | 34 | 27 | 0 | 47 | 476 | 0 | 129 | 150 | 68 | 147 | 2 |
| 2015 | 386 | 0 | 36 | 74 | 83 | 66 | 47 | 27 | 27 | 26 | 0 | 44 | 342 | 0 | 85 | 121 | 71 | 102 | 7 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

| Top Arrest Charge | Year | Total Arrests | Age Group: | | | | | | | | | | Gender: | | | Race-Ethnicity: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| PL 230.03 PATRONIZE PROSTITUTE-4 (Note: This charge was repealed in 2007 then replaced in 2011 with 'Prostitution in a School Zone' but no arrests have been reported for that charge from New York County) | 1990 | 80 | 0 | 14 | 15 | 25 | 13 | 9 | 3 | 1 | 0 | 0 | 80 | 0 | 0 | 48 | 21 | 7 | 4 | 0 |
| | 1991 | 90 | 0 | 12 | 23 | 17 | 13 | 13 | 4 | 6 | 2 | 0 | 89 | 1 | 0 | 56 | 17 | 5 | 12 | 0 |
| | 1992 | 97 | 0 | 3 | 12 | 15 | 20 | 19 | 13 | 7 | 8 | 0 | 96 | 1 | 0 | 58 | 10 | 18 | 11 | 0 |
| | 1993 | 230 | 0 | 11 | 44 | 58 | 45 | 27 | 17 | 15 | 13 | 0 | 228 | 2 | 0 | 128 | 43 | 36 | 23 | 0 |
| | 1994 | 932 | 0 | 53 | 149 | 213 | 197 | 123 | 94 | 50 | 53 | 0 | 927 | 5 | 0 | 547 | 171 | 124 | 90 | 0 |
| | 1995 | 539 | 0 | 24 | 56 | 141 | 105 | 87 | 52 | 36 | 38 | 0 | 537 | 2 | 0 | 233 | 135 | 86 | 85 | 0 |
| | 1996 | 560 | 0 | 39 | 52 | 117 | 114 | 105 | 65 | 33 | 35 | 0 | 550 | 9 | 1 | 243 | 158 | 109 | 50 | 0 |
| | 1997 | 553 | 0 | 30 | 59 | 107 | 109 | 99 | 46 | 48 | 55 | 0 | 538 | 15 | 0 | 252 | 169 | 90 | 42 | 0 |
| | 1998 | 480 | 0 | 20 | 48 | 93 | 107 | 78 | 54 | 33 | 47 | 0 | 477 | 3 | 0 | 232 | 99 | 113 | 36 | 0 |
| | 1999 | 439 | 0 | 22 | 33 | 81 | 82 | 75 | 70 | 27 | 49 | 0 | 439 | 0 | 0 | 203 | 151 | 68 | 17 | 0 |
| | 2000 | 339 | 0 | 12 | 31 | 56 | 61 | 62 | 45 | 34 | 38 | 0 | 338 | 1 | 0 | 155 | 97 | 69 | 18 | 0 |
| | 2001 | 291 | 0 | 11 | 39 | 45 | 55 | 45 | 44 | 23 | 29 | 0 | 291 | 0 | 0 | 123 | 79 | 72 | 17 | 0 |
| | 2002 | 412 | 0 | 32 | 40 | 75 | 69 | 80 | 49 | 36 | 31 | 0 | 410 | 2 | 0 | 159 | 121 | 94 | 35 | 3 |
| | 2003 | 358 | 0 | 12 | 44 | 60 | 61 | 63 | 47 | 25 | 46 | 0 | 353 | 5 | 0 | 118 | 126 | 72 | 22 | 20 |
| | 2004 | 408 | 0 | 27 | 50 | 56 | 77 | 71 | 57 | 34 | 36 | 0 | 408 | 0 | 0 | 101 | 128 | 123 | 18 | 38 |
| | 2005 | 487 | 0 | 26 | 50 | 69 | 87 | 76 | 81 | 50 | 48 | 0 | 481 | 6 | 0 | 83 | 215 | 129 | 29 | 31 |
| | 2006 | 224 | 0 | 12 | 32 | 44 | 33 | 26 | 35 | 19 | 23 | 0 | 223 | 1 | 0 | 60 | 83 | 50 | 11 | 20 |
| | 2007 | 196 | 0 | 6 | 37 | 30 | 28 | 26 | 27 | 20 | 22 | 0 | 196 | 0 | 0 | 58 | 43 | 70 | 16 | 9 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

**Top Arrest Charge: PL 230.04 PATRONIZE A PROSTITUTE-3RD**

| Year | Total Arrests | Age Group: | | | | | | | | | | Gender: | | | Race-Ethnicity: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| 1990 | 9 | 0 | 0 | 2 | 2 | 1 | 2 | 0 | 0 | 2 | 0 | 9 | 0 | 0 | 5 | 3 | 1 | 0 | 0 |
| 1991 | 7 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 1 | 0 | 0 | 7 | 0 | 0 | 4 | 1 | 2 | 0 | 0 |
| 1992 | 9 | 0 | 0 | 3 | 0 | 4 | 0 | 1 | 0 | 1 | 0 | 9 | 0 | 0 | 2 | 2 | 5 | 0 | 0 |
| 1993 | 18 | 0 | 0 | 1 | 8 | 5 | 4 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 4 | 7 | 5 | 2 | 0 |
| 1994 | 19 | 0 | 1 | 2 | 8 | 1 | 4 | 2 | 1 | 0 | 0 | 19 | 0 | 0 | 5 | 0 | 10 | 4 | 0 |
| 1995 | 8 | 0 | 0 | 0 | 1 | 2 | 2 | 1 | 2 | 0 | 0 | 8 | 0 | 0 | 5 | 0 | 1 | 2 | 0 |
| 1996 | 7 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 7 | 0 | 0 | 5 | 1 | 1 | 0 | 0 |
| 1997 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 3 | 0 | 0 | 2 | 1 | 0 | 0 | 0 |
| 1998 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 3 | 0 | 5 | 0 | 0 | 4 | 1 | 0 | 0 | 0 |
| 1999 | 7 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 1 | 1 | 0 | 7 | 0 | 0 | 4 | 0 | 1 | 2 | 0 |
| 2000 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2001 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 2002 | 5 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 5 | 0 | 0 | 4 | 0 | 0 | 1 | 0 |
| 2003 | 11 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 4 | 3 | 0 | 11 | 0 | 0 | 0 | 10 | 1 | 0 | 0 |
| 2004 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 4 | 0 | 0 | 1 | 3 | 0 | 0 | 0 |
| 2005 | 4 | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 3 | 0 | 0 | 0 |
| 2008 | 100 | 0 | 5 | 22 | 14 | 19 | 11 | 11 | 10 | 8 | 0 | 100 | 0 | 0 | 38 | 24 | 30 | 7 | 0 |
| 2009 | 55 | 0 | 4 | 6 | 13 | 7 | 9 | 4 | 5 | 7 | 0 | 53 | 2 | 0 | 11 | 21 | 18 | 4 | 3 |
| 2010 | 57 | 0 | 2 | 3 | 14 | 11 | 9 | 9 | 3 | 6 | 0 | 57 | 0 | 0 | 14 | 25 | 12 | 5 | 3 |
| 2011 | 98 | 0 | 7 | 14 | 15 | 15 | 14 | 11 | 3 | 11 | 0 | 98 | 0 | 0 | 19 | 32 | 32 | 10 | 10 |
| 2012 | 252 | 0 | 11 | 38 | 57 | 41 | 32 | 25 | 26 | 22 | 0 | 251 | 1 | 0 | 46 | 61 | 123 | 12 | 10 |
| 2013 | 178 | 0 | 8 | 27 | 34 | 34 | 25 | 18 | 15 | 17 | 0 | 177 | 1 | 0 | 29 | 59 | 61 | 18 | 11 |
| 2014 | 50 | 0 | 0 | 5 | 8 | 10 | 7 | 8 | 4 | 8 | 0 | 50 | 0 | 0 | 5 | 22 | 16 | 4 | 3 |
| 2015 | 66 | 0 | 2 | 10 | 8 | 11 | 13 | 9 | 3 | 10 | 0 | 64 | 2 | 0 | 11 | 14 | 33 | 5 | 3 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

| Top Arrest Charge | Year | Total Arrests | Age Group: | | | | | | | | | | Gender: | | | Race-Ethnicity: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| PL 230.05 PATRONIZE PROSTITUTE-2ND | 1990 | 4 | 0 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 2 | 1 | 1 | 0 | 0 |
| | 1991 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | 1992 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| | 1993 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | 1994 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 0 | 4 | 1 | 0 | 2 | 2 | 1 | 0 | 0 |
| | 1995 | 4 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 3 | 1 | 0 | 1 | 2 | 1 | 0 | 0 |
| | 1996 | 5 | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 1 | 0 | 0 | 5 | 0 | 0 | 2 | 2 | 1 | 0 | 0 |
| | 1997 | 7 | 0 | 0 | 1 | 1 | 1 | 1 | 3 | 0 | 0 | 0 | 7 | 0 | 0 | 3 | 2 | 2 | 0 | 0 |
| | 1998 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| | 1999 | 13 | 0 | 0 | 1 | 2 | 2 | 3 | 4 | 1 | 0 | 0 | 13 | 0 | 0 | 2 | 7 | 4 | 0 | 0 |
| | 2010 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | 2011 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| PL 230.06 PATRONIZE PROSTITUTE-1ST | 2013 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| | 1994 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | 1998 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| | 1999 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| | 2009 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

**Top Arrest Charge: PL 230.20 PROMOTING PROSTITUTION-4TH**

| Year | Total Arrests | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Age Group: | | | | | | Gender: | | | | Race-Ethnicity: | | |
| 1990 | 40 | 0 | 0 | 2 | 6 | 8 | 13 | 3 | 4 | 4 | 0 | 6 | 34 | 0 | 10 | 4 | 17 | 9 | 0 |
| 1991 | 40 | 0 | 0 | 14 | 7 | 8 | 6 | 6 | 4 | 4 | 0 | 15 | 25 | 0 | 8 | 12 | 10 | 10 | 0 |
| 1992 | 66 | 0 | 1 | 7 | 8 | 10 | 8 | 5 | 11 | 12 | 0 | 16 | 50 | 0 | 13 | 5 | 35 | 13 | 0 |
| 1993 | 146 | 0 | 4 | 22 | 23 | 24 | 26 | 19 | 13 | 15 | 0 | 29 | 117 | 0 | 44 | 12 | 61 | 29 | 0 |
| 1994 | 90 | 0 | 0 | 10 | 18 | 15 | 13 | 18 | 9 | 7 | 0 | 26 | 64 | 0 | 18 | 9 | 26 | 37 | 0 |
| 1995 | 46 | 0 | 2 | 4 | 7 | 10 | 10 | 3 | 2 | 8 | 0 | 9 | 37 | 0 | 5 | 6 | 17 | 18 | 0 |
| 1996 | 51 | 0 | 2 | 4 | 15 | 3 | 10 | 9 | 3 | 5 | 0 | 25 | 26 | 0 | 12 | 8 | 13 | 18 | 0 |
| 1997 | 38 | 0 | 0 | 6 | 13 | 2 | 3 | 2 | 8 | 5 | 0 | 18 | 20 | 0 | 5 | 5 | 6 | 22 | 0 |
| 1998 | 76 | 0 | 3 | 10 | 18 | 13 | 16 | 6 | 5 | 13 | 0 | 41 | 33 | 0 | 10 | 15 | 26 | 19 | 0 |
| 1999 | 66 | 0 | 0 | 4 | 19 | 4 | 11 | 7 | 5 | 10 | 0 | 27 | 39 | 0 | 15 | 15 | 28 | 8 | 0 |
| 2000 | 58 | 0 | 2 | 7 | 13 | 8 | 7 | 6 | 9 | 5 | 0 | 25 | 33 | 0 | 14 | 6 | 28 | 10 | 0 |
| 2001 | 59 | 0 | 2 | 10 | 11 | 5 | 11 | 4 | 8 | 6 | 0 | 31 | 28 | 0 | 7 | 14 | 25 | 12 | 0 |
| 2002 | 46 | 0 | 3 | 7 | 6 | 9 | 7 | 9 | 3 | 8 | 0 | 27 | 19 | 0 | 9 | 20 | 20 | 4 | 0 |
| 2003 | 40 | 0 | 2 | 4 | 9 | 6 | 4 | 4 | 6 | 2 | 0 | 22 | 18 | 0 | 5 | 9 | 20 | 4 | 0 |
| 2004 | 35 | 0 | 0 | 5 | 5 | 5 | 7 | 5 | 4 | 3 | 0 | 17 | 18 | 0 | 5 | 11 | 10 | 8 | 1 |
| 2005 | 45 | 0 | 6 | 4 | 8 | 5 | 6 | 5 | 4 | 7 | 0 | 20 | 25 | 0 | 5 | 9 | 18 | 13 | 0 |
| 2006 | 23 | 0 | 2 | 0 | 4 | 1 | 6 | 4 | 1 | 6 | 0 | 15 | 8 | 0 | 4 | 5 | 12 | 12 | 0 |
| 2007 | 63 | 0 | 3 | 4 | 8 | 8 | 8 | 5 | 3 | 24 | 0 | 31 | 32 | 0 | 2 | 16 | 17 | 33 | 0 |
| 2008 | 57 | 0 | 0 | 2 | 8 | 8 | 7 | 13 | 7 | 9 | 0 | 41 | 16 | 0 | 2 | 16 | 17 | 15 | 2 |
| 2009 | 28 | 0 | 0 | 0 | 3 | 2 | 6 | 4 | 2 | 12 | 0 | 17 | 11 | 0 | 2 | 3 | 8 | 11 | 0 |
| 2010 | 24 | 0 | 0 | 2 | 3 | 1 | 2 | 2 | 6 | 4 | 0 | 14 | 10 | 0 | 5 | 3 | 0 | 14 | 0 |
| 2011 | 25 | 0 | 1 | 2 | 2 | 3 | 1 | 4 | 4 | 8 | 0 | 12 | 13 | 0 | 2 | 6 | 3 | 14 | 0 |
| 2012 | 22 | 0 | 0 | 2 | 3 | 2 | 3 | 3 | 5 | 4 | 0 | 15 | 7 | 0 | 1 | 3 | 3 | 6 | 0 |
| 2013 | 11 | 0 | 0 | 1 | 0 | 0 | 3 | 3 | 5 | 6 | 0 | 4 | 7 | 0 | 2 | 1 | 3 | 3 | 0 |
| 2014 | 16 | 0 | 1 | 1 | 3 | 4 | 0 | 2 | 2 | 7 | 0 | 12 | 4 | 0 | 2 | 8 | 3 | 3 | 0 |
| 2015 | 25 | 0 | 0 | 1 | 2 | 6 | 4 | 3 | 2 | 7 | 0 | 14 | 11 | 0 | 7 | 4 | 3 | 11 | 0 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

Top Arrest Charge: PL 230.25 PROMOTING PROSTITUTION-3RD

| Year | Total Arrests | Age Group: 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk | Gender: Male | Female | Unk | Race-Ethnicity: White | Black | Hispanic | Other | Unk. |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1990 | 38 | 0 | 1 | 6 | 10 | 9 | 6 | 5 | 1 | 0 | 0 | 9 | 29 | 0 | 11 | 3 | 10 | 14 | 0 |
| 1991 | 20 | 0 | 3 | 3 | 5 | 5 | 2 | 0 | 2 | 0 | 0 | 6 | 14 | 0 | 4 | 1 | 13 | 2 | 0 |
| 1992 | 9 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 8 | 0 | 1 | 2 | 2 | 4 | 0 |
| 1993 | 34 | 0 | 3 | 0 | 7 | 8 | 8 | 5 | 0 | 3 | 0 | 12 | 22 | 0 | 5 | 6 | 10 | 13 | 0 |
| 1994 | 10 | 0 | 0 | 2 | 0 | 1 | 2 | 3 | 0 | 1 | 1 | 4 | 6 | 0 | 2 | 0 | 3 | 5 | 0 |
| 1995 | 30 | 0 | 0 | 5 | 4 | 3 | 3 | 4 | 2 | 6 | 0 | 10 | 20 | 0 | 8 | 5 | 6 | 11 | 0 |
| 1996 | 72 | 0 | 3 | 6 | 20 | 12 | 10 | 11 | 5 | 7 | 0 | 32 | 40 | 0 | 9 | 6 | 34 | 23 | 0 |
| 1997 | 52 | 0 | 1 | 6 | 10 | 9 | 9 | 8 | 4 | 6 | 0 | 20 | 32 | 0 | 15 | 6 | 22 | 9 | 0 |
| 1998 | 39 | 0 | 0 | 5 | 8 | 8 | 5 | 8 | 6 | 6 | 0 | 15 | 24 | 0 | 8 | 10 | 20 | 1 | 0 |
| 1999 | 68 | 0 | 2 | 12 | 15 | 9 | 8 | 8 | 7 | 7 | 0 | 38 | 30 | 0 | 7 | 1 | 41 | 19 | 0 |
| 2000 | 43 | 0 | 6 | 6 | 10 | 4 | 4 | 6 | 4 | 3 | 0 | 34 | 9 | 0 | 1 | 4 | 32 | 6 | 0 |
| 2001 | 57 | 0 | 6 | 10 | 9 | 13 | 5 | 2 | 3 | 9 | 0 | 45 | 12 | 0 | 0 | 8 | 44 | 5 | 0 |
| 2002 | 53 | 0 | 4 | 14 | 12 | 3 | 3 | 3 | 2 | 3 | 0 | 34 | 19 | 0 | 6 | 2 | 32 | 13 | 0 |
| 2003 | 37 | 0 | 4 | 7 | 4 | 6 | 12 | 3 | 3 | 3 | 0 | 29 | 8 | 0 | 7 | 7 | 20 | 3 | 0 |
| 2004 | 47 | 0 | 4 | 8 | 8 | 8 | 9 | 4 | 3 | 7 | 0 | 32 | 15 | 0 | 19 | 7 | 10 | 11 | 0 |
| 2005 | 44 | 0 | 1 | 4 | 4 | 7 | 9 | 9 | 2 | 8 | 0 | 26 | 18 | 0 | 12 | 7 | 15 | 10 | 0 |
| 2006 | 39 | 0 | 0 | 4 | 12 | 5 | 4 | 5 | 4 | 5 | 0 | 27 | 12 | 0 | 3 | 3 | 17 | 14 | 0 |
| 2007 | 63 | 0 | 2 | 3 | 7 | 11 | 14 | 5 | 4 | 5 | 0 | 33 | 30 | 0 | 5 | 2 | 12 | 44 | 0 |
| 2008 | 61 | 0 | 0 | 7 | 14 | 6 | 7 | 3 | 8 | 15 | 0 | 40 | 21 | 0 | 11 | 9 | 20 | 19 | 2 |
| 2009 | 14 | 0 | 0 | 1 | 2 | 2 | 3 | 1 | 2 | 3 | 0 | 5 | 9 | 0 | 1 | 3 | 2 | 9 | 0 |
| 2010 | 15 | 0 | 1 | 0 | 1 | 3 | 3 | 1 | 3 | 3 | 0 | 10 | 5 | 0 | 3 | 9 | 1 | 5 | 0 |
| 2011 | 13 | 0 | 0 | 0 | 1 | 2 | 0 | 3 | 3 | 4 | 0 | 5 | 8 | 0 | 3 | 0 | 1 | 9 | 0 |
| 2012 | 22 | 0 | 0 | 1 | 3 | 4 | 2 | 4 | 3 | 6 | 0 | 11 | 11 | 0 | 7 | 4 | 2 | 8 | 1 |
| 2013 | 7 | 0 | 0 | 0 | 1 | 2 | 2 | 4 | 1 | 0 | 0 | 4 | 3 | 0 | 1 | 3 | 1 | 3 | 0 |
| 2014 | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 2 | 1 | 0 | 0 |
| 2015 | 13 | 0 | 0 | 1 | 1 | 2 | 0 | 4 | 1 | 4 | 0 | 10 | 3 | 0 | 5 | 2 | 2 | 4 | 0 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

| Top Arrest Charge | Year | Total Arrests | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 230.30 PROMOTING PROSTITUTION-2ND | 1990 | 3 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
|  | 1991 | 2 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
|  | 1992 | 5 | 0 | 1 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 1 | 4 | 0 | 0 | 0 |
|  | 1993 | 9 | 0 | 1 | 0 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 5 | 4 | 0 | 1 | 2 | 5 | 1 | 0 |
|  | 1994 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
|  | 1995 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
|  | 1996 | 9 | 0 | 1 | 0 | 1 | 3 | 2 | 0 | 1 | 0 | 0 | 8 | 1 | 0 | 1 | 3 | 4 | 0 | 0 |
|  | 1997 | 8 | 0 | 1 | 1 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 3 | 5 | 0 | 1 | 3 | 3 | 0 | 0 |
|  | 1998 | 11 | 0 | 0 | 1 | 6 | 2 | 0 | 1 | 0 | 0 | 0 | 2 | 4 | 0 | 3 | 2 | 2 | 2 | 0 |
|  | 1999 | 6 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 6 | 0 | 0 | 0 | 3 | 2 | 1 | 0 |
|  | 2000 | 6 | 0 | 3 | 0 | 0 | 2 | 0 | 3 | 0 | 0 | 0 | 2 | 4 | 0 | 0 | 3 | 2 | 0 | 0 |
|  | 2001 | 4 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 2 | 1 | 0 | 0 |
|  | 2002 | 12 | 0 | 4 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 9 | 3 | 0 | 0 | 9 | 2 | 1 | 0 |
|  | 2003 | 3 | 0 | 2 | 2 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 2 | 1 | 0 | 0 |
|  | 2004 | 7 | 0 | 0 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 4 | 0 | 1 | 4 | 2 | 0 | 0 |
|  | 2005 | 8 | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 2 | 0 | 4 | 4 | 0 | 2 | 2 | 0 | 0 | 0 |
|  | 2006 | 5 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 3 | 2 | 0 | 2 | 0 | 2 | 0 | 0 |
|  | 2007 | 3 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 3 | 0 | 0 |
|  | 2008 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
|  | 2009 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 3 | 0 | 1 | 3 | 1 | 0 | 0 |
|  | 2010 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
|  | 2011 | 2 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
|  | 2014 | 5 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 3 | 2 | 0 | 1 | 2 | 1 | 1 | 0 |
|  | 2015 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| PL 230.32 PROMOTING PROSTITUTION-1ST | 1996 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
|  | 1999 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
|  | 2001 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| PL 230.34 SEX TRAFFICKING | 2009 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
|  | 2011 | 9 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 0 | 0 | 5 | 2 | 2 | 0 |
|  | 2012 | 7 | 0 | 1 | 2 | 3 | 1 | 0 | 0 | 1 | 1 | 0 | 7 | 1 | 0 | 0 | 4 | 3 | 2 | 1 |
|  | 2013 | 7 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 6 | 1 | 0 | 1 | 6 | 0 | 1 | 0 |
|  | 2014 | 10 | 0 | 2 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 10 | 0 | 0 | 1 | 8 | 1 | 0 | 0 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

| Top Arrest Charge | Year | Total Arrests | Age Group: | | | | | | | | | Gender: | | | Race-Ethnicity: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| | 2015 | 7 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 2 | 0 | 7 | 0 | 0 | 0 | 4 | 1 | 2 | 0 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

**Top Arrest Charge: PL 230.40 PERMITTING PROSTITUTION**

| Year | Total Arrests | Age Group: | | | | | | | | | | Gender: | | | Race-Ethnicity: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| 1990 | 16 | 0 | 1 | 0 | 5 | 4 | 2 | 1 | 0 | 3 | 0 | 13 | 3 | 0 | 3 | 5 | 6 | 2 | 0 |
| 1991 | 8 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 0 | 2 | 0 | 7 | 1 | 0 | 3 | 1 | 3 | 1 | 0 |
| 1992 | 28 | 0 | 1 | 6 | 4 | 5 | 7 | 1 | 1 | 3 | 0 | 20 | 8 | 0 | 12 | 1 | 7 | 8 | 0 |
| 1993 | 81 | 0 | 6 | 20 | 15 | 13 | 16 | 5 | 2 | 4 | 0 | 33 | 48 | 0 | 34 | 13 | 18 | 16 | 0 |
| 1994 | 53 | 0 | 1 | 14 | 9 | 10 | 12 | 4 | 1 | 2 | 0 | 19 | 34 | 0 | 10 | 8 | 19 | 16 | 0 |
| 1995 | 34 | 0 | 0 | 7 | 6 | 6 | 7 | 2 | 2 | 4 | 0 | 10 | 24 | 0 | 4 | 0 | 11 | 19 | 0 |
| 1996 | 38 | 0 | 3 | 2 | 9 | 11 | 5 | 3 | 2 | 5 | 0 | 10 | 28 | 0 | 8 | 8 | 11 | 11 | 0 |
| 1997 | 26 | 0 | 0 | 4 | 3 | 3 | 4 | 4 | 2 | 1 | 0 | 10 | 16 | 0 | 5 | 3 | 10 | 8 | 0 |
| 1998 | 60 | 0 | 3 | 7 | 12 | 15 | 11 | 4 | 3 | 0 | 0 | 22 | 38 | 0 | 19 | 11 | 15 | 15 | 0 |
| 1999 | 76 | 0 | 2 | 5 | 12 | 22 | 11 | 11 | 6 | 7 | 0 | 38 | 38 | 0 | 12 | 2 | 28 | 34 | 0 |
| 2000 | 59 | 0 | 7 | 7 | 17 | 9 | 8 | 6 | 3 | 9 | 0 | 29 | 30 | 0 | 12 | 5 | 13 | 29 | 0 |
| 2001 | 45 | 0 | 0 | 3 | 5 | 5 | 12 | 8 | 6 | 6 | 0 | 21 | 24 | 0 | 6 | 4 | 12 | 23 | 0 |
| 2002 | 18 | 0 | 0 | 0 | 4 | 4 | 1 | 3 | 2 | 4 | 0 | 6 | 12 | 0 | 1 | 4 | 0 | 13 | 0 |
| 2003 | 7 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 4 | 0 | 1 | 6 | 0 | 3 | 1 | 2 | 0 | 0 |
| 2004 | 21 | 0 | 0 | 0 | 2 | 3 | 5 | 6 | 4 | 4 | 0 | 10 | 11 | 0 | 1 | 1 | 4 | 14 | 1 |
| 2005 | 33 | 0 | 0 | 4 | 5 | 4 | 5 | 4 | 4 | 7 | 0 | 12 | 21 | 0 | 4 | 3 | 8 | 17 | 1 |
| 2006 | 22 | 0 | 0 | 2 | 4 | 5 | 4 | 2 | 3 | 2 | 0 | 15 | 7 | 0 | 3 | 0 | 9 | 10 | 0 |
| 2007 | 12 | 0 | 0 | 1 | 4 | 1 | 1 | 3 | 1 | 1 | 0 | 5 | 7 | 0 | 1 | 3 | 2 | 6 | 0 |
| 2008 | 6 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 1 | 1 | 0 | 1 | 5 | 0 | 2 | 0 | 0 | 4 | 0 |
| 2009 | 6 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 5 | 0 | 4 | 0 | 3 | 13 | 0 |
| 2010 | 6 | 0 | 0 | 2 | 0 | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 6 | 0 | 2 | 0 | 0 | 10 | 0 |
| 2011 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 3 | 1 | 1 | 0 | 0 | 4 | 0 | 0 | 3 | 0 | 2 | 1 |
| 2012 | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 6 | 0 |
| 2013 | 23 | 0 | 0 | 1 | 0 | 0 | 3 | 6 | 7 | 6 | 0 | 1 | 22 | 0 | 3 | 1 | 1 | 19 | 0 |
| 2014 | 3 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 |
| 2015 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

# ADULT ARRESTS FOR SEX OFFENSES AND PROSTITUTION OFFENSES IN NEW YORK COUNTY

**Top Arrest Charge: PL 230 PROSTITUTION OFFENSES TOTAL**

| Year | Total Arrests | Age Group: | | | | | | | | | | Gender: | | | Race-Ethnicity: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13-15 JO only | 16-20 | 21-24 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50+ | Unk. | Male | Female | Unk. | White | Black | Hispanic | Other | Unk. |
| 1990 | 1512 | 0 | 178 | 471 | 500 | 196 | 118 | 30 | 6 | 13 | 0 | 182 | 1327 | 3 | 754 | 448 | 228 | 82 | 0 |
| 1991 | 783 | 0 | 60 | 191 | 152 | 165 | 89 | 39 | 19 | 13 | 0 | 180 | 602 | 1 | 340 | 178 | 183 | 82 | 0 |
| 1992 | 698 | 0 | 46 | 139 | 152 | 166 | 104 | 38 | 39 | 26 | 0 | 264 | 434 | 0 | 229 | 126 | 229 | 114 | 0 |
| 1993 | 1095 | 0 | 71 | 203 | 291 | 208 | 167 | 72 | 27 | 46 | 0 | 488 | 607 | 0 | 400 | 208 | 326 | 160 | 1 |
| 1994 | 1889 | 0 | 116 | 368 | 476 | 385 | 244 | 157 | 71 | 72 | 0 | ##### | 637 | 0 | 778 | 409 | 364 | 338 | 0 |
| 1995 | 1265 | 0 | 78 | 199 | 324 | 259 | 204 | 91 | 49 | 61 | 0 | 713 | 550 | 2 | 396 | 275 | 318 | 276 | 0 |
| 1996 | 1612 | 0 | 110 | 241 | 388 | 341 | 246 | 147 | 73 | 66 | 0 | 805 | 805 | 2 | 466 | 374 | 453 | 319 | 0 |
| 1997 | 1392 | 0 | 124 | 190 | 322 | 264 | 214 | 111 | 91 | 76 | 0 | 723 | 666 | 3 | 465 | 394 | 325 | 208 | 0 |
| 1998 | 1677 | 0 | 162 | 316 | 331 | 319 | 252 | 147 | 61 | 89 | 0 | 759 | 916 | 0 | 545 | 439 | 484 | 209 | 0 |
| 1999 | 1697 | 0 | 143 | 315 | 352 | 306 | 248 | 147 | 69 | 92 | 0 | 774 | 919 | 4 | 446 | 409 | 560 | 282 | 0 |
| 2000 | 1711 | 0 | 230 | 350 | 329 | 284 | 210 | 143 | 67 | 75 | 0 | 749 | 960 | 2 | 451 | 490 | 559 | 211 | 0 |
| 2001 | 1705 | 0 | 271 | 350 | 323 | 280 | 269 | 143 | 67 | 61 | 0 | 754 | 949 | 0 | 367 | 538 | 604 | 196 | 0 |
| 2002 | 2018 | 0 | 355 | 361 | 329 | 282 | 269 | 186 | 97 | 58 | 0 | 917 | 1101 | 0 | 472 | 802 | 567 | 166 | 11 |
| 2003 | 1411 | 0 | 250 | 268 | 257 | 220 | 218 | 172 | 107 | 76 | 0 | 753 | 658 | 0 | 298 | 532 | 436 | 120 | 25 |
| 2004 | 1397 | 0 | 228 | 244 | 256 | 220 | 181 | 136 | 67 | 65 | 0 | 775 | 622 | 0 | 272 | 516 | 395 | 165 | 49 |
| 2005 | 1625 | 0 | 212 | 226 | 300 | 251 | 249 | 188 | 101 | 98 | 0 | 805 | 820 | 0 | 274 | 584 | 384 | 345 | 38 |
| 2006 | 804 | 0 | 125 | 142 | 144 | 122 | 94 | 90 | 40 | 47 | 0 | 441 | 363 | 0 | 146 | 269 | 207 | 147 | 35 |
| 2007 | 819 | 0 | 80 | 144 | 130 | 127 | 121 | 87 | 61 | 69 | 0 | 350 | 469 | 0 | 141 | 179 | 215 | 273 | 11 |
| 2008 | 736 | 0 | 71 | 110 | 118 | 124 | 101 | 82 | 64 | 66 | 0 | 345 | 391 | 0 | 136 | 191 | 202 | 200 | 7 |
| 2009 | 432 | 0 | 41 | 63 | 81 | 62 | 66 | 39 | 39 | 41 | 0 | 138 | 294 | 0 | 129 | 131 | 93 | 71 | 8 |
| 2010 | 332 | 0 | 40 | 61 | 59 | 50 | 43 | 24 | 28 | 27 | 0 | 124 | 208 | 0 | 52 | 131 | 60 | 83 | 6 |
| 2011 | 383 | 0 | 41 | 68 | 71 | 48 | 45 | 47 | 30 | 33 | 0 | 192 | 191 | 0 | 70 | 133 | 67 | 98 | 15 |
| 2012 | 619 | 0 | 37 | 117 | 115 | 83 | 71 | 62 | 56 | 53 | 0 | 335 | 284 | 0 | 119 | 171 | 195 | 117 | 17 |
| 2013 | 555 | 0 | 47 | 79 | 104 | 88 | 69 | 70 | 73 | 53 | 0 | 248 | 307 | 0 | 114 | 146 | 137 | 117 | 18 |
| 2014 | 610 | 0 | 65 | 131 | 119 | 88 | 62 | 62 | 35 | 48 | 0 | 126 | 484 | 0 | 138 | 195 | 117 | 155 | 5 |
| 2015 | 499 | 0 | 39 | 86 | 94 | 89 | 65 | 44 | 33 | 49 | 0 | 139 | 360 | 0 | 108 | 145 | 111 | 125 | 10 |

Source: DCJS Computerized Criminal History system (as of 7/19/2016).

E X H I B I T   D-2



**Division of Criminal Justice Services**

November 1, 2016

Mr. Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

Dear Mr. Corley:

This is in response to your Freedom of Information Law (FOIL) request for records from the "Computerized Criminal History System" from the years 1990 through 2015 regarding the following:

1. Demographics (by age, gender, race-ethnicity) of all convictions for Prostitution Offenses (Penal Law Art. 230 in the County of New York organized by the highest conviction charge.
2. Demographics (by age, gender, race-ethnicity) of all convictions for Prostitution Offenses (Penal Law Art. 230 in the State of New York organized by the highest conviction charge.

Enclosed is the data that is responsive to your request.

Pursuant to POL §89(4)(a), you may appeal this determination within 30 days to the Counsel, Division of Criminal Justice Services, 80 South Swan Street, Albany, NY 12210.

Very truly yours,

Valerie Friedlander
Records Access Officer

Enclosure

## PROFILE OF PERSONS CONVICTED OF PROSTITUTION OFFENSES

**New York County**

### Top Conviction Chg: PL 230.00 PROSTITUTION

| | | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Convicted | | 1117 | 406 | 262 | 215 | 327 | 214 | 311 | 323 | 437 | 343 | 541 | 578 | 668 | 468 | 354 | 301 | 174 | 148 | 139 | 121 | 76 | 68 | 82 | 52 | 38 | |
| Age Group: | 16-17 | 3 | 1 | 2 | 1 | 2 | | | 4 | | | 6 | | | | 2 | | | | | | | | | | | |
| | 18-20 | 123 | 26 | 24 | 15 | 20 | 14 | 22 | 33 | 55 | 40 | 92 | 108 | 94 | 62 | 50 | 29 | 21 | 21 | 13 | | | | 2 | 2 | | |
| | 21-24 | 397 | 104 | 61 | 39 | 81 | 44 | 62 | 93 | 71 | 86 | 140 | 147 | 113 | 76 | 52 | 41 | 35 | 28 | 13 | 20 | 19 | 23 | 10 | 10 | 4 | |
| | 25-29 | 393 | 119 | 65 | 67 | 105 | 57 | 85 | 71 | 92 | 93 | 133 | 124 | 87 | 77 | 62 | 34 | 20 | 32 | 23 | 18 | 8 | 8 | 8 | 5 | | |
| | 30-34 | 128 | 64 | 55 | 68 | 53 | 74 | 66 | 76 | 77 | 49 | 109 | 91 | 51 | 49 | 34 | 26 | 25 | 14 | 14 | 16 | 13 | 10 | 11 | 13 | 6 | |
| | 35-39 | 58 | 99 | 30 | 36 | 31 | 47 | 44 | 83 | 76 | 58 | 96 | 66 | 80 | 46 | 37 | 28 | 17 | 20 | 15 | 8 | 6 | 6 | 9 | 9 | 3 | |
| | 40-44 | 40 | 35 | 35 | 36 | 13 | 25 | 26 | 28 | 38 | 52 | 63 | 43 | 43 | 25 | 22 | 36 | 22 | 9 | 20 | 15 | 7 | 7 | 7 | 2 | 3 | |
| | 45-49 | 15 | 18 | 8 | 5 | 16 | 10 | 4 | 25 | 26 | 28 | 48 | 74 | 34 | 14 | 9 | 14 | 9 | 8 | 16 | 6 | 4 | 12 | 7 | 2 | | |
| | 50+ | 2 | 8 | 2 | 5 | 3 | 6 | 3 | 3 | 3 | 11 | 15 | 17 | 4 | 6 | 12 | 3 | 3 | 10 | 6 | 10 | 2 | 6 | 2 | 7 | 1 | |
| Gender: | Female | 1070 | 376 | 179 | 132 | 202 | 139 | 228 | 262 | 292 | 331 | 204 | 197 | 238 | 189 | 164 | 113 | 100 | 91 | 79 | 42 | 22 | 24 | 60 | 35 | 17 | |
| | Male | 45 | 29 | 83 | 83 | 125 | 75 | 82 | 58 | 106 | 125 | 215 | 336 | 430 | 279 | 190 | 188 | 74 | 38 | 48 | 79 | 54 | 44 | 35 | 17 | 21 | |
| | Unknown | 2 | 1 | | | | | 1 | 3 | | 3 | 1 | | | | | | | | | | | | | | | |
| Race-Ethnicity: | White | 575 | 192 | 79 | 73 | 112 | 57 | 70 | 102 | 127 | 61 | 106 | 127 | 120 | 74 | 62 | 44 | 35 | 35 | 20 | 9 | 11 | 18 | 12 | 12 | | |
| | Black | 378 | 119 | 89 | 67 | 119 | 82 | 116 | 137 | 172 | 137 | 242 | 254 | 339 | 191 | 158 | 91 | 71 | 67 | 59 | 43 | 37 | 43 | 43 | 31 | | |
| | Hispanic | 136 | 84 | 87 | 77 | 85 | 72 | 85 | 70 | 92 | 93 | 133 | 171 | 183 | 135 | 81 | 73 | 46 | 20 | 33 | 16 | 13 | 13 | 17 | 9 | | |
| | Asian/Indian | 28 | 11 | 11 | | 11 | 3 | 15 | 14 | 9 | 7 | 14 | 16 | 18 | 18 | 25 | 12 | 12 | 10 | 10 | 6 | 8 | 8 | 8 | 8 | | |
| | Unknown | | | 1 | | 1 | | | | | | 1 | | | | | 1 | | | 2 | | 1 | | 3 | 3 | | |

### Top Conviction Chg: PL 230.03 PATRONIZE PROSTITUTE-4TH-PROSTN IN SCHOOL ZONE*

| | | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Convicted | | 4 | 4 | 6 | 7 | 28 | 27 | 22 | 39 | 25 | 42 | 38 | 30 | 28 | 40 | 53 | 70 | 31 | 35 | 3 | | 1 | 1 | | | | |
| Age Group: | 16-17 | 1 | | | | | | | 4 | | | | 1 | 1 | | | | | | | | | | | | | |
| | 18-20 | | 1 | | 1 | 1 | 1 | 4 | 2 | | 4 | 5 | | | 5 | 4 | 4 | 2 | | | | | | | | | |
| | 21-24 | 1 | | 1 | 2 | 5 | 5 | | 2 | 2 | | 5 | 2 | 5 | 3 | 4 | 12 | 4 | 4 | | | | | 1 | | | |
| | 25-29 | 1 | 1 | 2 | 2 | 5 | 5 | 3 | 6 | 6 | 7 | 9 | 6 | 5 | 5 | 4 | 5 | 5 | 5 | | | | | | | | |
| | 30-34 | | 1 | 2 | 2 | 9 | 7 | 4 | 11 | 8 | 7 | 4 | 4 | 7 | 7 | 10 | 10 | 3 | 5 | 1 | | 1 | 1 | | | | |
| | 35-39 | 3 | 1 | 2 | 4 | 9 | 6 | 4 | 8 | 3 | 9 | 11 | 8 | 10 | 13 | 7 | 6 | 3 | 4 | | | | | | | | |
| | 40-44 | | | 3 | 3 | 5 | 6 | 2 | 3 | 3 | 7 | 9 | 8 | 7 | 9 | 5 | 3 | 7 | 5 | 1 | | | | | | | |
| | 45-49 | | 1 | | 2 | 4 | 4 | 2 | 4 | 2 | 4 | 2 | 2 | 2 | 3 | 15 | 9 | 4 | 6 | | | | | | | | |
| | 50+ | | | | 5 | 4 | | 2 | 3 | 3 | 5 | 2 | 2 | 4 | 5 | 13 | 6 | 6 | 10 | 1 | | | | | | | |
| Gender: | Female | 4 | 4 | 6 | 7 | 28 | 27 | 22 | 39 | 25 | 42 | 38 | 29 | 28 | 40 | 53 | 70 | 30 | 35 | 3 | | 1 | 1 | | | | |
| | Male | 4 | | | | | | | | | | | 1 | | | | | 1 | | | | | | | | | |
| Race-Ethnicity: | White | 1 | 3 | 4 | 9 | 3 | 7 | 5 | 6 | 5 | 5 | 2 | 1 | 5 | 2 | 5 | 4 | 2 | 2 | 1 | | 1 | 1 | | | | |
| | Black | | | 2 | 2 | 12 | 16 | 7 | 23 | 11 | 26 | 26 | 20 | 16 | 27 | 38 | 53 | 23 | 12 | | | | | 1 | | | |
| | Hispanic | 2 | 1 | | 6 | 9 | 7 | 8 | 10 | 9 | 10 | 7 | 5 | 6 | 8 | 10 | 13 | 5 | 1 | | | | | | | | |
| | Asian/Indian | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Unknown | | | | 1 | | | | | | | | | | | | | 1 | | | | | | | | | 26 |

**PROFILE OF PERSONS CONVICTED OF PROSTITUTION OFFENSES**

New York County

Disposition Year

| Top Conviction Chg | | | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 230.04 PATRONIZE A PROSTITUTE-3RD | Total Convicted | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 18-20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 21-24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 25-29 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 30-34 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 35-39 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 40-44 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 45-49 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 50+ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender: | Male | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Female | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity: | White | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Black | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Hispanic | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Asian/Indian | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PL 230.05 PATRONIZE PROSTITUTE-2ND | Total Convicted | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 18-20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender: | Male | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity: | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PL 230.20 PROMOTING PROSTITUTION-4TH | Total Convicted | | 19 | 10 | 24 | 19 | 2 | 1 | 16 | 18 | 30 | 30 | 28 | 3 | 27 | 24 | 20 | 12 | 8 | 11 | 16 | 10 | 1 | 10 | 30 | 23 | | |
| | Race | Black | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 18-20 | | 2 | 4 | 2 | 2 | | | | | 2 | 2 | 2 | | 2 | 2 | | | | | 2 | | | | | | |
| | | 21-24 | 3 | 2 | 4 | 6 | 2 | | 6 | 4 | 4 | 3 | 5 | | 6 | 6 | 2 | 3 | | 2 | 4 | 3 | | 3 | 3 | | | |
| | | 25-29 | 6 | 3 | | 2 | | | 4 | 5 | 6 | 5 | 5 | | 6 | 4 | | | 2 | | 2 | 5 | | | 3 | | | |
| | | 30-34 | 2 | | 2 | 2 | 3 | | 2 | 4 | 1 | 2 | 5 | | 4 | 6 | | 2 | | 2 | 5 | 2 | | | | | | |
| | | 35-39 | 2 | 2 | 3 | 2 | | | | 6 | 6 | 2 | 2 | 3 | 4 | | | | 2 | 3 | 2 | | | | 2 | | | |
| | | 40-44 | | 3 | 3 | 8 | 3 | | | 3 | | 2 | 5 | | | | | | 2 | | 2 | 2 | | | 2 | 2 | | |
| | | 45-49 | | 4 | 4 | 4 | 4 | | | | 2 | 2 | 3 | | 6 | | | | | 3 | 3 | 4 | | | 2 | 2 | | |
| | | 50+ | 1 | 4 | 2 | 1 | | | | | | 2 | | | | 1 | 1 | | | | 2 | 2 | | | 2 | | | |
| | Gender: | Male | 3 | 6 | 7 | 16 | 9 | | 8 | 10 | 13 | 19 | 14 | 14 | 27 | 17 | 1 | 1 | 6 | 1 | 14 | 2 | 1 | | 30 | 23 | | |
| | | Female | 16 | 4 | 17 | | 1 | | | 8 | | 11 | 14 | | | | 1 | | | 10 | | 3 | | | | | | |
| | Race-Ethnicity: | White | 2 | 2 | | | | | | | | 2 | | | | | | | | | | | | | 2 | 2 | | |
| | | Black | 2 | 5 | 11 | 11 | | 2 | | | 2 | | | | | | | | 2 | 6 | | | 6 | 14 | 5 | 9 | | |
| | | Hispanic | 13 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Asian/Indian | | | | | | | | | | | | | | | | | | | | | 1 | 1 | | | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | 2 | | | | | |

# PROFILE OF PERSONS CONVICTED OF PROSTITUTION OFFENSES

**New York County**

| Top Conviction Chg | | | Disposition Year |||||||||||||||||||||||||||
|---|---|---|1990|1991|1992|1993|1994|1995|1996|1997|1998|1999|2000|2001|2002|2003|2004|2005|2006|2007|2008|2009|2010|2011|2012|2013|2014|2015|
| PL 230.25 PROMOTING PROSTITUTION-3RD | Total Convicted | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 16-17 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 18-20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 21-24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 25-29 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 30-34 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 35-39 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 40-44 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 45-49 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 50+ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender: | Male | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Female | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity: | White | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Black | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Hispanic | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Asian/Indian | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PL 230.30 PROMOTING PROSTITUTION-2ND | Total Convicted | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 18-20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 21-24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 25-29 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 30-34 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 35-39 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 40-44 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender: | Male | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Female | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | White | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity: | Black | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Hispanic | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Asian/Indian | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PL 230.34 SEX TRAFFICKING | Total Convicted | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Age Group: | 30-34 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 35-39 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 50+ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender: | Male | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity: | Black | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Hispanic | | | | | | | | | | | | | | | | | | | | | | | | | | |

**New York County**

**PROFILE OF PERSONS CONVICTED OF PROSTITUTION OFFENSES**

| Top Conviction Chg | | | Disposition Year | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| **PL 230.40 PERMITTING PROSTITUTION** | Total Convicted | | | | | 2 | | | | | 16 | 6 | | | | 3 | | | | | | | | | | | | |
| | Age Group | 18-20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 21-24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 25-29 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 30-34 | | | | 2 | | | 2 | 2 | | | 2 | 2 | | | | | | | | | | | | | | |
| | | 35-39 | | | | | 3 | 2 | 2 | | | 5 | | 2 | | | | | | | | | | | | | | |
| | | 40-44 | | | | | | | | | 4 | | 3 | | | | | | | | | | | | | | | |
| | | 45-49 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 50+ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender | Male | | 2 | 2 | 2 | | | 2 | | 6 | 5 | | | | 3 | | | | | | | | | | | | |
| | | Female | | | 2 | 2 | 2 | 2 | 6 | | 8 | 8 | 8 | 4 | | | | | | | | | | | | | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Race-Ethnicity | Asian/Indian | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Black | | | | | | 2 | | | | | | | | | | | | | | | | | | | | |
| | | Hispanic | | | | 2 | 3 | 2 | | 2 | 4 | | 2 | | | | | | | | | | | | | | | |
| | | White | | | 2 | | | | | 2 | | | | | | | | | | | | | | | | | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL PL 230** | Total Convicted | | 1142 | 428 | 295 | 252 | 383 | 261 | 357 | 392 | 504 | 435 | 615 | 659 | 738 | 555 | 432 | 397 | 216 | 206 | 166 | 152 | 100 | 88 | 13 | 87 | 66 | 42 |
| | Age Group | 16-17 | 4 | 2 | 2 | 1 | | | | | | | 10 | | | | 1 | | | | | | | | | | | |
| | | 18-20 | 53 | 44 | 25 | 15 | 25 | 15 | 28 | 33 | 56 | 47 | 97 | 98 | 111 | 100 | 67 | 56 | 32 | 22 | 23 | 23 | 15 | 26 | | 26 | 13 | 2 |
| | | 21-24 | 398 | 108 | 65 | 69 | 87 | 44 | 93 | 84 | 96 | 75 | 141 | 148 | 153 | 123 | 97 | 84 | 44 | 40 | 37 | 21 | 22 | 25 | | 26 | 26 | |
| | | 25-29 | 388 | 122 | 69 | 71 | 115 | 63 | 84 | 105 | 95 | 102 | 118 | 134 | | 97 | 87 | 79 | 39 | 34 | 28 | 22 | 12 | | | 12 | 12 | |
| | | 30-34 | 135 | 104 | 67 | 60 | 79 | 63 | 84 | 95 | 73 | 108 | 103 | 103 | 89 | 59 | 48 | | | | | | | 18 | 20 | | | 29 |
| | | 35-39 | 60 | 37 | 4 | 36 | 44 | 57 | 55 | 7 | 79 | 84 | 99 | 68 | 49 | 48 | 59 | 43 | 28 | 23 | 18 | 22 | 22 | 14 | 19 | 20 | | |
| | | 40-44 | 17 | 21 | 12 | 16 | 24 | 19 | 3 | 36 | 44 | 60 | 84 | 4 | 40 | 57 | 2 | 32 | 14 | | | | | | | | | |
| | | 45-49 | | | | 7 | 4 | 19 | 3 | 25 | 12 | 19 | 22 | 23 | 38 | 24 | 14 | 40 | 23 | 13 | 10 | 13 | 14 | 17 | | 6 | | |
| | | 50+ | | | | | | | | | | | | 13 | | | | | 6 | 10 | 14 | 13 | 4 | | | 14 | | |
| | | Unknown | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Gender | Male | 53 | 44 | 96 | 98 | 169 | 104 | 111 | 117 | 158 | 197 | 262 | 250 | 307 | 264 | 234 | 202 | 113 | 89 | 72 | 68 | 42 | 42 | | 49 | 40 | 30 |
| | | Female | 1087 | 383 | 198 | 156 | 214 | 157 | 245 | 273 | 346 | 235 | 352 | 400 | 431 | 291 | 198 | 194 | 103 | 117 | 94 | 84 | 58 | 46 | | 38 | 26 | 12 |
| | | Unknown | 2 | 1 | 1 | | | | | 2 | | 3 | 1 | | | | | 1 | | | | | | | | | | |
| | Race-Ethnicity | Asian/Indian | 28 | 1 | 8 | 8 | 22 | 6 | 19 | 18 | 1 | 1 | 28 | 28 | 18 | 19 | 19 | 25 | 2 | 2 | 19 | 1 | 1 | | 8 | 15 | 15 | 12 |
| | | Hispanic | 15 | 93 | 107 | 102 | 102 | 93 | 135 | 93 | 158 | 175 | 199 | 207 | 214 | 160 | 101 | 96 | 54 | 49 | 52 | 44 | 22 | 14 | 63 | 22 | 15 | |
| | | Black | 362 | 124 | 6 | 133 | 99 | 99 | 128 | 167 | 197 | 175 | 276 | 284 | 375 | 292 | 238 | 218 | 92 | 74 | 72 | 72 | 5 | 5 | 63 | 46 | 37 | 29 |
| | | White | 581 | 200 | 85 | 8 | 126 | 63 | 78 | 116 | 74 | 114 | 139 | 129 | 83 | 83 | 7 | 198 | 28 | 20 | 23 | 22 | 26 | | | | | |
| | | Unknown | 2 | | | | | | | 2 | | | 3 | | | 1 | | | | | | 3 | | | | | | |

EXHIBIT E

"Ashley, wait!" he said, and started to cry like a baby.

"Get the hell away from me and get yourself some help," I said as I ran out, checked out, and headed to the airport. It took me the whole flight back to recover. I worried: Would Anna acquiesce to his request?

98

## TWELVE

# where are you
# taking me?

Alittle over a year went by and I still had not won custody of Isabella. The case dragged on. I could tell during court appearances that Mike was tiring of the battle—or, more likely, the expense of the battle. We were both paying thousands of dollars a month in legal bills.

Just as I began to get more unsupervised time with Isabella in my custody fight, just as I was carving out an identity as a PTA leader, my world came crashing down. The investigators for then Manhattan district attorney Robert Morgenthau found me as soon as Kristin was busted. They didn't arrest me, but I was called in for questioning to One Hogan Place, the DA's

99

headquarters at the state criminal courthouse. Nobody told me to bring a lawyer. I took the subway downtown and had plenty of time on the journey to contemplate my imminent loss of freedom and, worse, my daughter. I was a nervous wreck when I arrived. Would I be arrested now? Prostitution is a class B misdemeanor in New York State: I could get three months in jail! My custody battle for Isabella would be lost.

I went through the metal detectors and up to a dreary floor lined with green and gray metal filing cabinets right out of a forties noir film. It looked as if they hadn't bought a new desk in decades. I was led into a room with a plain gray metal table, a few raggedy chairs, and a horrific fluorescent light overhead.

Two men came in, and one sat at the table in front of me. "Miss Kade," said one. "I am Assistant District Attorney Artie McConnell, and this is . . ." My mind went on overbuzz at the words "assistant district attorney" and I didn't even catch the other man's name. He looked like he'd graduated law school the week before and appeared to be relatively short interview. I have a document here for you to sign. It is a debriefing agreement, and it merely states that you are free to leave at any time and that statements you make during this interview could be used in a future prosecution. However, any statement you make today cannot

100

be used to prosecute you in the future." I signed the document, but to be honest, I didn't have a clue what he had just said or what that document was supposed to mean to me. I just heard my sister's voice saying *Tell the truth,* and that was what I was going to do.

Mr. McConnell and his assistant started interrogating me.

Had I worked as an escort for Kristin Davis?

Had I worked as an escort for Kristin Davis?

"Yes." They obviously knew I had or I wouldn't be there.

"Have you worked for anyone else, and if so, who?" McConnell asked.

"Ummm, a company called Classic Affairs," I answered hesitantly.

"God, these names are so clichéd. Who runs it?"

I stalled. "A woman . . . named Anna." I did not want to answer that question. I thought this was going to be purely about Kristin! Now I would be implicating myself with another madam? He put his pen down, and he and the other man looked at each other and nodded.

"Will you excuse us for a minute?" McConnell said, and they both walked out of the room and shut the door. That was it? They had only asked me a couple of questions, and the tone in the room had completely changed. After a few minutes they came back in. "We're going to have to transfer you to another location, Ms. Kade," said McConnell.

"You can't be here anymore," he said sternly as he shut the door behind him so no one could see inside the room.

"Why?" I asked.

"We'll have to explain that to you later," he said. "We're going to have some people escort you out of the building to an unmarked car. We will make sure you will be covered so no

101

one can see you leaving the building. We're taking you to a safer location."

*What? Why?* I sputtered.

"They'll explain it when you get there. Come on," he said, taking my arm.

"No!" I said, pulling back. "I'm not going anywhere until I know what's going on and someone in my family knows where I'm going."

I called my sister and gave her a quick rundown of where I was and that I was going to another location. I told her I had a signed document giving me rights that I would mail to her as we were leaving the building. I didn't trust these guys, and I felt uncomfortable having paperwork like that in my apartment. She instructed me again to tell the truth.

After a few minutes, three big guys with gold detectives' badges on thin metal chains hanging around their necks came in and said my time was up on the phone.

"OK, Bridget, I have to go," I said. "You should hear from me tonight. If you don't, you know something went wrong." I was thinking, *This is ridiculous. What is going on? Why are they being so dramatic?* I felt as if I were being pulled into a movie.

"You have to come with us now," said the biggest of the cops. They slipped a lanyard with an orange ID card on it around my neck. Then they threw my coat over my head and led me past the old green metal filing cabinets down a dingy hallway to an elevator bank, then down and out the side door of the courthouse. They had me surrounded, my coat still over my head. They put me in the back of a car, one cop on either side, and we sped off. I was terrified.

In the unmarked car, they took my coat off my head. I wasn't

handcuffed. I asked right then and there, "Am I being arrested?" They assured me that I was not—in fact, far from it. They said that I wasn't safe in that building. They said it was very possible that I had important information they had been looking for in an investigation, and that there were concerns that there might be a leak or mole in their own office. They wanted to get me out before anyone knew I was there. I never saw ADA McConnell again.

It's very possible that someone in the district attorney's office had been warning Anna as they cracked down on other madams and pimps. Maybe someone there was a client. I don't know what the explanation was, but somehow Anna had gone unscathed.

I was more confused than ever. What the hell did I know that was so damn important that they had to cover my head with my coat, throw me in the back of a car, and speed off from the Manhattan district attorney's office to some secret location? *This has to be a joke,* I thought. The only problem was, I didn't know any of these people, so why would they want to play a joke on me? The driver cruised past the Metropolitan Correctional Center and then we were navigating the streets of Chinatown, past barkers on Canal Street who were openly bringing tourists into rooms behind false walls in their shops to buy counterfeit watches and purses as the cops cruised by. The vegetable stands disappeared, and soon we passed luxury leather goods boutiques and galleries as we drove farther down the cobblestone streets of SoHo. Were we headed to another precinct? Suddenly, in the middle of SoHo, we stopped in front of an old converted warehouse, got out, and took the renovated elevator upstairs into a gigantic, light-filled loft. No old metal filing cabinets there. I learned later that it had

been seized from a drug dealer and was now a secret special investigations headquarters.

"Where am I?" I demanded after they took me into a cramped office.

"You are in the Official Corruption Unit of the Manhattan District Attorney's Office," said one investigator. "You mentioned a person who we have been investigating for quite some time: Anna. Can you tell us anything about her?"

I knew I had valuable information. I was one of the few girls Anna had allowed to get close to her. But I didn't want to talk about her, and I certainly wasn't about to name clients. Not only had these men kept me afloat, but I was terrified that Anna would find out and come after me. As scared as I was of being arrested, tried, and jailed, I still was not prepared to give them clients' names.

The investigators asked me questions about the business. How was I paid? Did I work over state lines? Did I work internationally? Was drug dealing involved?

"Why should I tell you anything?" I demanded. "She's your best friend if you're nice to her, but if you cross her, she's a killer. Just ask Jason Itzler."

Itzler was the self-styled "King of All Pimps," who once had Ashley Alexandra Dupré, the girl who brought down Eliot Spitzer, working at his agency, New York Confidential. Itzler claimed that Gristina had sent three thugs, one of them armed, to threaten him and scare girls out of working for him instead of her. Itzler would later tell a New York tabloid, "She's the most vindictive bitch in the escorting game. Dangerous, dangerous, dangerous."

"Well, Ms. Kade, we already have evidence that you worked

as a prostitute through your connection with Kristin Davis. If we prosecute you and you are convicted, you could get a jail sentence."

I'd never get Isabella back if that happened. So I made my decision—one that would determine the next four years of my life.

THIRTEEN

# my life as a confidential
# informant begins

The Manhattan district attorney's investigators already knew that Anna regularly boasted that she had law enforcement connections. Sultry Irma Nici, who claimed to have had sex with David Beckham and who'd worked for Anna for six months, had already told prosecutors as much.

That's part of what kept Anna in business so long, some surmised, and that's why the Official Corruption Unit, rather than the Sex Crimes Unit—the one once headed by the famous prosecutor turned mystery writer Linda Fairstein—was in charge of the investigation.

The investigators asked me more questions that day, and the

107

next. They showed me a lot of surveillance photos to see if I could ID anyone. This went on for days, then weeks. They would drive me home at the end of the day, then pick me up first thing the next morning to be interrogated again.

I was missing so much school that they had to write me an excuse, like in high school: "Miss Kade was witness to a serious crime in the recent past," they wrote. "She [has had to] report to our office. . . . These duties consumed a great deal of Ms. Kade's time."

I was missing school by day, but by night I was still working for Anna. I was still working as an escort, and the prosecutors knew it. I would eventually learn why they had allowed me to keep breaking the law.

"What is Anna's last name?" the ADA grilled me.

"Who knows what her real name is?" I answered. "She's gone by Anna Tennant, Anna Gristina, Anna Scotland. She was born in Scotland; I doubt that name's real."

It was clear to me that the investigators had very little information on Anna, and they pumped me for as much as they could. I told them what I knew about the business, the key players, but I did not give up clients' names. They pressured me with photo lineups, and it was when I saw the photo of Edward—my pedophile client—that I had a breakdown in their office. Just seeing his face caught me off guard, and I cried hysterically. Feeling somewhat relieved, I revealed the truth about him.

"Ms. Kade, we want you to do something for us," one of the prosecutors told me after weeks of questioning.

"What more do you want?" I practically cried in exasperation.

"We want you to start recording your conversations with

108

Anna Gristina," he said. "We want you to gather some evidence for us."

*Wait,* I thought. *Isn't that the job of an undercover cop? Like on TV, when a beautiful young female cop only pretends to go work for an escort service? How the hell would I pull that off?* I was terrified. They made it seem as if I had a choice. But I didn't.

I couldn't fathom how a wiretap would work. First of all, there was the matter of Anna's preference for texts over phone calls. She changed her phone numbers constantly, and if she ever did call you, it would usually be brief and to the point. But the investigators had a lot of specific questions they wanted me to ask her that would lead to her arrest and conviction. It was true that Anna had started to open up to me. She would call me from her farm upstate to book a high-level client, and we'd end up having long, friendly conversations. But how was I going to suddenly ask her *Law & Order*–type questions in the middle of a gal-pal chat? Not to mention that, while alone at my house, I would have to manage outdated tape recorders, the only equipment the technical department had after years of city budgetary cutbacks.

The prosecutors wanted me to record Anna talking all about her clients, her girls, how she ran the business, the law enforcement connections she boasted about, and what she had done about the child predator's request.

I was scared. Anna is your best friend when you're on her good side, but she will slit your throat if you cross her.

What's more, Anna had become increasingly cautious, even paranoid, ever since Andreia Schwartz had been deported. Andreia, a pretty Brazilian escort turned madam who had worked at the Emperor's Club V.I.P. agency with Eliot Spitzer's call girl Ashley Dupré, had been deported in March 2008 after serving

109

eighteen months in prison. Spitzer's use of escorts, uncovered by the FBI, had led to the sweep by the Manhattan DA that brought down Kristin. Andreia would end up serving time in a predominantly male sex offenders' unit on Rikers Island and forfeit half a million dollars after pleading guilty to promoting prostitution, a class D felony, in October 2008. (Cecil Suwal owned Emperor's Club V.I.P. with her boyfriend, Mark Brener, forty years her senior. It was the Emperor's Club V.I.P. listing of my client Eliot Spitzer as their Client No. 9 that led to the New York governor's resignation.) Anna believed that Andreia had informed on her, and now she was keeping a low profile by isolating herself on her upstate farm. It would be too suspicious for me to visit her there.

"We'll have to try wiretapping a phone call," said Morgenthau's assistant district attorney on the case (and the first of several handlers I would work with).

They set up a wiretap on my phone, the one on which Anna always called to do business or just to chat. I would have to use every skill set I had to elicit the kind of information the ADA wanted in the middle of a girlfriend-to-girlfriend call.

The other form of communication that Anna was using was Skype. She found it useful because it couldn't be traced and was completely safe—or so she thought. It would be extra tricky for me because Skype calls are video chats, so she could see everything I was doing.

One of the first conversations I had with Anna was in early April of 2008. It was the call I was waiting for: Kristin had just been arrested, and Anna wanted to check in and make sure I was OK. I was in my bedroom doing homework in my yoga clothes when the phone rang and I saw her personal number pop up. I froze, but then sprang into action. I'd attached the wires to each connector of my cell phone and left them that way when I was at home so I would never miss a word. My heart pounding, I pushed RECORD on the equipment, put the earpiece in my ear, and laid out the ADA's talking points in front of me. My life as a confidential informant had begun.

**R:** That's the problem, you can't talk to anybody about it. Who can you talk to?

**A:** I'm here. I don't know if we're all just paranoid. Don't be scared to call anytime.

Call anytime? If only Anna knew.

FIFTEEN

# going undercover

The assistant district attorney's office couldn't believe the information I provided in my first wiretap. But my work was far from over. It was clear to them I was an invaluable asset, and so they encouraged me to keep on working for Anna as a call girl. It was like the Wild West. They wanted me to keep breaking the law so they could get more information.

I highly doubt District Attorney Morgenthau was aware of the ADA's shenanigans. The ADA told me to work in order to garner information for him, and then turn over to his office the money and any gifts that clients gave me. I actually did this. God knows if somebody pocketed the money. Technically, this ADA was my

pimp. It was like sex slavery at the behest of the Manhattan District Attorney's Office. This cowboy still has a job in law enforcement, in another state, at an even higher level.

Obviously, if I did this with every client I saw, I would have been broke, so I didn't tell him about everybody.

Anna continued to hook me up. One of my heavy hitters at the time was Brent. Brent was a complete sicko, but money was tighter than ever and I was compromising myself in ways I never thought possible. But if Brent wanted to see me twice in one week, I was $20,000 richer by Friday.

They weren't all bad. I had one client, an Asian billionaire who preferred to be called Henri, who was incredibly generous and easygoing. Henri was living in New York for about a year to sort out some banking problems, and his wife stayed back in their home country with the children. Henri had to have companionship, so he would have his chauffeur come pick me up in his Bentley. It was a bit awkward because his driver, John, was an off-duty cop, my client revealed with a chuckle. One night, John picked me up, and as we got stuck in a midtown logjam, I decided to break the barrier of silence. I didn't know if he would respond or not, but I asked him about himself and chatted amiably. But surely he knew what was going on.

Having someone who works as a police officer during the day drive me around, knowing full well that I was an escort, was not a comforting feeling. In fact, I was nervous each time I saw him. Henri always laughed at me and said, "If you pay these guys enough, they will do anything." That wasn't true, and I knew it. John needed the money to help pay for child support and was currently in the middle of a custody battle. Bingo! Right then I felt his pain and understood why he would take the demeaning

commands from Henri and work ridiculous hours, only to wake up and go and be one of New York's Finest. A lot of police think prostitution is a BS crime and a waste of their time. I never told John why I did what I did, of course, and he probably did judge me, but for that night during the drive, we were not driver and escort. We were just John and Ashley.

Later that evening I told Henri that he had a wonderful driver and that I thought he was very kind. "Kind?" he asked. "What do you mean, kind? How would you know that? Did he talk to you?" I froze. A stream of thoughts and scenarios went through my head. Why was he so upset? All of a sudden I was nervous for John and his job, so I quickly said, "No, of course not. He is just a very good driver and always makes sure I know how far away we are from you when you are not with me in the car. You know how much I can't stand to be away from you and wait all by myself in the backseat." I put on my pouty face and cozied up to him so as to reassure him that there was nothing to worry about. Henri could be the biggest baby. After that, he refused to go out for the evening, so we stayed in, even though he had made special dinner plans with clients. He called his secretary at home and screamed at her to call them all and cancel. This was going to be a long night, and I was going to have my work cut out for me. Tonight wasn't about me. Tonight I had made a mistake, and it was talking to the driver and telling Henri. Now, I had to make him forget about it. It was time to "flip the switch," go into high gear, and make sure John didn't lose his job.

The next time John picked me up, I said hello to him with a smile you couldn't miss. He didn't respond. We rode in absolute silence all the way from downtown to a riverside skyscraper where Henri had an apartment so high up, you couldn't get cell

"Could you guys even hear me?" I screeched. "I was trying to talk and tell you where I was!"

"No, we couldn't hear anything," said one techie, his headphones resting on his shoulders. "All of a sudden you were gone. We kept looking for you until we found you."

Fantastic, I thought. I could have been in serious danger in a car on its way out of town and these guys would not know how to find me.

"We would have found you with your transmitter eventually," said one cop.

"*Eventually?*" I yelled. "That's great. So as long as you can find my body *eventually*, I'm feeling better about the situation."

My anger did not subside as we headed back downtown to Corruption headquarters. I had a few choice words for the ADA in the debriefing.

Three days later, I got a bill from Jonas in the mail. He was probably mad that we hadn't had any sex after he'd done me such a big favor by setting me up at the bank.

Two days after that, on March 21, 2010, Jonas was arrested.

They wanted me to wear a wire with the lawyer who seemed to have a special place in Anna's life. I'll call him Donald.

It was he who had advised her on investing in real estate. He introduced her to some of her richest clients.

For the lawyer's efforts, Anna gave him his choice of her girls. He chose me. I was the payoff. I had about six sessions like this over time.

The investigators in the Corruption Unit got very excited when they heard that this lawyer was my client. Apparently somebody else had tipped them off about him. I'm guessing Jonas was blabbing like Chatty Cathy after his arrest. Known as "John Doe" during the legal proceedings, Jonas was to testify before Judge Juan Merchan more than a dozen times. So investigators had their eye on this attorney. But they were going to have the same problem with him as with Jonas: his hands were going to be all over me if we had a scheduled liaison.

And then something incredible happened. Anna returned from Canada and wanted me to come to the East Seventy-Eighth Street place to meet and then go eat lunch. She said she wanted to discuss the business. Lately we had been discussing on the phone about her starting up new websites for a matchmaking site. It seemed harmless, and the ADA and detectives were thrilled at the opportunity to have me meet her face-to-face while wearing a wire. I was chilled with fright. But then I thought, *Maybe this is straight-up: she's paranoid and probably wants to get back out of town, so this will be a quick lunch.* Maybe she wanted me to manage some of the day-to-day tasks of operating the business—for a bigger stake and at increased risk, but I highly doubted this. I agreed to meet her the following week. What choice did I have?

EIGHTEEN

# wearing a wire with the madam

I had admitted to prosecutors months before that Anna Gristina had procured me to perform sex acts in exchange for money—a lot of money—from men. I had lured Anna's moneyman, Jonas Gayer, into a meeting with the Russian money launderers. The DA's investigators had even taped it. I had gotten Jonas to show me her accounts, and I recorded him explaining how she hid her money, possibly as much as $14 million. Surely they now had enough evidence to arrest and convict Anna Gristina, if they were competent enough. I wanted to get my life back. But the prosecutors only wanted more.

This time the techies wanted me to wear the wire. "The audio from the recorder buried in the purse is simply not as good," said the lead detective. "We can't take any chances on this one, with both of them in the room talking."

On the appointed day, I was picked up and brought to Corruption. The DA's techies wired me up. The team drove me uptown in the surveillance van to East Seventy-Seventh Street, and I hopped out and walked the rest of the way to the apartment, where I thought only Anna was waiting for me. The detectives were in the van and in a couple of places out on East Seventy-Eighth. They had decided it was too risky to go inside. I don't know why it only occurred to me just as I was entering the building, but I realized that if things backfired and Anna wanted to hurt me, the cops wouldn't be able to get to me in time. I was on my own there.

I walked into the building and up the stairs to Anna's apartment, using my own key to enter. When I opened the door, I was stunned to see Anna sitting side by side with her attorney, Donald. He wasn't supposed to be there, and he most certainly would not go out in public with us to have lunch. He was rarely seen in public anywhere. I struggled to hold myself together and also listen to her. In my panic, my heart was racing, and I struggled to focus. I was Rebecca, then Ashley—no, wait, I was undercover Rebecca . . . no, I was absolutely confused . . . and then I snapped into place. I had a job to do. This is why the DA's office had me working for so long. I may have struggled internally, but in a mere moment I could completely pull off the performance of a lifetime and no one in that room had a clue I was scared or nervous. Not even the slightest suspicion.

Anna chatted amiably, but nothing concrete came up at first.

I tried to steer the conversation towards the business, but she was having none of it. It soon became clear what she wanted.

"Ashley, darling, Donald has been missing you *so much*," she said, practically cooing as he grinned. "He's been so nice to us, and I would like you to make him feel good today."

Anna wanted me to have a session with Donald right then! Maybe he had done her a real estate favor last week, maybe he was just horny, but it was payback time, and the reward was to be me. Donald sat there grinning.

Oh, God! I had wires running up to my breasts! I had a device on! I was dead! My mind raced. Should I tell them I was having my period? That I felt the flu coming on?

"Oh, Donald, there's *nothing* I'd love to do more," I said, reaching over and running my hand up his thigh. "But I have to go pick up Isabella early from school for her doctor's appointment." Donald was one of the few clients who knew I had a daughter.

"Can't her nanny do that?" Anna practically spit out.

"I *always* accompany her to her pediatrician, Anna, as I'm sure you do with your children," I said as I slowly started to rise and back out towards the door. "Let's set up a time so I can give you the proper attention you deserve."

"It doesn't have to be a long marathon," Donald pleaded in a last-ditch effort to get me to stay.

I unlocked the door, and they started to rise as Anna said, "Ashley, wait!"

I just yelled, "Gotta go!" from the hallway and I noticed my voice sounded unnaturally high.

All I could think about was getting to that van and getting that wire off, going downtown, being debriefed, and being taken

---

home. I could barely breathe. This time was different. I knew if Anna and Donald had realized what I had been doing—well, I couldn't think about what would have happened. All I knew was that no one, no matter what they said, could have gotten to me quickly enough inside that apartment.

The investigators offered to drive me home, but I insisted on going alone. I had to get out of there and away from them. I called my sister as soon as I turned the corner.

"Hey. It's Rebecca."

"I know. How are you doing? How is Isabella?" she asked.

"She's fine, but I'm not doing too well. I wish I could come down there."

Bridget was silent.

"I just want this all to end."

"Rebecca, what did you think would happen when you got yourself wrapped up in that business?"

"I know, I know. I was just doing it for Isabella . . ."

"Remember the song, 'It's a long old road, but I'm gonna find the end.'"

"I hope so, Bridget. I . . . I just wanted to hear your voice. I needed to hear it. Tell me I'm going to be OK. I'm so scared."

"You are going to be OK. You are strong. And Isabella needs you. You told the truth, and that's all that matters. Be proud of that. OK? Keep me apprised of your situation. I need to know you are safe. Maybe we'll see you at Christmas?"

"OK. Sounds good. I love you."

"I love you too. Give Isabella hugs and kisses."

•     •     •

---

I couldn't even speak with my sister about what the DA was putting me through. I had to think for myself. And I decided that I was done with this. I didn't want any part of this any longer. There had been too many close calls. The more I gave the prosecutors, the more they wanted. They did not seem to care about me at all.

One day the detectives brought me down to Corruption and into the ADA's conference room, and the ADA started to say, "OK, next we want you to . . ." There was something presumptuous about his tone. He didn't ask me. He was telling me. I had been doing this for about two years now, and I had had enough.

I said "No" before he had even finished.

"What do you mean, 'No'?" he asked, startled. The other ADA and the investigators fairly whipped their heads in his direction.

"I think I need an attorney and I need protection," I said. "I've never been charged with anything, and you've been putting me into risky situations, including during client sessions, for too long."

The ADA stared at me, and his face was turning red. His visions of being the golden boy who brought down Manhattan's biggest madam were evaporating because I was going to lawyer up. Perhaps he should have treated me better.

"You can hire one," he blurted out.

"No, I have a right to a public defender," I said, looking him right in the eye. "And you're going to get me one."

He stormed out of the room and, for all I know, out of the Manhattan district attorney's office. I never heard from him again, and now he is working as an assistant U.S. attorney. I wish them luck with that cowboy.

---

I was still working for Anna as if nothing had happened. Unless somebody suddenly wanted to give me an investment banking job, there was no way I could make that kind of money for my fight, which raged on in Family Court. I continued to have supervised visits with my daughter. I could focus on school again, and my grades were improving. I was returning to normal. I felt I had gotten my life back.

And then, eleven months later, I received a call from the new ADA on the case. They had not given up on bringing Anna down. My whole feeling of well-being instantly collapsed. Why? Why were they doing this? Weren't there terrorists and murderers and Wall Street cheats to go after? What did Anna Gristina do, really? Facilitate paid sex between consenting adults? As they say in Nevada, where prostitution is legal: "If it doesn't scare the horses, who cares?"

The ADA told me I had to come back down to Corruption headquarters.

"I'm not coming in," I said, "until I have an attorney."

"No problem," he said. He soon arranged for the court to assign me a lawyer named Seema Iyer. Seema called me and we met in her office, where I sat and told her my entire story. She was flabbergasted. She knew the first ADA well, and couldn't believe how he had treated me.

She made big trouble and said I could bring a lawsuit against the city if I wanted to, because it was patently illegal for them to make me continue working in an illegal business. Not to mention hypocritical.

The new ADA said that all the work I did under the first ADA was thrown out, because it would be inadmissible in court. I was given all this information from my attorney, who had a

conversation with him. I never went in to speak with him or meet him. My attorney completely shielded me from that office. It was a different experience from what I had gone through on my own prior to that. What's more, the new ADA told me that many documents were missing, including some of mine. I would have to start all over again, he said.

"In fact, Ms. Kade, we have evidence now to charge you on three different counts of prostitution and could do so at any-time," the ADA said. It was blackmail. I felt like he was trying to intimidate me into going back to work for them under these threats. I stood my ground.

"You could plead to a lesser charge," my lawyer told me.

"I'm not pleading to crap!" I yelled.

I had made copies of every letter, kept the statements of every fake bank account, saved every e-mail with instructions from the DA's office. (And still have them.) Not only that, but even as they were putting wires on me, I had been recording *them*. That's right: I had recorded the proceedings of every meeting and phone call on my little recorder. My job was done: if they'd messed up, they could find a new girl to risk her life for them. I would fight them, and my attorney was ready.

So they simply took her off my case. They assigned me a new public defender. It was all perfectly legal. And he happened to have worked in the DA's office prior to going into private prac-tice. He didn't pursue any action against them, but the message had been sent. No one ever threatened me with charges again; in fact, I didn't hear from this ADA again.

# gristina goes down

On July 19, 2011, Anna was having lunch with a wealthy man she had recently met, along with Jaynie Mae Baker, an alluring toffee-haired thirty-year-old. Jaynie Mae had once donned a bikini and a studded stretch halter with choker collar as a World Wrestling Entertainment (WWE) Raw Diva Search finalist, telling judges she was a "saucy little sushi roll." She was pretty and slender enough to work for Anna as an escort, but she didn't, as far as I knew. I never worked with her, anyway.

Jaynie Mae had a wealthy boyfriend, Wall Street invest-ment banker Marcus Laun. And she had seen how much money there was to be made with a business like VIP Life, where she

E X H I B I T   F

GLENN F. HARDY, P.C.
ATTORNEY AT LAW
226 SEVENTH STREET
SUITE 302
GARDEN CITY, NEW YORK  11530
TEL: (516) 248-4041
FAX: (516) 248-4042
E-MAIL: GHARDYESQ@AOL.COM

October 8, 2014

Nassau County Bar Association
Committee on Grievances
15th and West Streets
Mineola, NY 11501

RE:   Hardy-Corley
      File #: N-1902-14

Dear Sir/Madam:

The following is a brief case history:

On January 26, 2012, I was "Assigned Counsel Arraignment Attorney" and was assigned by the Honorable Abraham Clott of the New York City Criminal Court to represent Mr. Corley on his criminal matter.

On February 15, 2012, Mr. Corley was arraigned his indictment, 423/12.  He was charged with two counts of Promoting Prostitution as "D" felonies.  At the arraignment, I was able to convince Judge Bonnie Wittner to reduce the bail from $200,000.00 cash/$150,000.00 bond to $50,000.00 cash/$25,000.00 bond.   The matter was then adjourned for motions.  An Omnibus Motion was thereafter filed.

After meeting with Mr. Corley, at the jail on February 9,  March 14, and March 29 and after reviewing additional discovery, it was agreed that an investigator be utilized.  An exparte motion for an investigator was granted, and Regent Investigations, an approved "18B" investigator, whom I used in the past, was hired.

At the same time, I was able to negotiate a plea bargain that would  involve the minimum sentence of 1-3 years incarceration upon a plea of guilty.  Mr. Corley was not interested in that disposition.

On April 10, the court issued a decision, and the matter was set for trial.   Mr. Corley declined the above offer.

The matter was adjourned several times into the   fall due to conflicting schedules between defense counsel, the District Attorney and the Court.  However, the discovery

process and review of the case was on going, as was the investigation by Regent. Unfortunately, the investigation by Regent Investigations yielded no results.

In December, the court granted a new investigator, Mr. Mike Barry, also approved for work by the New York City Assigned Counsel. Mr. Barry and I had worked together in the past as well and I was familiar with his work. He too could find no information to assist Mr. Corley in his defense. Also during December, a motion was filed to have Mr. Corley released prior to trial based on speedy trial issues. That motion was denied.

By early December, the DA indicated the United States' Attorney's Office was interested in the case and if a plea was not taken shortly, the United States would pick up the case.

On December 18, 2012, I was able to secure a "reverse proffer" for Mr. Corley in which the United States prosecutors agreed to show Mr. Corley their evidence in order to convince him to take a plea in State Court as opposed to facing their case in Federal Court. After several hours, Mr. Corley decided he wanted to go to Federal Court. On December 20, the matter was adjourned, and on January 24, 2013, he was indicted in the Southern District of New York, and a new attorney was assigned to represent him on that matter. The State case was dismissed.

<u>Response to Mr. Corley's allegations:</u>

I deny Mr. Corley's allegations that I used his case for promotion. On December 3, when questioned by Mario Diaz, the reporter in the interview, I told him "These are baseless allegations against an innocent man and we will take the case to trial." And when questioned regarding the similarity to the high profile case going on at the same time of Anna Gristina, who was also charged with promoting prostitution, I replied "He is not accepting any deals, no reason he should, he is innocent." I have included a transcript of the interview. Moreover, when questioned, I saw this an opportunity to inform the public of Mr. Corley's position and help, as opposed to only hearing the prosecutor's version.

According to the article, the information is from the Vice Enforcement Division and District Attorney's office. It is information from the criminal complaint itself that is obtainable from the court file, which was not sealed.

At no point did I reveal any confidential information provided to me from Mr. Corley or Mr. Barry, the investigator.

As to his assertion that I was "back in the news discussing a similar case," on December 16, 2013, two weeks after Mr. Corley's interview, I was assigned a matter in which my client, Anthony Rodriguez, was allegedly a pimp who branded his women. On December 19, in response to those allegations, I said "It's alleged in the criminal complaint, however, in my discussions with him there is no basis for that whatsoever," There was no connection with Mr. Corley, moreover, Mr. Barry was not involved in this matter.

Should you require any additional information, please do not hesitate to contact me.

Sincerely,

Glenn E. Hardy

E X H I B I T   G

NOV/13/2013/WED 11:32 AM   PORTS &FILES          FAX No. 2124820575          P. 002

## NYC ASSIGNED COUNSEL PLAN – EXPERT VOUCHER FOR 722-c SERVICES IN CRIMINAL COURT AND SUPREME COURT CRIMINAL TERM

ROYCE CORLEY
Name of Defendant

0423/2012
Indictment Number

1/10/13
Date of Order Authorizing Service

All Docket Numbers:

PORTS & FILES
Name of Payee

INVESTIGATIONS
Area of Expertise

MICHAEL BARRY
Name of Expert If Different from Payee

NEW YORK SUPREME COURT
County and Court of Service

GLENN F. HARDY            , ESQ
Attorney Assigned to Case with Expert

HON. J.   B. WITTNER
Judge/Referee/JHO/Magistrate

58-2482999
Social Security #   -or-   Tax Payer ID#

30 VESEY STREET - SUITE 1803
Payee Street Address (No PO Boxes Accepted)

NEW YORK        NY       10007
City            State    Zip Code

212 482 0200
Telephone

A.  TOTAL HOURS BILLED 18.5   AT $ 50.00   FEE HOURLY RATE = $ 925.00

B.  ITEMIZED EXPENSES (RECEIPTS MUST BE ATTACHED; ATTACH ADDITIONAL SHEET IF NECESSARY
(1)           $           (3)           $
(2)           $           (4)           $
                          TOTAL EXPENSES $

TOTAL AMOUNT OF VOUCHER (SUM OF A & B) = $  925.00

HAS EXPERT COMPENSATION AND/OR REIMBURSEMENT FOR THIS INDICTMENT/DOCKET(S) PREVIOUSLY BEEN APPLIED FOR OR RECEIVED?
?  YES  X NO  IF YES, SPECIFY AMOUNT AND CIRCUMSTANCES:
DATE _____ AMOUNT _____ REASON FOR PAYMENT _____

THE ABOVE INFORMATION IS CERTIFIED TO BE CORRECT. _____
                                           EXPERT SIGNATURE

ATTORNEY AFFIRMATION
I   GLENN F. HARDY   (print name) certify, pursuant to the penalties of perjury, that the above-named expert was duly appointed to this case by order dated  1/10/13  . I further certify that I utilized the services of this expert in conjunction with my legal representation of the above-named defendant and the work product and services described in the voucher and accompanying worksheet are consistent with my understanding of the services conducted by this expert.

Attorney Signature: _____        Date  11/20/13

| EXPERT COMPUTATION | FOR COURT USE ONLY: |
|---|---|
| $ RATE 50.00 x 18.5 HOURS = $ 925.00 | $ RATE ___ x ___ HOURS = $ ___ |
| EXPENSES + $ 0 | EXPENSES + $ ___ |
| TOTAL = $ 925.00 | TOTAL = $ ___ |
| | ? APPROVED AS SUBMITTED  ? ADJUSTED |
| | JUDICIAL SIGNATURE/STAMP |
| | HON. B. WITTNER |
| | DATE _____ |

PT 61 DEC 0 6 2013

HON. B. WITTNER

JAN 1 3 2014

ANY VOUCHER EXCEEDING THE STATUTORY $1,000 CAP MUST INCLUDE AN AFFIDAVIT OF EXPLANATION
THIS VOUCHER SUBMISSION MUST INCLUDE THE ORDER, WORKSHEET AND ANY EXPENSE RECEIPTS
VOUCHER MUST BE SUBMITTED WITHIN 45 DAYS OF FINAL DISPOSITION OR DATE ATTY RELIEVED FROM CASE
Assigned Counsel Plan  253 Broadway, 2nd Floor, New York, New York, 10007
ACP 12/07        PLEASE RETAIN A COPY FOR YOUR RECORDS

ASSIGNED COUNSEL PLAN
EXPERT CASE WORKSHEET (12/07)

| Defendant's Name ROYCE CORLEY | Expert PORTS & FILES | PID 58-2482999 |
|---|---|---|
| Indct/Docket No.: 0423/2012 | Date Assigned 1/10/13 | |
| Charge P.L. 230.25 | Telephone Number 212 482 0200 | |

ACTIVITY LOG

| DATE | LOCATION | START TIME | FINISH TIME | NUMBER OF HOURS | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|---|
| 11/21/12 | NEW YORK | 8:00AM | 4:00PM | 8 | RESEARCH NEW FILE DOCUMENTS |
| 12/01/12 | NEW YORK | 11:00AM | 1:00PM | 2 | ATTEMPT TO LOCATE POSSIBLE WITNESSES; REVIEW FILE DOCUMENTS |
| 12/02/12 | NEW YORK | 12:00AM | 3:00PM | 3 | INTERVIEW WITNESS, DEFENDANT; REVIEW RECORDS |
| 12/03/13 | NEW YORK | 7:00PM | 11:00PM | 4 | CALL POSSIBLE WITNESS; VERIFY DEFENDANT'S STORY; REVIEW FILE DOCUMENTS; RESEARCH |
| 4/16/13 | NEW YORK | 10:00AM | 11:30PM | 1.5 | REVIEW FILE DOCUMENTS/FINAL REPORT |

**TOTAL # OF HOURS   18.5**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK NEW YORK**
-------------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK

|  |  |
|---|---|
|  | **Indictment No.:** <u>423/2012</u> |
|  | **Docket No.:** _____ |
|  |  |
| -against- | ORDER AUTHORIZING SERVICES OTHER THAN COUNSEL UNDER ARTICLE 18-B OF THE COUNTY LAW, SECTION 722-c |
| <u>ROYCE CORLEY</u>_____, |  |
|  |  |
| Defendant. |  |

-----------------------------------------------------------x

    Upon reading the Affirmation of <u>GLENN F. HARDY, ESQ.</u>, counsel for the above-referenced defendant, setting forth the justification for the appointment of Michael Barry (expert or other professional) whose curriculum vitae was provided to the court and who was requested to provide investigative services, and the Court being satisfied that the defendant is financially unable to obtain investigative, expert or other services necessary to an adequate presentation of (his)(her) case, it is hereby

    ORDERED, that counsel is authorized to obtain the necessary and reasonable and services of Michael Barry/Ports & Files for the hourly rate of $50.00 in accordance with Article 18-B, Section 722-c of the County Law.

    And IT IS FURTHER ORDERED that upon rendition of such services, counsel shall be authorized to present to the Court a claim for compensation not to exceed the statutory cap of $1,000, at which time the Court will determine reasonable compensation for the services rendered and direct the City of New York to pay such amount to the expert/professional or to such other person entitled to that compensation. If any such claim for compensation exceeds the statutory cap of $ 1,000, counsel must submit an affirmation detailing the extraordinary circumstanced requiring work in excess of the cap.

NUNC PRO TUNC
11/7/12

_____
Judicial Signature/Stamp
Hon. B. Wittner

Dated:_____20_____

PT. 61 JAN 1 0 2013

SUPREM        RT OF THE STATE OF NEW YORK, COUN       JEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
vs.

ROCYCE CORLEY                                          230.25
DEFENDANT                                             TOP CHARGE

423/12                                               DOCKET NUMBER
INDICTMENT NUMBER

1. I, GLENN F. HARDY am duly licensed to practice law in the State of New York, and hereby affirm, under penalty of perjury, that the following is true:

2. By order of this Court dated Jan. 26, 2012, I was assigned to the above-referenced case.

3. The above-referenced defendant is financially unable to obtain investigative, expert or other services necessary to an adequate presentation of his case.

4. For the following reasons, services other than counsel are necessary on behalf of the above-referenced defendant.

**Justification for appointment of expert and anticipated work to be performed:**
To speak with and interview wintesses

5. It is requested that services be rendered by the expert indicated) and it is further requested that the Court set a reasonable compensation rate. In setting a reasonable compensation rate, the Court may be guided by the attached payment guidelines set forth in the Administrative Order of the Chief Administrator of the Courts.

Ports & Files, Inc.                              Interview complainant/ witnesses

NAME                                            NATURE OF SERVICES

80 Wall Street # 1017
New York, NY 10005-3615  (718)-267-2124, fax: 212-482-0575
STREET ADDRESS

WHEREFORE, I respectfully request that the Court authorize the necessary and reasonable services of Regent Investigations (name of expert), in accordance with Article 18-B, Section 722-c of the County Law.

AND upon rendition of such services, I shall be authorized to present to the Court a claim for compensation not to exceed the statutory cap of $1,000, at which time the Court will determine reasonable compensation for the services rendered and direct the City of New York to pay such amount to the expert/professional or to such other person entitled to that compensation.   Payment of fees exceeding the $1,000 cap will be contingent upon receipt of an affirmation detailing the extraordinary circumstances requiring work in excess of the cap.

Dated this __23_____ day of __Oct. 2012.

_Signature:_ _____

_Print Name:_   Glenn F. Hardy_____

_Address: 226 7th St., ste. 302, Garden City, NY 11530_

E X H I B I T   H-1



# Lawyer: Brooklyn district attorney's office dropping problem-plagued case of four men charged in rape of Orthodox Jewish woman

**Four accused of accused of pimping out Crown Heights woman when she was 13 years old and enslaving her with threats and violence**

BY OREN YANIV, TRACY CONNOR / NEW YORK DAILY NEWS / Thursday, June 21, 2012, 1:19 AM

A A A







JESSE WARD FOR NEW YORK DAILY NEWS

Jamali Brockett (second from l.), Darrell Dula (third from l.) and Damien Crooks (r.), along with Jawara Brockett (not pictured) are off the hook in a crumbling rape case, defense attorney James Phillips said.

Brooklyn prosecutors are dropping the problem-plagued case against four young men charged in the alleged rape and sex-trafficking of an Orthodox Jewish woman, who recanted at one point, a defense lawyer said Wednesday.

James Phillips, who represents one of the accused, said the assistant district attorney on the case told him the indictment will be dismissed at a hearing Tuesday.

"He was relieved, obviously, and pleased," Phillips said of his client, Darrell Dula, 25, who was freed on bail after the case began to crumble. "But it's a bittersweet result. He spent nearly a year in jail on a crime he didn't commit."

A spokesman for Brooklyn DA Charles Hynes did not return a call.

Phillips said he believed Hynes is abandoning the case so he doesn't have to confront embarrassing allegations of misconduct.

## EDITOR'S PICKS

**Ex-high school teacher facing new underage sex charges**
Tanya Ramirez, 31, was hit with the new charges just days after refusing a...

**Mexican man says his 19-inch penis is too big to work**
A Mexican man says his 19-inch penis prohibits him from being able to work...

Sponsor Content Provided By Ford

**[Watch] Hate Parallel Parking on a Hill? You Need to See This**
Parking is literally an uphill battle in San Francisco. Can the available...





**Woman locked in shed, tortured by brother freed: prosecutors**
A woman who was locked in a shed has been freed as her brother and his...



**BK woman gets $86K from dead dad's bank account**
A Brooklyn woman found out that she is owed $86,000 from her father's...



**Beloved Brooklyn mom dies after**

RELATED: WOMAN IN CRUMBLING RAPE CASE TRAINING IN MARTIAL ARTS IN ISRAEL

Dula, Damien Crooks, 32, and brothers Jamali and Jawara Brockett were accused of pimping out the 22-year-old Crown Heights woman when she was just 13 years old, enslaving her with threats and violence.

A day after she filed her original complaint, the woman briefly recanted and said she had a consensual relationship with Crooks — a fact that was withheld from the defense for months.

The woman's father recently said she hoped to return from self-defense training in Israel to testify against the men at trial. "The worst possible outcome would be for it to be thrown out on a technicality," he said.

The original prosecutor on the case told the Daily News she had brought misgivings about the accuser's credibility to her boss and was brushed off. Both assistant DAs have since left Hynes' office.



Damien Crooks        Jamali Brockett

Darrell Dula         Jawara Brockett

JESSE A. WARD FOR NEW YORK DAILY NEWS

## PROMOTED STORIES



**Ranking the Presidents with the Lowest IQs**

InsideGov



**The Most Lethal Gangs In America**

TheRichest



**How Human Ingenuity Can address Tomorrow's Energy Challenges**

Shell

slamming SUV into light pole

A Brooklyn woman who was like a mother to her son's friends died Thursday...



## PROMOTED STORIES



**Ranking U.S. Presidents by IQ Score**
(InsideGov)



**Cats Being Cats: Why They Do These 25 Weird Things**
(SheKnows)



**An Artist Showcases What Real Women Look Like, Underneath It All**
(Fast Company)



**Americans unaware of adverse effects of dirty water**
(P&G on This Mama Loves)

Recommended by
Outbrain

## EDITOR'S PICKS

**25 NYC workers didn't know they had $1M winning lotto ticket**

Twenty five city workers won $1 million on a Mega Millions ticket in their...



**EXCLUSIVE: $500G settlement for family of man killed by cop**

The city has paid $500,000 to settle a wrongful death lawsuit in the fatal...



**Brooklyn woman files lawsuit for half naked arrest**

A Brooklyn woman is suing after she was dragged out of her apartment half...



**Woman avoids jail in huge benefits fraud case in Bronx**

A Bronx woman who committed one of the borough's biggest ever case of...



**Ex-NYPD cop brings Brooklyn man to tears with testimony**

A Brooklyn man accusing disgraced ex-NYPD Detective Louis Scarcella



E X H I B I T   H-2

# FIRST ON PIX: Alleged pimp brands his prostitutes with tattoos (and by day he's also a tour bus operator)

POSTED 4:56 PM, DECEMBER 19, 2012, BY ROLANDO PUJOL AND MARIO DIAZ, UPDATED AT 07:23PM, DECEMBER 19, 2012

**PIX⓫**

Alleged pimp brands his prostitutes; forces them to get tattoos



(NEW YORK) – A tattoo is an expression. A form of art for many. This said, PIX 11 News has learned that prosecutors inside of Manhattan Supreme Court on Thursday will say that alleged pimp Anthony Rodriguez used tattoos as a way to brand his women.

The tattoos allegedly forced on them was the way the 26-year-old operated on the streets.  It was a stark reminder to the women as well as a warning to others that this was his property.

"Apparently this is a common situation where pimps where will tattoo their women to show that these women are their property," said his defense attorney Glenn Hardy.

If there is anyone who understands how to move flesh, it's allegedly Rodriguez. When he's not allegedly running street walkers, he's apparently running tourists around the city as a bus dispatcher for a tour operator.



PIX 11 News has learned that prosecutors inside of Manhattan Supreme Court on Thursday will say that alleged pimp Anthony Rodriguez used tattoos as a way to brand his women.

"He was employed with a tour company that runs the buses in midtown, you know, touring the city," said Hardy.

The criminal complaint by a detective out of the NYPDS's Vice Enforcement Division says that Rodriguez, who was arrested last Friday, was the architect behind a prostitution ring that operated on websites and included the trafficking of a prostitute to an international jurisdiction.

"It's alleged in the criminal complaint, however, in my discussions with him there is no basis for that whatsoever," said Hardy.

The operation, which lasted more than two years, appears to also have been violent. Rodriguez allegedly beat two women, one at a location on Manhattan Street in Harlem.  The other blocks away at a residence on Lexington. The reason? There are two of them.  Either they did not share all of the profits for hooking or they refused to deliver sexual favors to Rodriguez when he called for them.

However, it's the hard core act of branding his women that makes this case unique.  Or does it?

PIX 11 News spoke with a tattoo artist along St. Mark's Place whose been coloring for 18 years.  Kris didn't want to go on camera, but he did indicate that pimps marking their hookers is not uncommon.

"At all the tattoo shops I used to work at, yes, people come in telling I want my name on her and that's it.  It's what they force and demand, that's it."

Rodriguez, faces charges of criminal sex acts, promoting prostitution, sex trafficking, possession of a weapon, as well as endangering the welfare of a child.

There are also two interesting coincidences involved in this case.  The arresting detective is a female who also played a key role in exposing a father-son prostitution operation centralized around  livery cars in the spring.  Separately, Hardy also is the defense attorney for Royce Corley. He made headlines recently for a January arrest where he allegedly utilized Con Edison computers to promote prostitution while on the job.

E X H I B I T   I



**SHAINA FOSTER**
Tied up, robbed geezer.

# Sex-trap twin gets slammer

A teen who with her twin sister tied up and robbed an elderly Manhattan man she met on a sugar-daddy Web site was sentenced to five years in prison Thursday.

Shaina Foster, 18, was denied youthful-offender status, which would have sealed her criminal record, by Manhattan Supreme Court Justice Michael Obus.

"This is a case in which far worse results could have happened if the victim had not been rescued," he said.

Foster, who hatched the plan and brought sister Shalaine, copped to robbery in the second degree in June.

She met Paul Aronson, now 85, on SeekingArrangement, a site that pairs rich men with young women, and brought Shalaine to their date on Oct. 1, 2014.

The three went to his East 38th Street town house, where the twins tied him to a coffee table and took his credit cards and $500.

Shalaine copped to robbery and was sentenced in May to 1⅓ to four years in prison. *Rebecca Rosenberg*

E X H I B I T   J-1

Most Recent(/index.php/government)   Eye-Opener(/index.php/eye-opener)   Opinion(/index.php/opi
Election Coverage(/index.php/election-coverage)   All Topics Archive(/index.php/all-topics-archive)   Repo
Contact Us(/index.php/contact-us)

Connect with Us

## OPINION

# New York Must Strengthen Sex Trafficking Laws

by Cyrus Vance, Jr., Jan 28, 2015

Like 0   Tweet 0   G+1 1   Share









Manhattan DA Cy Vance (photo: DA's office)

Sex trafficking is a lucrative criminal enterprise in which youthful looks are in high demand and actual children command top dollar. Yet, gaps in New York State's sex trafficking laws limit prosecutors' ability to convict traffickers of high-level felonies, making sex trafficking of children in New York a relatively low-risk proposition.

Forty-six states in this country recognize that prostituted children are victims of sex trafficking. These states acknowledge that vulnerable children innately deserve the strongest protection, and their laws enable prosecutors to seek tougher convictions and prison sentences for those who traffic minors. Currently, New York is not one of those states.

Traffickers are not merely common criminals, but often calculating heads of criminal enterprises that rake in thousands of dollars over the course of months – or even years – before their rings are dismantled. They know that Sex Trafficking is often difficult to prove, given the unwillingness of victims to testify against their abusers due to the trauma they have suffered, fear of retribution, and the complex psychological bonds many have developed.

In New York State, Sex Trafficking convictions require proof of force, fraud, or coercion, even if the victim is under 18. According to data compiled (http://www.polarisproject.org/what-we-do/policy-advocacy/national-policy/state-ratings-on-human-trafficking-laws) by the Polaris Project, New York is one of only four states where that is the case. That means, for instance, if New Jersey prosecutors prove that a defendant sold a sixteen-year-old girl for sex, that defendant would be convicted of Sex Trafficking – but in New York, prosecutors would additionally have to prove that the defendant used fear, fraud, or coercion to compel that teenager into trafficking. New York's laws are similarly weaker than the federal and international definitions of sex trafficking. That must change.

As national Human Trafficking Prevention Month draws to a close, I am calling on New York State legislators to give our prosecutors the same tools, allowing us to better protect the children traffickers target for sexual exploitation and profit. The penal code must be changed to recognize the fact that children do not have the legal, psychological, or emotional capacity to consent to sexual activity, as reflected in our statutory rape laws. This view of children should not change simply because there is an exchange of money.

Of course, New York takes trafficking very seriously. Recently announced state legislative initiatives include many significant proposals, such as changing Sex Trafficking from a nonviolent to a violent felony, and offering more support and

services for victims. But there is a gaping hole in our State's laws governing the trafficking of children — one that would be simple to correct. We need to amend our penal code so that Sex Trafficking can be proved *without* evidence of force, fraud, or coercion when the victim is less than 18 years of age.

Law enforcement in jurisdictions that have this proposed statute, such as New Jersey and our counterparts in the Southern District of New York, are better able to secure high-level felony convictions and correspondingly lengthy sentences of traffickers. In contrast, New York State prosecutors have occasionally found that the only way we can bring a trafficker to justice is to seek prosecution in another jurisdiction.

Let me give you an example. Royce Corley, who also went by the name "Ron Iron," ran a prostitution ring in Manhattan in 2011 and 2012 that included underage girls. He photographed the children — including three 16-year-olds — in explicit poses, advertised them on backpage.com, and made thousands of dollars by selling them for sexual services. Working with our partners in the NYPD, Corley was arrested after an undercover sting.

Despite the fact that Corley was prostituting children, my office's Human Trafficking prosecutors were unable to charge the defendant with Sex Trafficking under current New York State law. So, we asked the Southern District of New York to take the case, and to seek appropriate justice where we could not. Following his trial conviction under Federal sex trafficking statutes, Corley was sentenced to 10 years in prison and 10 years of post-release supervision.

Prosecutors should not have to hand-off cases to ensure that victims in New York get justice. My proposal would not only ensure that offenders could be convicted of higher felonies and therefore receive stronger sentences, but would also ease the traumatic experience a victim may face if a case goes to trial.

Eliciting testimony about sexual conduct and force, fraud, or coercion is incredibly difficult for any victim, let alone a child. With the proposed changes, a child's testimony could essentially be boiled down to two questions: How old are you? And, were you prostituted by the defendant on trial?

At its core, this proposal is an acknowledgement that a child sold for sex is a victim, plain and simple. Let's follow in the footsteps of the overwhelming majority of other states, the federal government, and the international community. Let's ensure that those who profit from selling children will face consequences commensurate with their crimes. Let's do what is just for the most vulnerable among us.

**ED**



(http://go

after-mak



(http://go

warning-

unhealthy



(http://w

schneide

**Tweets**



**David**
@David

NEW: The Wee
October 5
gothamgazet
@GothamGaz

Retweeted

Show Summar

 **Gotham**

***

Cyrus R. Vance, Jr. is the Manhattan District Attorney.

***

Have an op-ed idea or submission for Gotham Gazette? E-mail editor Ben Max:
bmax@gothamgazette.com (mailto:bmax@gothamgazette.com)

Tweet {0}    Like   Share {2m}   G+1 {1}         🖶 Print

(http://www.printfriendly.com)

# Editor's Choice



(http://www.gothamgazette.com/index.php/government/5606-bratton-assures-manhattan-business-community-nypd-staying-vigilant-improving) **Bratton Assures Manhattan Business Community NYPD Staying Vigilant, Improving** (http://www.gothamgazette.com/index.php/government/5606-bratton-assures-manhattan-business-community-nypd-staying-vigilant-improving)

(http://www.gothamgazette...sarsour-brannan-on-collis... **Sarsour, Brannan on Collis...** (http://www.gothamgazette...sarsour-brannan-on-collis...

# COMMENTS

Login (#) | Signup

0 Comments                    powered by:        (http://viafoura.com)

Write your comment here

| Upload video | Upload image | | Submit |

@Gotha
See the full @
schedules for t
latest Week Al
gothamgazett
Show Summar

Gotham
@Gotha
Events this we
@BrennanCen
Week Ahead:
gothamgazett
Show Summar

Gotham
@Gotha
Events this we
@PaceUnivers
@CityAndStat
@LaborP

Tweet t

MOS

1. Meet
Health
Blasio
(/inde
health
sarsour-brannan-on-collis
blasio

2. In Batt
Klein I
(/inde
in-bat
media
newsp

3. How T
Counc
(/inde
how-t
city-co

4. The W
Politic
(/inde

E X H I B I T   J-2

New York Post, Wednesday, April 18, 2018

12

nypost.com

# Off easy if a vic won't talk

# 'CUFFS' ON

Isaiah Barnes, 27, was busted pimping out a 16-year-old girl in Queens — but was let off with a slap on the wrist thanks to the state's backward trafficking laws.

Cops collared Barnes in a January 2016 sting operation after he advertised the teen on Back-page.com and an undercover officer met the pair at a Comfort Inn, according to a criminal complaint.

But the girl — a runaway from Connecticut — wouldn't cooperate with prosecutors, even jumping out of a moving car to escape law enforcement.

Without her testimony, the Queens District Attorney's Office couldn't charge Barnes with sex trafficking of a minor — a Class B felony that



**Case study #1**

would've seen him sentenced to up to 25 years behind bars. Instead, they had to settle with promoting prostitution of a minor — a Class D felony at the time, which allowed him to get off on probation.

That's now a Class C felony — but prosecutors say he should automatically have been charged with trafficking because his victim was too young to consent.

"If under 18 was included in the sex-trafficking statute, like it should be, then he would have been facing up to 25 years — even without her testimony," says Queens Assistant District Attorney Jessica Melton, chief of the borough's Human Trafficking Unit. *Yoav Gonen*

# Feds forced to bail out DA

Royce "Iron Ron" Corley was arrested for selling underage girls in Manhattan — but the borough's district attorney was powerless to lock him up for trafficking.

Instead, he had to turn to federal prosecutors to make the case.

The 29-year-old Corley had taken in three 16-year-old runaways — giving them lodging and cellphones — and then advertised them for sex on Backpage.com, posting explicit photos of the teens in the classified ads.

The Manhattan District Attorney's Office and NYPD busted Corley in an undercover operation in 2011 but didn't have what was needed to prove the girls were forced,

coerced or defrauded into prostitution under current state law.

Federal laws recognize that underage teens can't consent to sex, so DA Cyrus Vance Jr. handed the case off to then-US Attorney Preet Bharara.

Corley was sentenced to 10 years in prison for sex trafficking minors and possessing child pornography.

But prosecutors say it's no longer a long-term solution: They can't force the feds to take a case, and it means the attorneys who know the case best are no longer involved.

"It just drives you crazy," Vance said of the current law. *Yoav Gonen*



**Case study #2**



**By YOAV GONEN, SHAWN COHEN and RUTH BROWN**

PROSECUTING pimps who sell kids for sex may seem like an open-and-shut trafficking case — but not in New York.

Weak state laws are keeping traffickers out of prison, and lawmakers are failing vulnerable kids by refusing to change them, prosecutors and cops told The Post.

New York is one of just three states — along with Alabama and Ohio — that requires attorneys to prove that an underage victim was forced, defrauded or coerced into prostitution to make a trafficking case, even though minors can't legally consent to sex with an adult.

As a result, dirtbags can pimp out 12-year-old girls on Craigslist and get off with a slap on the

wrist if the victims can't or won't testify.

"We can bring other charges — we can bring promoting prostitution charges — but if it's your first arrest and you're looking at one to three years on that charge, you can end up with probation for what is essentially child rape for profit," said Laura Edidin, chief of the Brooklyn District Attorney's Office's Human Trafficking Unit.

The state's unusually high burden of proof often means the only witnesses who can prove the children weren't willing participants are the victims themselves. And as survivors, advocates and law-enforcement officials have explained in The Post's three-part series on the scourge of sex trafficking in New York City, the victims often don't see themselves that way — or they're simply too trauma-

tized to take the stand.

"They don't recognize themselves as victims," said Inspector Jim Klein, head of the NYPD's Vice Enforcement Unit.

"They love their pimp. They're afraid that we can't protect them — that something bad's going to happen to them," he said. "It's hard. The DAs will tell you. The [assistant US attorneys] will tell you. It's difficult to get these victims to cooperate."

Some Albany lawmakers have been fighting an uphill battle in recent years to make prostitution of a minor a sex-trafficking charge — bringing it into line with the federal definition — but the bills have repeatedly failed to clear the Assembly.

Opponents in the past have said they're worried trafficking victims who help recruit other minors into "the life" will be prosecuted as well — but even a

New York Post, Wednesday, April 18, 2018    nypost.com

**13**

# PROSECUTORS



**FIGHT GOES ON:** Laura Edidin (opposite page), of the Brooklyn DA's Human Trafficking Unit, is frustrated by legal obstacles — even as pimps are rounded up by NYPD Vice Unit boss Jim Klein, Capt. Thomas Milano, FBI Special Agent Thomas Thompson, Lt. Joseph Picarello and Lt. Christopher Sharpe (from left).

**POST INVESTIGATION:**

## Scourge of sex trafficking



**AID:** Rachel Lloyd started Girls Educational & Mentoring Services (GEMS) to fight sex trafficking.

## Offering a way out of 'the life'

## NY lawmakers hamper push to punish pimps

2017 bill that expressly prohibited that unintended consequence died in the notoriously progressive Codes Committee.

With trends toward decriminalization and reducing the overall prison population, beefing up felonies is a tough sell to lefty lawmakers, politicians say.

"We have a difference of minds about what that penalty should be," said Assemblywoman Amy Paulin (D-Westchester), who authored the 2017 bill and an earlier 2015 iteration. "I would argue that we need a higher penalty for traffickers."

Codes Committee Chair Joe Lentol (D-Brooklyn) said he supports the concept of the bill, but that's as far as he would go.

"It sounds like something we should do to protect children . . . it's just that the devil's in the details," he said.

Assembly Speaker Carl Heastie

didn't respond to a request for comment. One member of the committee told The Post that top Codes staffers believe sex trafficking of minors is "already covered by other statutes."

But those who actually have to put the pimps behind bars say they don't go far enough.

"There's no question there's times there are cases we can't make because we can only prove force, fraud or coercion through the testimony of the victim and they're either in no condition to testify or their parent or guardian doesn't want them to testify," Edidin said.

Despite this roadblock, law-enforcement officials say the city has come a long way in tackling sex trafficking in recent years.

Last February, the NYPD said it had restructured its Vice Unit — adding 25 more detectives to focus on sex trafficking in the city with an emphasis on busting

johns and pimps rather than purported prostitutes.

Manhattan DA Cyrus Vance Jr. says his own "evolution on the subject mirrors this cultural shift. He recalled the long line of women — handcuffed to one another — that often were led into court in the 1980s, when he was a young assistant in the DA's Office.

Now there's a courthouse in Midtown where all the prostitution cases are handled — and every case there is viewed as one of potential trafficking, he says.

"Our goal now is for working . . . to make ourselves available to the men and women, to really try to understand who is being trafficked and by whom," Vance said.

"So that's a complete 180 reversal on dealing with prostitution cases."

**Editorial / Page 26**

If you or someone you know is in a trafficking situation, help is available 24 hours a day, 365 days a year from these organizations:

■ **POLARIS, NATIONAL HUMAN TRAFFICKING HOTLINE: 888-373-7888, or text HELP to 233733**

.............

■ **SAFE HORIZON: 800-621-HOPE (4673)**

.............

■ **MY SISTERS' PLACE: 800-298-7233**

It usually starts with a phone call in the middle of the night.

A young girl, distressed and desperate, is looking for someone to save her from her abusive pimp — even though just making the call has already put her life at risk.

Rachel Lloyd and her staffers are often on the other end of the line — the first stop in a lengthy, emotionally draining process of transitioning a sex-trafficking victim out of "the life."

Lloyd, the founder and executive director of Girls Educational & Mentoring Services, is a survivor herself, starting GEMS at her kitchen table when she was 23 — with just $30 and a borrowed laptop.

"It's about giving young women those things that people can't take away: skill sets, education, certifications, whatever it is, so no matter what, you have something they can't fall back on," Lloyd said of her work.

While there are government shelters for victims of such crimes as domestic violence, there is not one single taxpayer-funded bed in the city dedicated solely to trafficking survivors. So GEMS and other nongovernmental organizations such as Covenant House and Sanctuary for Families try to help fill the gap.

Juanito Vargas of Safe Horizon said the work with survivors is "intense" at first — and it can take years to prepare them to fully integrate back into society.

"They can have housing and a job, but they'll still come to us because of the emotional stress the person continues to experience," he said.

*Gabrielle Fonrouge and Shawn Cohen*

*Matthew McDermott*

E X H I B I T   J-3



Unlimited
talk, text and data usage

AT&T

# Pimp a less-fit dad than 3-year-old's hooker mom

**Lamont Brunson of Harlem ends up in pen on sex-trafficking conviction after taking mom to Family Court and accusing her of being unfit because she was turning tricks. Mom then told cops that pimp forced her to work streets**

BY JANON FISHER  /  NEW YORK DAILY NEWS  /  Wednesday, August 1, 2012, 11:16 PM

A A A

f Share   Tweet   Reddit   ✉   💬   +   🖨

3



BRYAN SMITH FOR NEW YORK DAILY NEWS

Manhattan District Attorney Cyrus Vance's office came down on pimp Lamond Brunson after he took mother of his child to Family Court and called her unfit.

A HARLEM pimp who went to court to try to wrest his 3-year-old daughter away from her hooker mom will now be spending the next three to nine years in state prison for sex trafficking.

Thickheaded Lamont Brunson, 33, took his prostitute girlfriend to Family Court, claiming she was an unfit mother because she was turning tricks.

"He conveniently ignored his role in her exploitation," Assistant District Attorney John Temple told the judge at his sentencing Wednesday.

The woman, who is not named because she's a sex-crime victim, in turn went to the cops, telling them that he was forcing her into the flesh trade.

jfisher@nydailynews.com

## PROMOTED STORIES

Unlimited
talk, text and data usage

AT&T

## EDITOR'S PICKS

**Identical strangers stunned when they meet each other**
Two students were left stunned when they met each other — and realized...



**Ga. man charged with raping fiancée's 12-year-old daughter**
Shalin Ren Payne, 29, was out on parole, babysitting his fiancée's...



*Sponsor Content Provided By* Ford

**[Watch] Hate Parallel Parking on a Hill? You Need to See This**
Parking is literally an uphill battle in San Francisco. Can the available...



**New Jersey woman pleads guilty to deadly penis injection**
Kasia Rivera, 38, faces five years in prison for Justin Street's 2011...



**Stop cheating spouse's U.S green card plans by doing nothing**
Q. I married a man from Jamaica only to learn he had a relationship with...



**Man found nearly dead in Brooklyn stairwell, cops say**
Cops are investigating the beating of a 22-year-old man who was found...



## PROMOTED STORIES

EXHIBIT   J-4

Print



Cyrus R. Vance, Jr.
District Attorney, New York County

---

**For Immediate Release**                                    **February 05, 2014**

# DA VANCE: SEX TRAFFICKER SENTENCED TO 10 ⅔-TO-32 YEARS IN PRISON

*Taye Elleby Operated Prostitution Ring, Trafficked 17-Year-Old Girl Out Of Harlem Apartment*

Manhattan District Attorney Cyrus R. Vance, Jr., today announced the sentencing of TAYE ELLEBY, 36, to 10 ⅔-to-32 years in state prison for running a prostitution ring and trafficking a 17-year-old female victim into prostitution. On December 16, 2013, a jury in New York State Supreme Court found ELLEBY guilty of the top count of the indictment against him, Sex Trafficking, as well as two counts each of Promoting Prostitution in the Second and Third Degrees.

"Sex trafficking is a serious crime that leaves terrible scars on its victims," said District Attorney Vance. "But just like any other criminal enterprise out to make money, sex traffickers like Taye Elleby often leave digital footprints that are devastating proof of their crimes. My Office's human trafficking prosecutors are also cross-trained in financial investigations, and are working with financial institutions to flag suspicious banking behavior typical of sex traffickers. Using financial crime investigative techniques, we are not only able to build stronger cases, but better able to identify victims and get them the help they need."

As proven at trial, beginning in March 2013, ELLEBY ran a prostitution ring from his Harlem apartment involving a 17-year-old girl that he trafficked into prostitution. ELLEBY, who advertised commercial sexual services through the website Backpage.com, controlled the victim through physical, emotional, and psychological coercion, and demanded that she hand over nearly all of the money she made. If the victim did not follow his rules, ELLEBY physically assaulted her. In one incident, he did not allow her to eat when she had not earned enough money. He also used emotional manipulation, convincing the victim that he loved her, and that she loved him.

The defendant was arrested outside his home after the victim's mother contacted law enforcement. Prosecutors were able to connect scores of ads posted on Backpage.com to ELLEBY through various forms of forensic evidence which were presented at trial.

Last month, District Attorney Vance, in conjunction with Monique Villa, the CEO of the Thomson Reuters Foundation, issued a white paper that provided guidance to the financial industry on how to identify and report irregularities in financial transactions that might be linked to human trafficking activity. The document has been adopted by some of the world's leading financial institutions, including American Express, Bank of America, Citigroup, and JP Morgan Chase, and is the key outcome of the financial working group initiated last April.

Some of the suspicious financial behaviors identified in the document include the regular transfer of funds from the employees' accounts back to the employers (indicative of labor trafficking), recurrent business transactions taking

place outside the time of known business operations, international transfers of funds that are inconsistent with the stated business purpose of the customer, and a high number of individual accounts opened and closed simultaneously. The document also identifies a number of industries whose workers are more easily exploited by traffickers, including non-unionized service or hospitality providers, labor intermediaries, nail salons, travel agents, restaurants and strip clubs.

Assistant District Attorneys Siobhan Carty and Kristen Caruso handled the prosecution of this case, under the supervision of Assistant District Attorney John Temple, Attorney-in-Charge of the Human Trafficking Program, Assistant District Attorney Nicole Blumberg, Chief of the Child Abuse Unit, and Chief Assistant District Attorney Karen Friedman-Agnifilo. Trial Preparation Assistant Caitlin Barrett assisted with the case.

District Attorney Vance thanked NYPD Detective Mark Woods currently with the Joint Terrorism Task Force, formerly with the Vice Enforcement Division.

Defendant Information:

TAYE ELLEBY, D.O.B. 9/15/1977
New York, NY

Convicted:

* Sex Trafficking, a class B felony, one count
* Promoting Prostitution in the Second Degree, a class C felony, two counts
* Promoting Prostitution in the Third Degree, a class D felony, two counts

Sentenced:

* 10 ⅔-to-32 years in state prison

L E G A L   M A I L



02 1P
000112725 4
MAILED FROM ZIP CODE 23860

UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

U.S. OFFICIAL MAIL
$ 000.000
JAN 11 2019
PITNEY BOWES

USM
SDNY
P3

⟨⟩68011-054⟨⟩

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution - Low
P.O. Box 1000
Petersburg, VA 23804-1000
United States

RECEIVED
JAN 16 2019
CLERK'S OFFICE
S.D.N.Y.

⟨⟩68011-054⟨⟩

Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
NEW YORK, NY 10007
United States



Civil
Docketing
E.K.