UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| ROYCE CORLEY, | Docket No.: 15-CV-9621 |
| *Plaintiff,* | (KPF) |
| -against- | **CERTIFICATE OF SERVICE** |
| HONORABLE BONNIE G. WITTNER, J.S.C.; MICHAEL J. BARRY; PORTS & FILES, INC.; GLENN F. HARDY, ESQ.; GLENN F. HARDY, P.C.; CYRUS R. VANCE, JR.; JOHN TEMPLE; DAVID STUART; GREG WEISS; JOHN DOE; AND THE CITY OF NEW YORK | |
| *Defendants.* | |

------------------------------------------------------------------------X

I hereby certify that on February 14, 2019, the foregoing documents:

1. Reply Memorandum of Law in Support of Motion to Dismiss by Defendant Glenn F. Hardy, Esq. and Glenn F. Hardy, P.C., and

2. A copy of *McNeil v. N.Y State Office of Substance Alcoholism & Substance Abuse Servs.,* 2017 U.S Dist. LEXIS 3490 (E.D.N.Y. 2017)

were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants via certified mail, return receipt requested on February 14, 2019.

    Royce Corley, *Pro Se Plaintiff*
    Royce Corley
    68011-054
    Federal Corr. Institution -Low
    P.O. Box 1000
    Petersburg, VA 23804-1000

Dated: New York, New York
       February 14, 2019

                                      Yours, etc.

                                      FURMAN KORNFELD & BRENNAN LLP

                                          /s/ Jason A. Kayne
                                    _____
By: Andrew S. Kowlowtiz, Esq.
     Jason A. Kayne, Esq.
     *Attorneys for Defendants*
     GLENN F. HARDY, ESQ. and
     GLENN F. HARDY, P.C.
     61 Broadway, 26th Floor
     New York, New York 10006
     (212) 867-4100
     FKB File No.: 313.148