UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYCE CORLEY,

                Plaintiff,

v.                                                        15 Civ. 9621
                                                         (Failla, J.)
HON. BONNIE G. WITTNER, et al.,

                Defendants.

---

### MOTION TO SUPPLEMENT RECORD ON APPEAL
(Fed. R. App. P. 10(e)(2)(B))

    Plaintiff Royce Corley, acting pro se, moves this Court for permission to add: Docket Numbers 1 through 300, inclusively, from the matter of <u>Corley v. Vance</u>, 15 Civ. 1800 (Failla, J.)(S.D.N.Y.)(a matter already deemed related to the instant case, see Dkt. No. 39, 47) to the record on appeal in this matter; and for an order directing the Court Clerk to certify and forward this supplemental record to the United States Court of Appeals for the Second Circuit as authorized by Rule 10(e)(2)(B) of the Federal Rules of Appellate Procedure.

    Plaintiff attempted to confer with all of the Defendants via e-mail to agree to stipulate to supplement the record on appeal due to their extensive reference in the instant case, however the Defendants never responded to this request (see annexed "Exhibit A").

Dated: July 15, 2019
       Petersburg, VA



                                     P  L  A  I  N  T  I  F  F

                                     Royce Corley, pro se
                                     Reg. No. 68011-054
                                     Federal Correctional Institution - Low
                                     P.O. Box 1000
                                     Petersburg, VA 23804-1000

1

Application GRANTED. Plaintiff may supplement the record on appeal with the docket in the related case *Corley* v. *Vance*, 15 Civ. 1800. The Clerk of Court shall forward the record to the United States Court of Appeals for the Second Circuit.

Dated:     July 26, 2019                    SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Royce Corley
68011-054
Federal Corr. Institution -Low
P.O. Box 1000
Petersburg, VA 23804-1000