UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE CORLEY,

Plaintiff,

v.

HON. BONNIE G. WITTNER, et al.,

Defendants.

15 Civ. 9621
(Failla, J.)

**RECEIVED NOV 25 2019 PRO SE OFFICE**

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICA...
DOC #:
...FILED

SECOND MOTION TO SUPPLEMENT RECORD ON APPEAL
(Fed. R. App. P. 10(e)(2)(B))

Plaintiff Royce Corley, acting pro se, moves this Court for permission to
add the following:

1.   "Judicial Complaint Proceedings v. Wittner," dated Sep. 15, 2012
     (annexed as "Exhibit B-1");

2.   "Judicial Complaint Proceedings v. Clott," dated Aug. 15, 2012
     (annexed as "Exhibit B-2");

3.   "Judicial Complaint Proceedings v. Pearce-Bates," dated Nov. 14, 2012
     (annexed as "Exhibit B-3");

4.   "Affidavit of Herbert L. Rogers," dated May 4, 2004 (annexed as
     "Exhibit B-4");

5.   "Ballotpedia Biography of Wittner," dated Dec. 19, 2018 (annexed as
     "Exhibit B-5");

6.   "PACER List of Civil Complaints v. Wittner," dated Jan. 7, 2019
     (annexed as "Exhibit B-6");

7.   "Google Search for Bonnie Wittner," dated Dec. 22, 2015 (annexed as
     "Exhibit B-7");

8.   "Google Search for Bonnie G. Wittner," dated Dec. 22, 2015 (annexed as
     "Exhibit B-8");

9.   "Professional Complaint Proceedings v. Barry," dated Aug. 28, 2014
     (annexed as "Exhibit C-1");

10.  "Dep't of State record for Ports & Files, Inc.," dated Oct. 23, 2015
     (annexed as "Exhibit C-2");

11.  "Dep't of State record for Ports & Files, Inc.," dated Aug. 11, 2016
     (annexed as "Exhibit C-3");

1

12. "MANTA record for Ports & Files," undated (annexed as "Exhibit C-4");

13. "TruePeopleSearch records for Michael J Barry," dated Jan. 28, 2019 (annexed as "Exhibit C-5");

14. "Google Search for Ports & Files," dated Feb. 3, 2019 (annexed as "Exhibit C-6");

15. "Grievance Committee Proceedings v. Hardy," dated Aug. 29, 2014 (annexed as "Exhibit D-1");

16. "GHARDYESQ.COM website," dated Dec. 22, 2015 (annexed as "Exhibit D-2");

17. "Plaintiff case notes for DOC phone records," dated Aug. 12, 2016 (annexed as "Exhibit D-3");

18. "TruePeopleSearch records for Glenn F Hardy," dated Jan. 28, 2019 (annexed as "Exhibit D-4");

19. "Google Search for Glenn F. Hardy," dated Oct. 2, 2015 (annexed as "Exhibit D-5");

20. "FOIL Response by Commission on Judicial Conduct," dated Nov. 3, 2012 (annexed as "Exhibit E");

21. "FOIL Response by Assigned Counsel Plan," dated Sep. 16, 2014 (annexed as "Exhibit F");

to the record on appeal in this matter (as these records were referenced in Plaintiff's pleadings, motions and appellate briefs, see Dist. Dkt. No. 2, 56, 116-119; App. Dkt. No. 36-37); and for an order directing the Court Clerk to certify and forward this second supplemental record to the U.S. Court of Appeals for the Second Circuit as authorized by Fed. R. App. P. 10(e)(2)(B).

Plaintiff conferred with all of the parties via e-mail to stipulate to a supplement, however only the DANY-Defendants objected, while the others remained silent (see annexed "Exhibit A").

Dated: November 15, 2019
        Petersburg, VA

P L A I N T I F F
Royce Corley, pro se
Reg. No. 68011-054
Federal Correctional Institution - Low
P.O. Box 1000, Petersburg, VA 23804-1000

2

Application GRANTED.  In light of Plaintiff's *pro se* status, the Court will
GRANT Plaintiff's motion to supplement the record with the attached
exhibits.  In so doing, the Court makes no finding regarding the relevancy
of said exhibits to Plaintiff's claims.  The Clerk of Court is hereby
directed to forward this second supplemental record to the U.S. Court of
Appeals for the Second Circuit.

Dated:    December 2, 2019           SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*
Royce Corley
68011-054
Federal Correctional Institution
Petersburg Low P.O. Box 1000
Petersburg, Virginia 23804-1000

E X H I B I T   A

--------------------------------------------------------------------------------

FROM: 68011054
TO: Qushiye, Imhotep
SUBJECT: SECOND STIPULATION TO SUPPLEMENT RECORD ON APPEAL
DATE: 11/11/2019 10:18:22 PM

Send5,

FROM:    Royce Corley <RCORLEY1054@emailinterface.org>

TO:      David Lawrence, III <david.lawrence@ag.ny.gov>
         Andrew Seth Kowlowitz, Esq. <akowlowitz@fkblaw.com>
         Christina Frances Ante <antec@dany.nyc.gov>
         John Moore <jomoore@law.nyc.gov>

Dear Defendant-Appellees:

I respectfully inquire whether your clients would agree to stipulate to supplement the record on appeal with Grievance Complaints against Mr. Hardy, Mr. Barry and Judge Wittner, Internet Records, Plaintiff's case notes and other records referenced in the Appellate Briefs. Please respond to this matter on or before NOVEMBER 15, 2019, otherwise I would assume that your clients do not object to this supplement.

Regards,

/s/

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution - Low
P.O. Box 1000
Petersburg, VA 23804-1000

E X H I B I T   B-1

Royce Corley (349-12-01501)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

C O N F I D E N T I A L

September 15, 2012

New York State Commission on Judicial Conduct
61 Broadway, Suite 1200
New York, NY 10006

Please consider this document to be: THREE (3) Complaints against a
judge of the State of New York regarding her acts and qualifications.

1. Judge: Bonnie G. Wittner
2. Court: New York Supreme Court - Criminal Term
3. County: New York
4. Incident Date: 02-15-2012
5. Incident Time: UNKNOWN
6. Incident Location: Part 61 - Indictment #00423-2012
7. Complaint:

These THREE (3) complaints are being filed against Judge
Bonnie G. Wittner because her honor:

[1] set excessive, arbitrary and unreasonable bail
[2] failed to disqualify herself knowingly (22 NYCRR § 100.0(F))
    privy to ex parte facts in which impartiality is questionable
[3] showed prejudice and bias in judicial duties

---

[1]  During my Supreme Court arraignment (People v. Royce Corley) bail
hearing the People offerred arguments pertaining to CPL § 510.30(2)(a)(ii),
(v), (vi) and (vii). However failed to address any specific arguments to
suggest defendant being a "flight risk."

The defense in conjunction with the Criminal Justice Agency (CJA)
Interview Report established CPL § 510.30(2)(a)(i),(ii),(iii),
(iv) [lack thereof] and (viii) in favor of the defendant.

Her honor exercised sound judgment in acknowledging bail set by
local criminal court (see complaint #2012/N-0690) as excessive and thus
vacating the order pursuant to CPL § 530.30(1)(c). However despite having
all aspects of CPL § 510.30(2)(a) in which to properly set bail; her
honor set bail exclusively based on the offense charged and a pre-
determined amount according to prior bail hearing experience.

In substance her honor stated "for D felonies I usually set $25,000
cash and $50,000 bond for bail." This method of setting bail is not
governed by any New York State or Federal statutes and is therefore
illegal. Whilst failing to acknowledge the individual or mitigating
circumstances of the defendant and is completely unreasonable and arbi-
trary.

This improper judgment resulted in her honor violating:

• US Constitution Amendment VIII
• NY Constitution Article 1 § 5
• CPL § 510.30
• NY Code of Judicial Conduct Canon 3 (22 NYCRR § 100.3(B)(1))

[2]   Prior to the aforementioned Supreme Court arraignment (02-15-2012) her honor actively presided over Docket # 2011NY061129 (People v. Nathaniel Jackson); involving Indictment # 04157-2011 for Rape and Indictment # 00054-2012 for Witness Tampering,(PL § 130.35) and (PL § 215.11F) respectively.

The Prosecutor for the two above cases (People v. Nathaniel Jackson) and my case Docket # 2012NY007628 (People v. Royce Corley) during the time of my arraignment (02-15-2012) was Assistant District Attorney (ADA) David Stuart.

The victim of the Rape and Witness Tampering cases (Elaine White) is also the Prostitute Accomplice in my case as defined by CPL § 60.22 and conversely by PL § 230.35 for the charge of Promoting Prostitution (PL § 230.25)

With the ex parte knowledge of the detailed facts involving the victim of a violent rape it is questionable whether her honor is impartial to an individual accused of promoting the prostitution of said rape victim in a seperate indictment. To avoid the appearance of impropriety her honor should have recused herself from presiding over my case (Indictment # 00423-2012).

This appearance of impropriety and lack of impartiality resulted in her honor violating:

NY Code of Judicial Conduct
- Canon 2 (22 NYCRR § 100.2(A))
- Canon 3 (22 NYCRR § 100.3(E)(1)(a)(ii))

---

[3] During my bail hearing (02-15-2012) ADA David Stuart

This was done deliberately to invoke prejudice and create a correlation between my present case and that of the ex parte Rape case (People v. Nathaniel Jackson). Thus lacking any probative value to indicate "flight risk" as required by statute.

A factual review of                    record would indicate meritful history in responding to court appearances pursuant to CPL § 510.30(2)(a)(vi) showing lack of "flight risk."

Given the facts mentioned above in complaints [1] and [2] it can be inferred through circumstance that her honor showed bias and prejudice in setting excessive bail to ensure I spent time incarcerated for promoting the prostitution of a rape victim.

This show of prejudice and bias resulted in her honor violating:

• Judicial Law § 14
• NY Code of Judicial Conduct
  - Canon 1 (22 NYCRR § 100.1)
  - Canon 2 (22 NYCRR § 100.2(B))
  - Canon 3 [prejudice] (22 NYCRR § 100.3(B)(4))
  - Canon 3 [ex parte] (22 NYCRR § 100.3(B)(6))
  - Canon 3 [disqualification] (22 NYCRR § 100.3(E)(1)(a)(i))

8. Witnesses:

- Glenn F. Hardy, Esq.
  226 Seventh Street, Suite 302
  Garden City, NY 11530
  (516) 278-4041

- David Stuart, Assistant District Attorney
  New York County District Attorney's Office
  1 Hogan Place, Room 742
  New York, NY 10013
  StuartD@dany.nyc.gov
  (212) 335-9000

- Richard Corley (Father)
  PO Box 56
  New York, NY 10039
  (917) 319-4452

---

I respectfully request that the Commission honor these three (3) complaints independently on their merits, given the multitude of statutes and Canons violated as a result of this misconduct.

I respectfully seek three (3) seperate complaint numbers (e.g. 2012/N-0000) corresponding to the above complaints for the sake of clarity.

To accurately evaluate the merits of the above complaints the Commission should seek copies of <u>all</u> stenographic minutes on and before 02-15-2012 for the following cases:

- Indictment # 04157-2011
- Indictment # 00034-2012
- Indictment # 00423-2012

Sincerely,

Royce Corley

SWORN TO BEFORE ME THIS
20th DAY OF September, 2012

CHELSEA G. TREASURE-CAMPBELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TR6140637
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JANUARY 30, 20

N O T A R Y  P U B L I C



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

HON. THOMAS A. KLONICK, CHAIR
HON. TERRY JANE RUDERMAN, VICE CHAIR
HON. ROLANDO T. ACOSTA
JOSEPH W. BELLUCK
JOEL COHEN
RICHARD D. EMERY
PAUL B. HARDING
NINA M. MOORE
HON. KAREN K. PETERS
RICHARD A. STOLOFF
MEMBERS

JEAN M. SAVANYU, CLERK

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL
MARK LEVINE
DEPUTY ADMINISTRATOR
PAMELA TISHMAN
PRINCIPAL ATTORNEY
ROGER J. SCHWARZ
BRENDA CORREA
SENIOR ATTORNEYS
KELVIN S. DAVIS
ERICA K. SPARKLER
DANIEL W. DAVIS
STAFF ATTORNEYS
ALAN W. FRIEDBERG
SPECIAL COUNSEL

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0038
TELEPHONE        FACSIMILE
www.cjc.ny.gov

## CONFIDENTIAL

September 26, 2012

Mr. Royce Corley, 349-12-01601
09-09 Hazen Street
East Elmhurst, New York 11370

Re: 2012/N-0765

Dear Mr. Corley:

This is to acknowledge receipt by the State Commission on Judicial Conduct of your complaint dated September 15, 2012.

Your complaint will be presented to the Commission, which will decide whether or not to inquire about it. We will contact you after the Commission has reviewed the matter.

For your information we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Kimberly Figueroa
Administrative Assistant

Encl.

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370


November 15, 2012

New York State Commission on Judicial Conduct
61 Broadway, Suite 1200
New York, NY 10006

Dear Commission:

    This is a formal request for a status update on the following
complaints that have been filed with your agency:

    · Complaint # 2012/N-0765 - Against Judge Bonnie G. Wittner
    · Complaint # 2012/N-0690 - Against Judge Abraham L. Clott

    In addition I would like for the Commission to investigate the
involvement of the Honorable Judge Bonnie G. Wittner in the attached
complaint against Senior Court Reporter Susan Pearce-Bates regarding the
alteration of stenographic minutes. This is imperative to the current
complaint against Bonnie G. Wittner as it relies on those minutes for
accuracy.

    It should be further noted that I was called as an alibi defense
witness in the trial of People v. Nathaniel Jackson (Ind. # 04157-2011) on
September 28, 2012. Therefore her honor was knowingly privvy to ex parte
information that was prejudice to me which would not be learned from
actively participating in my case. However it remains uncertain at what
time period she gained this knowledge. A review of the necessary transcripts
will give further evidence of this.

    At calendar call of People v. Royce Corley (Ind. # 00423-2012) on
September 10, 2012 her honor unreasonably denied access to my supreme
court arraignment minutes for February 15, 2012 despite mentioning it was
for the purpose of filing a writ of habeas corpus. Attached is the receipt
for the minutes in question after an unusual delay of over 6 months to
obtain.

    Please use these statements and the attached documentation to amend
Complaint # 2012/N-0765 as necessary.

Sincerely,

Royce Corley

**Enclosure**

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370          C O N F I D E N T I A L

December 15, 2012

New York State Commission on Judicial Conduct
61 Broadway, Suite 1200
New York, NY 10006

Please consider this document to be a: <u>Complaint</u> against a judge of the
State of New York regarding her acts and qualifications.

1. Judge: Bonnie G. Wittner
2. Court: New York Supreme Court - Criminal Term
3. County: New York
4. Incident Date: 12-12-2012
5. Incident Time: UNKNOWN
6. Incident Location: Part 61 - Indictment # 00423-2012
7. Complaint:

    This complaint is being filed against Judge <u>Bonnie G. Wittner</u>
because her honor made inappropriate comments showing prejudice and bias:

    In response to the People mentioning that they intended to dismiss
the case against me and hand over prosecution to the US Attorney's Office
if I refuse to accept the maximum state sentence of $2\frac{1}{2}$ - 7 years; her
honor stated in substance:

    "Will they (US Attorney's Office) be able to use the testimony of
    the child from the [People v ] Nathaniel Jackson case (Ind.# 04157-
    2011)? It should be public information now... right? When will they
    (The Feds) come pick him up?"

    This shows her honor has an active interest in my prosecution in an
outside jurisdiction and ultimately what evidence could be used to
convict me of more serious charges.

    These improper statements resulted in her honor violating:

    • NY Code of Judicial Conduct Canon 1
    • NY Code of Judicial Conduct Canon 3

8. Witnesses:

    • Glenn F. Hardy, Esq. - 226 7th Street, Suite 302, Garden City, NY
    • Greg Weiss, ADA - 1 Hogan Place, New York, NY 10013

Sincerely,

Royce Corley



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

HON. THOMAS A. KLONICK, CHAIR
HON. TERRY JANE RUDERMAN, VICE CHAIR
HON. ROLANDO T. ACOSTA
JOSEPH W. BELLUCK
JOEL COHEN
RICHARD D. EMERY
PAUL B. HARDING
NINA M. MOORE
RICHARD A. STOLOFF
HON. DAVID A. WEINSTEIN
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0038
TELEPHONE       FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

PAMELA TISHMAN
PRINCIPAL ATTORNEY

ROGER J. SCHWARZ
BRENDA CORREA
SENIOR ATTORNEYS

KELVIN S. DAVIS
ERICA K. SPARKLER
DANIEL W. DAVIS
STAFF ATTORNEYS

ALAN W. FRIEDBERG
SPECIAL COUNSEL

**CONFIDENTIAL**

January 22, 2013

Mr. Royce Corley, #349-12-01601
G.R.V.C.
09-09 Hazen Street
East Elmhurst, New York 11370

Re: 2012/N-0765

Dear Mr. Corley:

This is in response to your letter dated December 15, 2012.

Your letter will be added to your complaint to be considered by the Commission.

We will be in touch with you after the Commission has reached a final disposition in the matter.

Very truly yours,

Kimberly Figueroa
Administrative Assistant

EXHIBIT  B-2

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street                    C O N F I D E N T I A L
East Elmhurst, NY 11370

August 15, 2012

New York State Commission on Judicial Conduct
61 Broadway, Suite 1200
New York, NY 10006

Please consider this document to be a: Complaint against a judge of the
State of New York regarding his acts and qualifications.

1. Judge: Abraham L. Clott
2. Court: New York County Criminal Court
3. City: New York
4. Incident Date: 01-26-2012
5. Incident Time: UNKNOWN
6. Incident Location: Arraignment Part - Docket # 2012NYC07628
7. Complaint:

   This complaint is being filed against Judge Abraham L. Clott because
his honor set an excessive bail as prohibited by:

   • U.S. Constitution Amendment VIII
   • N.Y.S. Constitution Article 1 § 5 (Bail)

Thus disregarding Criminal Procedure Law § 510.30(2)(a) which requires
bail to be set solely for the purpose of securing my attendance at future
court appearances.

   The People offered no facts specifically to attribute me being a
"flight risk". However it was mentioned that my income was approximately
$50,000 through gainful employment, assumed to have $50,000 in illicit
cash and believed to have substantial incriminating evidence.

   The Defense in conjunction with the Criminal Justice Agency (CJA)
report established lack of "flight risk" by having steady employment,
lengthy residence in the community, no previous convictions, sentence of
no jail time available by statute for the offenses charged (Non-Violent
B Felony), and the People's evidence is unfounded.

   Given the factual arguments presented by both parties and lack of any
extraordinary circumstances it is clear that bail set at $150,000 cash,
$200,000 bond was excessive and punitive in nature to ensure I spent time
incarcerated. This is a violation of Canon 3 of the N.Y.S. Code of Judicial
Conduct. By not setting bail solely for the purpose of securing my court
attendance--as required by statute--the Judge showed lack of professional
competence in the law (22 NYCRR § 100.3(B)(1) ) and prejudice
(22 NYCRR § 100.3(B)(4) ).

8. Witness: Glenn F. Hardy, Esq. - 226 7th Street, Suite 302, Garden City, NY

Sincerely,

Royce Corley

SWORN TO BEFORE ME THIS

_____ DAY OF _____, 2012
        CHELSEA G. TREASURE-CAMPBELL
        NOTARY PUBLIC, STATE OF NEW YORK
               NO. 01TR6140637
           QUALIFIED IN BRONX COUNTY
     COMMISSION EXPIRES JANUARY 30, 2016
N O T A R Y   P U B L I C



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

HON. THOMAS A. KLONICK, CHAIR
HON. TERRY JANE RUDERMAN, VICE CHAIR
HON. ROLANDO T. ACOSTA
JOSEPH W. BELLUCK
JOEL COHEN
RICHARD D. EMERY
PAUL B. HARDING
NINA M. MOORE
HON. KAREN K. PETERS
RICHARD A. STOLOFF
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0038
TELEPHONE        FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

PAMELA TISHMAN
PRINCIPAL ATTORNEY

ROGER J. SCHWARZ
BRENDA CORREA
SENIOR ATTORNEYS

KELVIN S. DAVIS
ERICA K. SPARKLER
DANIEL W. DAVIS
STAFF ATTORNEYS

ALAN W. FRIEDBERG
SPECIAL COUNSEL

**CONFIDENTIAL**

August 30, 2012

Mr. Royce Corley
#349-12-01601
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

Re: 2012/N-0690

Dear Mr. Corley:

This is to acknowledge receipt by the State Commission on Judicial Conduct of your complaint dated August 15, 2012.

Your complaint will be presented to the Commission, which will decide whether or not to inquire about it. We will contact you after the Commission has reviewed the matter.

For your information we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Kimberly Figueroa
Administrative Assistant

Encl.

ABRAHAM L. CLOTT



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

HON. THOMAS A. KLONICK, CHAIR
HON. TERRY JANE RUDERMAN, VICE CHAIR
HON. ROLANDO T. ACOSTA
JOSEPH W. BELLUCK
JOEL COHEN
RICHARD D. EMERY
PAUL B. HARDING
NINA M. MOORE
RICHARD A. STOLOFF
HON. DAVID A. WEINSTEIN
MEMBERS

JEAN M. SAVANYU, CLERK

CORNING TOWER, SUITE 2301
EMPIRE STATE PLAZA
ALBANY, NEW YORK 12223

518-453-4600    518-486-1850
TELEPHONE       FACSIMILE
www.scjc.state.ny.us

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

November 16, 2012

**CONFIDENTIAL**

Mr. Royce Corley
349-12-01601
George R. Vierno Center
09-09 Hazen Street
E. Elmhurst, New York 11370

<u>Re: File No. 2012/N-0690</u>

Dear Mr. Corley:

The State Commission on Judicial Conduct has reviewed your letter of complaint dated August 15, 2012. The Commission has asked me to advise you that it has dismissed the complaint.

Upon careful consideration, the Commission concluded that there was insufficient indication of judicial misconduct to justify judicial discipline. The Commission is not a court of law and does not have appellate authority to review the merits of matters within a judge's discretion, such as the bail decision in a particular case. Judges by law have broad discretion in such matters, and the law precludes the Commission from interfering in that discretion.

Very truly yours,

Jean M Savanyu

Jean M. Savanyu

JMS:ld

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

<u>Re: File No. 2012/N-0690</u>

November 30, 2012

New York State Commission on Judicial Conduct
Corning Tower, Suite 2301
Empire State Plaza
Albany, NY 12223

Dear Commission:

I am very disappointed to learn that the Commission declined to investigate my complaint due to "insufficient misconduct"; which I find to be a ridiculous assertion because it gives the impression that "a little misconduct" is okay or not worth the commissions time.

I agree that judges have a significant amount of discretion in setting bail. I strongly believe that justices should exercise that discretion to the benefit of the defendant where there is insignificant reason to confine such a person.

The nature of my complaint was not as to whether Judge Abraham L. Clott utilized his discretion, but a matter of him abusing his discretion. Due to this judges discretion I remain incarcerated after almost a year of his exercise of judgment. I feel my denial of liberty should at least afford me an investigation into Judge Abraham Clott's practices and qualifications.

"Upon careful consideration" it appears the Commission (being unpaid) chose to reject my complaint due to lack of sensationalism. I would like to pose a question: if my bail was set at $1,000,000,000 (1 billion dollars), or 1 million dollars would this then be discreation or misconduct? Is there a threshold at which discretion becomes misconduct in this matter?

Please inform me of why an allegation of an abuse of discretion is not worthy of investigation, and why must "Judicial Discipline" be the sole justification of inaction on the commissions behalf?

Sincerely,

Royce Corley



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

HON. THOMAS A. KLONICK, CHAIR
HON. TERRY JANE RUDERMAN, VICE CHAIR
HON. ROLANDO T. ACOSTA
JOSEPH W. BELLUCK
JOEL COHEN
RICHARD D. EMERY
PAUL B. HARDING
NINA M. MOORE
RICHARD A. STOLOFF
HON. DAVID A. WEINSTEIN

MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY
NEW YORK, NEW YORK 10006

646-386-4800   646-458-0037
TELEPHONE   FACSIMILE
www.scjc.state.ny.us

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

## CONFIDENTIAL

December 21, 2012

Mr. Royce Corley
349-12-01601
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

Re:  File No. 2012/N-0690

Dear Mr. Corley:

The Commission has asked me to respond to your letter dated November 30, 2012, concerning the disposition of your complaint.

Pursuant to section 45 of the Judiciary Law, the Commission's records and proceedings are confidential except as to matters that result in public discipline. Accordingly, I am unable to provide any additional information concerning the Commission's consideration of your complaint.

Very truly yours,

Jean M. Savanyu

Jean M. Savanyu

E X H I B I T   B-3

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

**ATTACHMENTS:**

• Transcript Receipt (10/15)

November 14, 2012

Inspector General
Office of Court Administration
25 Beaver Street
New York, NY 10004

C O N F I D E N T I A L

Dear Sherryll Spatz:

Please consider this document to be a: **Complaint** against a court reporter (stenographer) of the State of New York regarding her acts and qualifications.

1. Stenographer: Susan Pearce-Bates
2. Title: Senior Court Reporter
3. Court: New York Supreme Court - Criminal Term
4. County: New York
5. Court Proceeding: People v. Royce L. Corley (Ind. # 00423-2012)
6. Court Date: 02-15-2012
7. Court Judge: Bonnie G. Wittner
8. Court Part: 61
9. Court Minutes Received: 10-15-2012

This complaint is being filed against Senior Court Reporter **Susan Pearce-Bates** because she:

[1] Took an excessive amount of time to transcribe the minutes for the court proceeding listed above. A request for minutes was sent to the Supreme Court Chief Clerk in mid-April. In addition my father Richard Corley has actively tried to obtain the minutes from Ms. Bates from early May by calling and leaving messages with her office until he was finally able to obtain them five (5) months later.

[2] It is suspected that Ms. Bates conspired with Judge Bonnie G. Wittner to alter the minutes of the above proceeding. The reason would be to conseal the judges abuse of discretion in setting bail. I recall the judge stating "$25,000 is normally the bail I set for D felonies," however the last portion of the judges statements appear to be completely altered:

---

I am seeking a full investigation into these matters. I can be reached at the above address for additional information or questioning. Please acknowledge receipt of this complaint at your earliest convenience.

Sincerely,

Royce Corley

SWORN TO BEFORE ME THIS

CHELSEA G. TREASURE-CAMPBELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TR6140637
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JANUARY 30, 20__

2012

N O T A R Y   P U B L I C

**NEW YORK STATE**
Unified Court System

A. GAIL PRUDENTI
CHIEF ADMINISTRATIVE JUDGE

OFFICE OF COURT ADMINISTRATION

**SHERRILL SPATZ**
INSPECTOR GENERAL

December 4, 2012

Mr. Royce Corley
349-12-01601
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Corley:

This office is in receipt of your complaint correspondence regarding court reporter Susan Pearce-Bates.

Please be advised I have forwarded your complaint correspondence to Principal Court Reporter Frank Rizzo of the New York County Supreme Court - Criminal Term who will speak with court reporter Susan Pearce-Bates regarding you allegations.

With regard to your second allegation, if you believe there is a discrepancy with the Minutes of your case, you would have to file a motion with the courts to look into this.

Very truly yours,

Carol Hamm

CH/mb

EXHIBIT  B-4

Supreme Court of the
STATE OF NEW YORK COUNTY OF
NEW YORK
---------------------------X
People of the State of
New York

       - Against-

Ricardo Kimble,
            Defendant.
---------------------------X

Affidavit in support of
440 motion; filed upon
the Supreme Court of the
State of New York: By
Ricardo Kimble Indictment
number 3621/99

    State of New York)
    County of Orange ) ss.:

Herbert L. Rogers being duly sworn, deposes and says:

I am the Co-defendant of Ricardo Kimble Ind. No. 3621/99.

Ricardo and I were arrested on Janurary 10, 1999., and
while he participated in a jury trial, I struck a plea bar-
gain and received a sentence of 9 years to life.

At no time did I make an agreement with a prosecutor, a
Judge or anyone else that as a condiction of my plea bargain
I would not testify for Ricardo.
Nevertheless, on more than one occassion Judge Bonnie Wittner
repeatedly threatened this affiant with federal prosecution
in the event I should testify for Mr. Kimble.
As a result of those threats and others regarding the
vacature of my plea agreement I did not testify.

It is my firm belief that the outcome of Mr. Kimbles' trial
would have been more favorable to him if the Jury had heard my
testimony, particularly, but not limited to the facts that
Mr. Kimble never saw any drugs, never saw any money, was not
present when the drugs were purchased, never knew how much
money I had in my possession, nor how much drugs I intended to
purchase. I repeatedly tried to tell the court all of the
above facts but the Judge made it clear that she would not acc-
ept my plea unless I stated the facts in a way that was acc-
eptable to the court. In light of the forgoing I don't believe
Mr. Kimble received a fair trial.

SWORN TO Before Me This
4 DAY OF May 2004

Jane L Wood
NOTARY Public

*Herbert L. Rogers*
Herbert L. Roger 00A5604

JANE L. WOOD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
NO. 01WO6078933
COMMISSION EXPIRES AUG 12, 2006

E X H I B I T   B-5

-------------------------------------------------------------------------------

FROM: Service, Research
TO: 68011054
SUBJECT: RE: Research
DATE: 12/19/2018 11:51:10 PM

Bonnie G. Wittner is an acting justice for the New York County Supreme Court, Criminal Term in the 1st Judicial District of New York. She was appointed to this position in 1998. She is also a judge of the New York City Criminal Court and her current judicial term expires in 2020.

Bonnie G. Wittner - Ballotpedia

https://ballotpedia.org/Bonnie_G._Wittner

Bonnie G. Wittner is an acting justice for the New York County Supreme Court, Criminal Term in the 1st Judicial District of New York.. She was appointed to this position in 1998. She is also a judge of the New York City Criminal Court and her current judicial term expires in 2020.[1][2]

Education

Wittner received her B.A. degree from Wheaton College in 1969 and her J.D. degree from the Boston College School of Law in 1972.[1]

Career

Wittner began her career in 1972, working for the Legal Aid Society in New York City. In 1977, she became a New York Attorney General. She worked in this capacity until 1983, serving as the Deputy Bureau Chief of the Antitrust Bureau from 1980 to 1983. She was then appointed to the New York City Criminal Court. She was reappointed to this court in 1991, 2001 and 2011. Since 1998, she has served as an acting justice of the New York County Supreme Court.[1]

Footnotes

1. Jump up to: 1.0 1.1 1.2 New York Courts, "Official biography of the Hon. Bonnie G. Wittner"
2. Jump up   New York County Supreme Court judicial directory, Criminal Term

ROYCE CORLEY on 12/19/2018 8:37:06 PM wrote
Please send me the full biography of: "Bonnie G. Wittner"

E X H I B I T   B-6

TRULINCS 68011054 - CORLEY, ROYCE - Unit: PET-B-A

---------------------------------------------------------------------------

FROM: Service, Research
TO: 68011054
SUBJECT: RE: Pacer
DATE: 01/07/2019 01:51:13 PM

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Wittner, Bonnie (dft) | 7:1990cv05911 | Ifill v. Tekben, et al | New York Southern District Court | 09/13/1990 | 09/13/1990 |
| Wittner, Bonnie (dft) | 1:2004cv01990 | Palacio v. The City Of New York et al | New York Southern District Court | 03/15/2004 | 04/12/2010 |
| Wittner, Bonnie (dft) | 1:2004cv07270 | Hernandez v. Wittner et al | New York Southern District Court | 09/13/2004 | 07/21/2005 |
| Wittner, Bonnie (dft) | 1:2007cv09778 | Carmichael v. Levitt et al | New York Southern District Court | 11/05/2007 | 11/05/2007 |
| Wittner, Bonnie (dft) | 1:2010cv00291 | Messam v. N.Y. City Health & Hospital Corp. et al | New York Southern District Court | 01/14/2010 | 02/15/2011 |
| Wittner, Bonnie (dft) | 1:2012cv02331 | Williams v. Appel et al | New York Southern District Court | 03/28/2012 | 04/23/2012 |
| Wittner, Bonnie (dft) | 1:2012cv02859 | Williams v. Ryan et al | New York Southern District Court | 04/11/2012 | 05/17/2012 |
| Wittner, Bonnie (dft) | 1:2003cv04816 | Jones v. Gelernt, et al | New York Southern District Court | 06/27/2003 | 06/27/2003 |
| Wittner, Bonnie G (dft) | 7:1993cv08311 | Brown v. Wittner | New York Southern District Court | 12/03/1993 | 12/03/1993 |
| Wittner, Bonnie G. (res) | 1:1998cv07697 | Lurie v. Wittner, et al | New York Southern District Court | 10/29/1998 | 07/08/1999 |
| Wittner, Bonnie G. (dft) | 7:1992cv00743 | Ifill, et al v. Wittner, et al | New York Southern District Court | 01/30/1992 | 02/07/1992 |
| Wittner, Bonnie G. (dft) | 7:1993cv01647 | Brown v. Wittner | New York Southern District Court | 03/17/1993 | 03/17/1993 |
| Wittner, Bonnie G. (dft) | 1:2001cv07545 | Bunting v. Sullivan, et al | New York Southern District Court | 08/14/2001 | 08/14/2001 |
| Wittner, Bonnie G. (dft) | 1:2005cv01366 | Roundtree v. Wittner et al | New York Southern District Court | 02/02/2005 | 02/02/2005 |
| Wittner, Bonnie G. (dft) | 1:2012cv04119 | Scott v. The City Of New York City et al | New York Southern District Court | 05/23/2012 | 08/07/2012 |
| Wittner, Bonnie G. (dft) | 1:2012cv07299 | Salvador v. State of New York et al | New York Southern District Court | 09/26/2012 | 02/19/2013 |
| Wittner, Bonnie G. (dft) | 1:2013cv00728 | McNair v. Kelly et al | New York Southern District Court | 01/31/2013 | 07/11/2014 |
| Wittner, Bonnie G. (dft) | 1:2015cv06190 | Fuller v. City of New York et al | New York Southern District Court | 08/06/2015 | 09/21/2015 |
| Wittner, Bonnie G. (dft) | 1:2015cv09621 | Corley v. Wittner et al | New York Southern District Court | | 12/08/2015 |
| Wittner, Bonnie S. (dft) | 1:2015cv05129 | Farrison v. Wittner et al | New York Southern District Court | 06/30/2015 | 07/30/2015 |
| Wittner, Bonnie S. (dft) | 1:2015cv07511 | Farrison v. Wittner | New York Southern District Court | 09/22/2015 | 11/24/2015 |

ROYCE CORLEY on 1/7/2019 9:19:44 AM wrote
Please provide me with LIST of all cases with the party:

Bonnie Wittner
in the Southern District of New York

E X H I B I T   B-7



All    Shopping    Images    Videos    News    More ▾    Search tools                    ▲  ◎  ⚙

About 2,870 results (0.42 seconds)

### DISGRACEFUL JUDGE DOESN'T EVEN BOTHER TO ...
nypost.com/.../disgraceful-judge-doesnt-even-bother-to-s... ▾ New York Post ▾
Sep 22, 1999 - They took over the courtroom of Judge **Bonnie
Wittner** – simply because she wasn't there. It is all about Lt.
Patricia Feerick who surrendered for ...

### New York Law Journal | Judges Profiles | bonnie wittner
judges.newyorklawjournal.com/JudgeProfile.aspx?id...1020.xml ▾
Judicial Experience: Acting Justice, Supreme Court, New York
County, Appointed by Chief Administrative Judge, Jonathan
Lippman, 1998 to Present; Judge, ...

### N.Y. man sentenced to 16 years for raping victim after date ...
www.nydailynews.com/.../man-sentenced-16-years-raping-vi... ▾ Daily News ▾
Mar 4, 2015 - Grossman insisted to Manhattan Supreme Court
Justice **Bonnie Wittner** that, "I am not that I have been
portrayed to be whatsoever" — but ...

### Supreme Court Justice Bonnie Wittner « CBS New York
newyork.cbslocal.com/.../supreme-court-justice-bonnie-wittn... ▾ WCBS-TV ▾
Bronx Man Gets 25 Years To Life In 1986 Killing Of Antoinette
BennettSteven Carter was charged just last year with killing and
raping 26-year-old Antoinette ...

### At Sentencing, a Judge Weeps - WSJ
www.wsj.com/.../SB10001424127887323482050... ▾ The Wall Street Journal ▾
Jan 7, 2013 - ... solace for these inexplicably brutal and horrific
acts," said state Supreme Court Judge **Bonnie Wittner**. Then,
dissolving into tears, she added, ...

### Images for "Bonnie Wittner"                              Report images



More images for "Bonnie Wittner"

### judge bonnie wittner - DNAinfo.com
www.dnainfo.com/new-york/people/judge-**bonnie-wittner**
Steven Carter, 50, was sentenced to 25 years to life for
murdering Antoinette Bennett, 26, in 1986. Upper West Side &
Morningside Heights » ...

### Manhattan Supreme Court Justice Bonnie Wittner - Local ...
www.dnainfo.com/people/manhattan-supreme-court-justice-**bonnie-wittner**
www.dnainfo.com/new-york/people/manhattan-supreme-court-
justice-**bonnie-wittner**. Twitter Facebook ... Manhattan Supreme

Court Justice **Bonnie Wittner**.

**Judge Bristles At Plea for Cops - NYPD Confidential**
nypdconfidential.com/columns/1995/950116.html ▾
Jan 16, 1995 - Acting State Supreme Court Justice **Bonnie**
**Wittner** sentenced Feerick and two others to prison; the fourth
drew probation. Soon after Caruso's ...

**Intelius - 1 Profile found for Bonnie Wittner in New York, NY**
www.intelius.com/people/**Bonnie-Wittner**/0c3c95g4a0g ▾
Find **Bonnie Wittner's** phone records, relatives, address history,
professional, background report and more!

**Wittner Metronomes**
Ad www.metronomes.net/ ▾
Classic Key Wound Wood & Electronic Listen on line. Discount
Pricing.

**We Found Bonnie Wittner**
Ad www.peoplefinders.com/ ▾
Current Address, Phone and Age. Find **Bonnie wittner**,
Anywhere.
Search By Email - Search Public Records - Search By Address

**We Found Bonnie Wittner**
Ad www.intelius.com/ ▾
Current Phone, Address, Age & More. Instant & Accurate
**Bonnie Wittner**
Background Check - People Search - Property Records - Rev...

Goooooooooogle ›

1 2 3 4 5 6 7 8 9 10    Next

● Beacon, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



All      Shopping      Images      Videos      News      More ▾      Search tools

Page 2 of about 2,870 results (0.27 seconds)

**Manhattan Supreme Court Justice Bonnie Wittner Pictures ...**
photobucket.com/.../manhattan%20supreme%20court%20justice%20bon... ▾
Browse Manhattan Supreme Court Justice **Bonnie Wittner**
pictures, photos, images, GIFs, and videos on Photobucket.

**Manhattan Supreme Court with Justice Bonnie Wittner ...**
https://www.facebook.com/pages/...**Bonnie-Wittner**/390209414438175 ▾
Manhattan Supreme Court with Justice **Bonnie Wittner**, New
York, New York. 1 like. Company.

**gaycitynews.com | Tag Archive | Judge Bonnie Wittner**
gaycitynews.nyc/tag/judge-**bonnie-wittner**/ ▾
gaycitynews.com | Tag Archive | Judge **Bonnie Wittner** ... Home
» Posts tagged with » Judge **Bonnie Wittner**. Chelsea Gay Man
Feared His Alleged Killers In ...

**Bonnie Wittner | State Employee Salaries**
state-employees.findthedata.com/d/a/**Bonnie-Wittner** ▾
Review compensation details, employment information, and
work history for **Bonnie Wittner** and compare to millions of other
state employees.

**Crash On the Corner of 34th and Park Ave.**
nymag.com/nymetro/news/people/.../index2.html ▾ New York Magazine ▾
New York Supreme Court judge **Bonnie Wittner** sentenced
Carrington to seven years, with no chance of release until at
least April 2009. "I'm doing this interview ...

**BONNIE WITTNER, JUDGE, Ratings, Complaints, Reviews ...**
www.robeprobe.com/find_judges_result2.php?judge_id=1756... ▾
Judge **Bonnie Wittner** was RATED Very Bad, Good, by the Bar
Association and by Lawyers or Litigants, the Public and Critics of
the courts who submitted ...

**Judge weeps as 'Dating Game' serial killer Rodney Alcala ...**
latimesblogs.latimes.com/.../judge-weeps-as-serial-kill... ▾ Los Angeles Times ▾
Jan 8, 2013 - On Monday, New York Supreme Court Judge
**Bonnie Wittner** handed down a sentence of 25 years to life in
prison, the Wall Street Journal ...

**Lawyer Bonnie Wittner - New York, NY Attorney - Avvo.com**
www.avvo.com/attorneys/10013-ny-**bonnie-wittner**-813690.html ▾ Avvo ▾
★★★☆☆ Rating: 6.5/10 - Review by Avvo Inc.
Jan 1, 1973 - **Bonnie Wittner** is a Attorney in New York, NY.
Click Bonnie's profile to discover their Avvo Rating, write a
review, and read professional ...

**Serial killer brings New York judge to tears - Catholic Online**
www.catholic.org/news/national/story.php?id=49257 ▾ Catholic Church ▾
Jan 9, 2013 - New York Supreme Court Judge **Bonnie Wittner**

broke down in tears as she sentenced him. "This kind of case is
something I've never ...

State Supreme Court Judge Bonnie Wittner Archives - Myers ...
msgjustice.com/tag/state-supreme-court-judge-**bonnie-wittner**/ ▾
Smurfs Guru Stuart Ross Jailed In $11M Plot To Extort Son-In-
Law David Blitzer. BY MELISSA GRACE DAILY NEWS STAFF
WRITER Tuesday, June 08, 2010 ...

Judge Bonnie Wittner - Local Neighborhood News
Ad www.dnainfo.com/New_York_News ▾
Local Neighborhood News at Your Finger Tips. Get The Latest!
Local News · Neighborhood Events · Top Stories · Award Win...
Breaking Crime News - News Alerts - NYC Weather - Sports N...

We Found Bonnie Wittner
Ad www.instantcheckmate.com/ ▾
Search Arrests, Address, Phone, etc Search records for **Bonnie
Wittner.**

Bonnie Wittner:Found – Current Address, Phone and Age
Ad www.whitepages.com/Bonnie+Wittner ▾
Find **Bonnie Wittner**, Anywhere.
Telephone Directory · Neighbor Search · Reverse Address Lo...
Search Criminal Records - Run a Background Check - Premiu...

---

‹ Goooooooooogle ›

Previous      1 **2** 3 4 5 6 7 8 9 10        Next

 Beacon, NY - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



All    Shopping    Images    Videos    News    More ▾    Search tools

Page 3 of about 2,870 results (0.27 seconds)

Bonnie Wittner - Public White Pages
publicwhitepages.com/base.php?t=idaho&id=1236171 ▾
Online Public Records Profile for **Bonnie Wittner** - Telephone:
(208) 322-6832.

Oscar Fuller who punched woman over parking space ...
www.dailymail.co.uk/.../Oscar-Fuller-punched-woman-parkin... ▾ Daily Mail ▾
Jun 22, 2012 - However, Justice **Bonnie Wittner** said he
deserved a much more serious punishment. 'Anyone hearing this
outside the courtroom, just on ...

Hon. Bonnie Wittner - "The Robing Room: NY State Judges
www.therobingroom.com/newyork/Judge.aspx?id=790 ▾
Hon. Bonnie G. **Wittner**, See Rating Details. Supreme Court
(Criminal). New York County, See Comments. Attorney Average
Rating: - 0 rating(s) Non-Attorney ...

CCJ Bonnie Wittner, Michael Balzano, Nicholas Colucci ...
archives.law.virginia.edu/dengrove/sketch/4883 ▾
CCJ **Bonnie Wittner**, Michael Balzano, Nicholas Colucci,
Leonard Jackowski. Judge **Bonnie Wittner** presides over
courtroom scene. Size: 32.75 x 49.75 ...

Bonnie Eitner | Whitepages
www.whitepages.com/name/Bonnie-Eitner ▾ Whitepages ▾
**Bonnie Wittner**. Age:65+; Current:New York, NY. Prior:Delray
Beach FL, New York NY; Knows:Miranda S Schiller, Judith Catz,
Leslie L Alkalay, Kathie J Berlin, ...

Bonnie Etnire | Whitepages
www.whitepages.com/name/Bonnie-Etnire ▾ Whitepages ▾
**Bonnie Wittner**. Age:65+; Current:New York, NY. Prior:Delray
Beach FL, New York NY; Knows:Miranda S Schiller, Judith Catz,
Leslie L Alkalay, Kathie J Berlin, ...

Justice Bonnie Wittner | National Legal and Policy Center
nlpc.org/category/people/justice-bonnie-wittner
Oct 23, 2000 - A Manhattan union boss who racked up
thousands of dollars for hotel rooms in Brooklyn pled guilty Oct.
17 to $3,000 larceny charge and ...

[RTF] 2
www.stewartorden.com/dominguez%202.rtf
State Supreme Court Justice **Bonnie Wittner** dismissed assault
and gun charges against Jose Dominguez, 45, but left standing
a less serious weapons ...

Laura J. Keller on Twitter: "Judge Bonnie Wittner cried at ...
https://twitter.com/laurajkeller/status/288715442640535552

Jan 8, 2013 - Judge **Bonnie Wittner** cried at #Alcala sentencing
http://nyti.ms/V6PUMv She was probably about same age as
1970s victims ...

Bonnie Wittner - Attorney in New York, NY - Lawyer.com™
www.lawyer.com › New York Lawyer › New York Lawyer
Bonnie Gail Wittner is an attorney in New York, NY. Find out
lawyer **Bonnie Wittner's** state bar license status, years in
practice, phone and address information.

We Found Bonnie Wittner
Ad www.spokeo.com/Bonnie+Wittner ▾
Cell Phone #, Address, Pics & More. **Bonnie Wittner's** Info -
Look Free!



‹ Goooooooooogle ›

Previous    1 2 **3** 4 5 6 7 8 9 10    Next

● Beacon, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Page 4 of about 2,860 results (0.41 seconds)

**Afternoon Bulletin: 5Pointz Replacement Begins | | Observer**
observer.com/2015/06/afternoon-bulletin-5pointz-replacement-begins/ ▾
Jun 10, 2015 - Manhattan Supreme Court Justice **Bonnie
Wittner** has no mercy for the couple. "This is a very serious
case," Ms. Wittner told the Daily News.

**Bonnie G. Wittner - Genealogy - Geni**
www.geni.com/people/**Bonnie-Wittner**/6000000008673118322    Geni ▾
Dec 30, 2014 - Records for **Bonnie Wittner**. 14,692 Records.
Share your family tree and photos with the people you know and
love. Build your family tree ...

**When Judges Get Angry | News | Law School | Vanderbilt ...**
law.vanderbilt.edu/.../when-judges-get... ▾ Vanderbilt University Law School ▾
As an example of appropriate expression of sorrow, she also
cited the emotion displayed by Justice **Bonnie Wittner** in New
York State Supreme Court at the  ...

**judge bonnie wittner : Top News Articles [1] - OOYUZ**
www.ooyuz.com/newsarticles?term=judge%20bonnie%20wittner ▾
Michael Graae/For New York Daily News A former Lenox Hill
Hospital employee and his wife stole the identities of more than
80 patients and racked up ...

**Paid Notice - Deaths WITTNER, FLORENCE - NYTimes.com**
www.nytimes.com/.../paid-notice-deaths-wittner-flore... ▾ The New York Times ▾
Oct 19, 2001 - Beloved wife of David; loving mother of
Honorable **Bonnie Wittner** and Ilene S. Wittner of New York
City; cherished sister of Conrad Cohen, ...

**PEOPLE v. PICARD | FindLaw**
caselaw.findlaw.com › ... › NY Supreme Court, Appellate Division ▾
Judgments, Supreme Court, New York County (**Bonnie Wittner**,
J. at hearing; Edward J. McLaughlin, J. at jury trial and
sentence), rendered January 7, 2002, ...

**Sylvie Cachay Update: Nicholas Brooks, beau convicted in ...**
www.cbsnews.com/.../sylvie-cachay-update-nicholas-brooks-b... ▾ CBS News ▾
Sep 23, 2013 - And Manhattan state Supreme Court Justice
**Bonnie Wittner** lambasted him as a young man who
squandered his education and his privilege.

**Bonnie Wittner - Noticias - Buscador Emol**
buscador.emol.com/noticias/Bonnie+Wittner ▾ Translate this page
bien afeitado y con un suéter sobre una camisa y corbata.En
una breve comparecencia judicial, la juez declaró que la
autopsia está sellada pero puede ser ...

**Bonnie Wittner - Emol.com - Buscador Emol**

buscador.emol.com/emol/Bonnie+Wittner - Translate this page
Cuando la juez **Bonnie Wittner** le preguntó a Wortman si él y
Moses habían exigido dinero en llamadas telefónicas entre el 20
y el 17 de diciembre del 2005, ...

**[PDF] Six Indicted in Conspiracy to Distribute Heroin and - The ...**
brooklynda.org/wp.../Six-indicted-in-conspiracy-to-distribute-heroin.pdf ▾
Oct 2, 2014 - the indictment in Manhattan Supreme Court by
Judge **Bonnie Wittner**. Bail was set as follows: LEITONG,
$100,000 bond or $25,000 cash; ...



‹ Goooooooooogle ›
Previous    1 2 3 **4** 5 6 7 8 9 10    Next

● Beacon, NY - From your Internet address - Use precise location - Learn more
Help    Send feedback    Privacy    Terms



Wittner - definition and meaning - Wordnik
https://www.wordnik.com/words/Wittner ▾
Steven Carter, 49 years old, pleaded not guilty while appearing
before Judge **Bonnie Wittner** in State Supreme Court in
Manhattan. Murder Charges Filed in '86 ...

NYC School Administrator Pleads Guilty To Tax Fraud
https://www.tax.ny.gov/press/rel/2010/brescia062310.htm ▾ New York ▾
Jan 12, 2012 - Brescia, 54, of 335 Riverside Drive in Manhattan,
appeared June 10 before Supreme Court Judge **Bonnie Wittner**
and was sentenced to 15 ...

Madonna's Alleged Stalker Trial-Bound for Second Time | E ...
www.eonline.com/.../madonna-s-alleged-stalker-trial-bound-for-secon... ▾ E! ▾
Look who's getting into the trial groove again. E! News can
confirm that a New York judge has rei...

Nicholas Brooks Accused Of Strangling Girlfriend May Take ...
www.ibtimes.com › World › Society ▾ International Business Times ▾
Jun 21, 2011 - Justice **Bonnie Wittner** of State Supreme Court
in Manhattan made reference to a possible plea deal being
worked out between Brooks and ...

lewis v. wittner - Casetext
https://casetext.com/case/lewis-v-wittner ▾
**Bonnie WITTNER**, etc., et al., Respondents. Raymond Lewis,
petitioner pro se. Cyrus R. Vance, Jr., District Attorney, New
York (Richard Nahas of counsel), ...

New York Appellate Criminal Cases Originating From NY ...
watch.westlaw.com/feedservice.aspx?guid=28f93f12-43a9-4f8c...1 ▾
An appeal having been taken to this Court by the above-named
appellant from a judgment of the Supreme Court, New York
County (**Bonnie Wittner**, J.), ...

LiveLeak.com - Thug who put 4'11" woman into coma over ...
www.liveleak.com/view?i=d3c_1340385026 ▾ LiveLeak ▾
Jun 22, 2012 - "Yes," she whispered softly to her mom, Angie
Harrison, as Justice **Bonnie Wittner** rendered the maximum
sentence allowed -- which is not ...

New York art scene tries to convict pastor
www.wnd.com/.../new-york-art-scene-tries-to-convict-pas... ▾ WorldNetDaily ▾
Apr 23, 2014 - Judge **Bonnie Wittner** will be making that
decision on May 19, 2014. Manhattan DA Cyrus Vance Jr.
speaks as a crusader for New York's artists, ...

Lawyer Acquitted in Blackstone Director Extortion Case ...
www.bloomberg.com/.../blackstone-manager-s-father-in-... ▾ Bloomberg L.P. ▾

Nov 30, 2010 - State Supreme Court Justice **Bonnie Wittner**
has said she would sentence Ross to probation. On Nov. 8,
Ross filed a motion to withdraw his ...

**[PDF]** People v Blackwood - Courthouse News Service
www.courthousenews.com/home/OpenAppellateOpinion.aspx?...72231 ▾
May 23, 2013 - Judgment, Supreme Court, New York County
(**Bonnie Wittner**, J.), rendered April 22,. 2009, as [*10]amended
April 30, 2009, affirmed. Opinion ...

---

        ‹   Goooooooooogle   ›

    Previous      1 2 3 4 **5** 6 7 8 9 10     Next


 ● Beacon, NY - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

EXHIBIT B-8

  

"Bonnie G. Wittner"                                    🎤  🔍          Angela  ⊞  🔔  Ⓐ

All       Shopping      Images      Videos      News      More ▾      Search tools       👤  🌐          ⚙

About 1,100 results (0.40 seconds)

**Bonnie G. Wittner - Ballotpedia**
https://ballotpedia.org/Bonnie_G._Wittner ▾ Ballotpedia ▾
May 11, 2015 - **Bonnie G. Wittner** is an acting justice for the
New York County Supreme Court, Criminal Term in the 1st
Judicial District of New York. She was ...

**Courtroom Directory - Unified Court System**
https://www.nycourts.gov/.../1jd/.../courtrooms.sht... ▾ Judiciary of New York ▾
Aug 6, 2015 - Assigned Justice: Hon. **Bonnie G. Wittner**
Location: 100 Centre Street, Room 1130, 11th Floor Phone: 646-
386-4061. Fax: 212-401-9266

**New York Law Journal | Judges Profiles | bonnie wittner**
judges.newyorklawjournal.com/JudgeProfile.aspx?id...1020.xml ▾
**Bonnie G. Wittner**. Supreme Court, New York County; 111
Centre Street New York, NY 10013. +1-646-386-4061. Status:
Active. NYLJ Decisions: 1 documents

**Judge Cries During Sentencing of Serial Killer Rodney Alcala**
www.nytimes.com/.../judge-cries-during-sentencin... ▾ The New York Times ▾
Jan 7, 2013 - Justice **Bonnie G. Wittner's** stoic demeanor
began to give way with the recounting of each killing, committed
in California by the wizened man ...

**Bonnie G Wittner - Intelius**
www.intelius.com/people/Bonnie-Wittner/0c3c95g4a0g ▾
Get contact information on **Bonnie G Wittner**, New York NY.
Find out **Bonnie G Wittner's** age, gender, possible aliases,
associates, professional, and education ...

**Matter of Stephen Jacks v Bonnie G. Wittner :: 2005 :: New ...**
law.justia.com › ... › 2005 ▾ Justia ▾
Nov 22, 2005 - Matter of Stephen Jacks v **Bonnie G. Wittner**.
Annotate this Case. Matter of Jacks v Wittner 2005 NY Slip Op
08856 [23 AD3d 1160] Decided on ...

**Bonnie Wittner | State Employee Salaries**
state-employees.findthedata.com/d/a/Bonnie-Wittner ▾
**Bonnie G. Wittner**. New York. 2008. Add to Compare. See
Details ›. NYC Judges. Act Superior Court Justice Full Time.
**Bonnie G Wittner** ...

**228 F3d 113 Brett Lurie v. Bonnie G Wittner Eliot Spitzer ...**
openjurist.org › Federal Reporter, Third Series › 228 F.3d ▾
**BONNIE G. WITTNER**, Acting Justice of the Supreme Court of
the State of New York; ELIOT SPITZER, Attorney General of the
State of New York; GLENN S.

**73-Yr-Old Birdwatcher To Rapist: "May You Rot In Hell For ...**

gothamist.com/.../30-year_sentence_for_man_who_raped.php ▾ Gothamist ▾
Oct 17, 2013 - Mitchell, 43, agreed to a plea deal last week; the
NY Times reports that Justice **Bonnie G. Wittner** gave him the
"maximum she could give him ...

[PDF] Boston College Law School Magazine Spring 1998 - Dig…
lawdigitalcommons.bc.edu/cgi/viewcontent.cgi?article=1050&context... ▾
Apr 1, 1998 - have taught judge **Bonnie G. Wittner** '72 the
qualities needed to succeed on the bench. Photography by Todd
Plitt. PUBLICATION NOTE.



1 2 3 4 5 6 7 8 9 10        Next

⊙ Beacon, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google    "Bonnie G. Wittner"      🎤   🔍     Angela      🔔   Ⓐ

All    Shopping    Images    Videos    News    More ▾    Search tools      

Page 2 of about 1,100 results (0.28 seconds)

**Hon. Bonnie G. Wittner - a New York, New York (NY) Lawyer**
pview.findlaw.com/view/1169556_2 ▾
Jan 21, 2014 - Hon. **Bonnie G. Wittner**, a New York, New York
(NY) Lawyer, Attorney -

**Bonnie G. Wittner - Genealogy - Geni**
www.geni.com/people/Bonnie-Wittner/6000000008673118322   Geni ▾
Dec 30, 2014 - View **Bonnie G. Wittner's** genealogy family tree
on Geni, with over 140 million profiles of ancestors and living
relatives.

**Bonnie G. Wittner - Robeprobe.com**
www.robeprobe.com/find_judges_result2.php?judge_id=1756... ▾
Judge Bonnie Wittner was RATED Very Bad, Good, by the Bar
Association and by Lawyers or Litigants, the Public and Critics of
the courts who submitted ...

**New York City Criminal Courts Manual**
https://books.google.com/books?isbn=1105201627
NEW YORK COUNTY LAWYERS ASSOCIATION
Honorable **Bonnie G. Wittner** Justice **Bonnie G. Wittner** was
first appointed to the Criminal Court of the City of New York in
1983 and was re-appointed in both ...

**New York State Assembly | Linda B. Rosenthal**
assembly.state.ny.us/mem/Linda-B.../57147/ ▾ New York State Assembly ▾
Oct 17, 2013 - The New York City Police Department quickly
apprehended Mitchell and he was sentenced today, by Justice
**Bonnie G. Wittner** of State ...

**[PDF] People v Ramsey - Courthouse News Service**
www.courthousenews.com/home/OpenAppellateOpinion.aspx?...131984 ▾
Jan 15, 2015 - Order, Supreme Court, New York County
(**Bonnie G. Wittner**, J.), entered on or about. October 1, 2012,
which adjudicated defendant a level two ...

**Hon Bonnie G. Wittner - "The Robing Room: NY State Judges**
www.therobingroom.com/newyork/Judge.aspx?id=790 ▾
Hon. **Bonnie G. Wittner**, See Rating Details. Supreme Court
(Criminal). New York County, See Comments. Attorney Average
Rating: - 0 rating(s) Non-Attorney ...

**Bonnie Gail Wittner Judge Profile - martindale.com**
www.martindale.com/**Bonnie-G-Wittner**/535257-law... ▾ Martindale-Hubbell ▾
Actg. Supm. Ct. Jus.; NY Co. 100 Centre St New York, New
York. (New York Co.) Profile Visibility. #7,507 in weekly profile
views out of 101,042 lawyers in New ...

**Bonnie G. Wittner attorney reviews - LawyerRatingz.com**
www.lawyerratingz.com/reviews/.../Attorney-Bonnie-G.-Wittner.html ▾

**Bonnie G. Wittner** attorney reviews. Add a picture of this attorney Save this listing Search again · Map & Info. **Bonnie G. Wittner** Attorney. New York, NY. Practice ...

New York Judge Reviews and Court Directory: 2000 Edition
https://books.google.com/books?isbn=1580120571
Francis K. Kenna, Linda Sideri - 2000 - Courts
... 386-4062 **Bonnie G. Wittner**; 386-4061 NEW YORK CITY CIVIL COURT 1 1 1 Centre Street New York 10013 General Information: 386-5700; Civil: 386— 5600 ...

Wittner Metronomes
Ad www.metronomes.net/ ▾
Classic Key Wound Wood & Electronic Listen on line. Discount Pricing.
Wittner Metronome - Intelli Metronome - Metronome - Electron...



‹ Goooooooooogle ›

Previous    1 **2** 3 4 5 6 7 8 9 10    Next

⊙ Beacon, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



All      Shopping      Images      Videos      News      More ▼      Search tools

Page 3 of about 1,100 results (0.31 seconds)

**DEA.gov / New York News Releases, 12/04/14**
www.dea.gov/divisions/nyc/2014/nyc120414.shtml ▼
Dec 4, 2014 - He is scheduled for arraignment today in
Manhattan Supreme Court before Judge **Bonnie G. Wittner** in
Part 61, 100 Centre Street, 11th Floor.

**DEA.gov / New York News Releases, 04/23/15**
www.dea.gov/divisions/nyc/2015/nyc042315.shtml ▼
Apr 23, 2015 - ... Luisito Colon Pagan, is scheduled to be
arraigned on the indictment today in Manhattan Supreme Court
before Judge **Bonnie G. Wittner**.

**A Pastor's Holy Mistake: Selling an Art Forgery - The Daily ...**
www.thedailybeast.com/.../a-pastor-s-holy-mistake-sellin... ▼ The Daily Beast ▼
May 20, 2014 - "Here he had a choice, and he made the wrong
choice," New York State Supreme Court Justice **Bonnie G.
Wittner** stated. "He could easily have  ...

**New York Appellate Criminal Cases Originating From NY ...**
watch.westlaw.com/feedservice.aspx?guid=28f93f12-43a9-4f8c...1 ▼
Judgment, Supreme Court, New York County (**Bonnie G.
Wittner**, J.), rendered August 14, 2014, convicting defendant,
upon his plea of guilty, of sex trafficking,  ...

**people v. brooks - Casetext**
https://casetext.com/case/people-v-brooks-717 ▼
**BONNIE G. WITTNER**. Defendant has not set forth a factual or
legal basis to vacate the verdict. The motion is denied without a
hearing.

**Green Book Online - NYC.gov**
a856-gbol.nyc.gov/GBOLWebsite/GreenBook/Details?... ▼ New York City ▼
Term end Dec 31, 2023. Maxwell Wiley (3) Term end Aug 31,
2018. **Bonnie G. Wittner** (1) Term end Dec 31, 2020. Ronald A.
Zweibel Term end Dec 31, 2015  ...

**Chief pharmacist admits stealing 200K oxycodone pills from ...**
pix11.com/.../chief-pharmacist-admits-stealing-200k-oxycodone-p... ▼ WPIX ▼
Jun 17, 2015 - D'Alessandro was immediately remanded to jail
by Judge **Bonnie G. Wittner**, pending his sentencing on July
23rd. He forfeited his  ...

**New York's Rape Statute Challenged as 'Archaic'**
www.feminist.com/news/vaw73.html ▼
May 19, 2006 - Thirty-two years later, in 2005, New York City
Judge **Bonnie G. Wittner** sent Worrell to prison for the crime,
handing down a sentence to run  ...

**Madonna's Alleged Stalker Trial-Bound for Second Time | E ...**

www.eonline.com/.../madonna-s-alleged-stalker-trial-bound-for-secon... ▼ E! ▼
A rep for the New York District Attorney's Office tells E! News
that Superior Court Justice **Bonnie G. Wittner** previously
thought prosecutors had missed their  ...

DNA Labs International
www.dnalabsinternational.com/email_newsletter/vol.../vol5_ref08.html ▼
... with the justice, **Bonnie G. Wittner** of State Supreme Court in
Manhattan, as he tried on cross-examination to undermine the
reliability of Ms. Quigg's findings.



‹ Goooooooooogle ›
Previous     1 2 **3** 4 5 6 7 8 9 10     Next

● Beacon, NY - From your Internet address - Use precise location - Learn more
Help     Send feedback     Privacy     Terms



All     Shopping     Images     Videos     News     More ▾     Search tools

Page 4 of about 1,100 results (0.39 seconds)

Beth Israel's ex-pharmacy boss cops to oxycodone theft - NY ...
www.nydailynews.com/.../beth-israel-ex-pharmacy-boss-cops-o...   Daily News ▾
Jun 17, 2015 - Manhattan Supreme Court Justice **Bonnie G.
Wittner** remanded D'Alessandro until his sentencing July 23.
The Staten Island resident had been  ...

Corley v. Wittner et al - PacerMonitor
https://www.pacermonitor.com/public/case/.../Corley_v_Wittner_et_al ▾
Dec 8, 2015 - ... The City of New York, Cyrus R. Vance, Jr, Greg
Weiss, **Bonnie G. Wittner**. Document filed by Royce Corley.
(rdz) Modified on 12/10/2015 (rdz).

Top 13 Grant Bauer profiles | LinkedIn
https://www.linkedin.com/pub/dir/Grant/Bauer ▾
Grant Bauer. Judicial Intern at Hon. **Bonnie G. Wittner**, New
York County Supreme Court, Criminal Term. Location: United
States; Industry: Law Practice  ...

Florida pastor sent to jail over fake Hirst painting - ArtReview
artreview.com/.../news_20_may_2014_pastor_who_tried_to_s... ▾ ArtReview ▾
May 20, 2014 - Justice **Bonnie G. Wittner** of Manhattan's State
Supreme Court has sentenced pastor Kevin Sutherland to six
months in jail for trying to sell a  ...

DownWithTyranny!: Why Do Our Elites Keep Behaving Like ...
downwithtyranny.blogspot.com/.../why-do-our-elites-keep-behaving-lik... ▾
Aug 1, 2014 - ... as he pleaded not guilty to gambling, conspiracy
and money laundering charges before Justice **Bonnie G.
Wittner** in State Supreme Court.

Sylvie Cachay's Soho House Murder Trial Exposes Killer As A
crimefeed.com/.../hotel-horrors-sylvie-cachays-soho-house-murder-trial-... ▾
Oct 21, 2015 - Justice **Bonnie G. Wittner** sentenced Brooks to
25 years to life in prison. The jury only deliberated for two days
after hearing over a month's  ...

[RTF] 3 - Orden, Stewart, Esq.
www.stewartorden.com/dominguez%203.rtf
Justice **Bonnie G. Wittner** told the jury that its verdict was
"logically and factually inconsistent" and directed the jury to
reconsider. The lawyers in the case said the  ...

September 16, 2015 at 4:33 AM ET EIN: 04-3657290
www.guidestar.org/ViewPdf.aspx?PdfSource=0&ein=04...   GuideStar ▾
**BONNIE G WITTNER**, ESQ. *. *. * Included with Premium
Report Purchase (Add to Cart). Fiscal Year Ending December
31, 2009. Name. *Title. *Compensation.

Former Beth Israel official, accused of taking 200K ...

www.silive.com/.../former_beth_israel_official_ac.... ▾ Staten Island Advance ▾

Jun 17, 2015 - Manhattan Supreme Court Justice **Bonnie G.**
**Wittner** ordered D'Alessandro, who had been free on $500,000
bond, held without bail until his ...

David Wittner - Historical records and family trees ...
www.myheritage.com/names/david_wittner
David Wittner was born on month day 1919, to Unknown Wittner.
David married Florence Cohen. They had 2 daughters: **Bonnie**
**G. Wittner** and one other child.



‹ Goooooooooogle ›

Previous    1 2 3 **4** 5 6 7 8 9 10    Next

● Beacon, NY - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



Police Blotter - The Villager
thevillager.com/villager_135/policeblotter.html ▾
Dec 6, 2005 - State Supreme Court Justice **Bonnie G. Wittner**
gave the maximum sentence of 15 years and four months to 46
years in prison for Fletcher ...

[PDF] People v. Peque - Immigrant Defense Project
immigrantdefenseproject.org/wp-content/uploads/.../People-v-Peque.pdf ▾
affirmed a judgment of the Supreme Court, New York County
(**Bonnie G. Wittner**, J.), which had convicted defendant, upon a
plea of guilty, of criminal possession ...

Pastor Gets Jail Time for Fake Damien Hirsts - artnet News
https://news.artnet.com/.../florida-pastor-gets-jail-time-for-fake-damien-h... ▾
May 20, 2014 - The case was heard in State Supreme Court in
Manhattan by Justice **Bonnie G. Wittner**, who handed down a
jail sentence based on ...

[PDF] SUPREME COURT OF THE STATE OF NEW YORK ...
apps.americanbar.org/.../dairyleaindictment.pd... ▾ American Bar Association ▾
'LLOYD CONSTANTINE. Assistant Attorney General. Chief,
Antitrust Bureau. **BONNIE G. WITTNER**. Assistant Attorney
General. Deputy Chief, Antitrust Bureau.

POLITICO New York's Public Law Report: Sheldon Silver on ...
www.capitalnewyork.com/.../politico-new-york's-public-law-report-shel... ▾
Nov 6, 2015 - Bench: Justice **Bonnie G. Wittner**. Prosecution:
ADAs Matthew Bogdanos and Anne Siegel. Bronx — Convicted:
Jaime DeJesus, 27, ...

NYC doctor and wife indicted for conspiracy and 37 counts ...
asianjournal.com/.../nyc-doctor-and-wife-indicted-for-conspiracy-and-3... ▾
Jun 11, 2015 - The Lucases were arraigned in Manhattan
Supreme Court before Justice **Bonnie G. Wittner** on Tuesday
afternoon.The judge set bail at $1 ...

A.G. Schneiderman Announces Arrest Of Construction Firm ...
www.ag.ny.gov › Media Center ▾ New York Attorney General ▾
Aug 1, 2012 - The defendant was arraigned in New York County
Supreme Court, Honorable **Bonnie G. Wittner** pursuant to
Indictment number 3055-2012.

Scarsdale Couple Busted by the Special Narcotics Prosecutor
scarsdale10583.com/.../4792-scarsdale-couple-busted-by-the-special-nar... ▾
Jun 9, 2015 - The Lucases were arraigned in Manhattan
Supreme Court before Justice **Bonnie G. Wittner** on Tuesday
afternoon June 6th.The judge set bail ...

Physician and Wife Indicted for Selling Prescriptions of ...

www.newyorkbids.net/.../40073-physician-and-wife-indicted-for-selling-... ▼
Jun 17, 2015 - The Lucases had an arraignment last June 9,
2015 in Manhattan Supreme Court, Part 61, before Justice
**Bonnie G. Wittner**, 100 Centre St, 11th  ...

[PDF] read the full text of this document
https://www.heartland.org/sites/all/.../10613.pdf ▼ The Heartland Institute ▼
Shortly thereafter, Diop was sen- tenced in his vote fraud trial.
On August. 28, 2001, New York Supreme Court Justice. **Bonnie
G. Wittner** gave Diop the maximum.



‹ Gooooooooooogle ›
Previous        1 2 3 4 **5** 6 7 8 9 10        Next

◉ Beacon, NY - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

E X H I B I T  C-1

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099


August 28, 2014


NYS Department of State
Division of Licensing Services
Complaint Review Office
123 William Street, 2nd Floor
New York, NY 10038-3804


## Preliminary Statement of Complaint

IMPORTANT: This document is subject to disclosure under the Freedom of Information Law.
The person or firm you are complaining about will receive a copy of this.


## Complaintant

Corley, Royce
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099          Fairfield County

## Type of Business you are Complaining about:

[✗] Private Investigator                    [✗] Other

## Person and/or firm you are complaining about:

Ports & Files, Inc.
80 Wall Street, 10th Floor
New York, NY 10005          New York County
212-482-0200 (Office)      212-482-0575 (Fax)

## Name and address of other people involved in complaint:

Michael Barry
80 Wall Street, 10th Floor
New York, NY 10005          New York County
917-843-7405 (Home)        212-482-0200 (Office)

Glenn F. Hardy, Esq.
226 Seventh Street, Suite 302
Garden City, NY 11530      Nassau County
516-902-0518 (Home)        516-248-4041 (Office)


-1-

Amount of money involved in complaint: <u>$0.00</u>

List all receipts or proof of payment: <u>Hired pursuant to N.Y. County Law § 18-B</u>

Indicate the nature of your complaint. Be exact as to facts:

On Sunday December 2, 2012 Michael Barry from the firm Ports & Files, Inc. visited me at the George R. Vierno Center on Rikers Island. In this visit he indicated he was the private investigator my lawyer Glenn F. Hardy, Esq. hired for my pending criminal case in Manhattan Supreme Court.

During a privileged conversation with Mr. Barry he started by bragging about various cases he investigated that later became newsworthy. At the conclusion of his boasting I indicated to him very adamantly my aversion to my case being presented to the media given the nature of the allegations and my desire to seek reemployment with Con Edison and the companies policy regarding negative press. Mr. Barry indicated that everything I told him would be kept confidential. Upon the conclusion of this meeting I shared a lot of attorney -client privileged information with Mr. Barry.

On Monday December 3, 2012—the very next day—my father received contact from a reporter with the Daily News seeking information to include in their article. The reporter indicated that an "investigator" had given them my fathers information.

On Tuesday December 4, 2012 the Daily News published a misleading article, addition- ally the PIX 11 News aired a story regarding my case. Later in the week upon concluding Mr. Barry as the only source of the news leak, I confronted him about his iniquities in a voicemail message.

On Wednesday December 12, 2012 I was informed by my lawyer Mr. Hardy that: Mr. Barry denies contacting the media and refuses to work for me any longer and will not provide any details on the information he worked to obtain for my case.

Have you gone to <u>No [ ]</u> a lawyer?          <u>No [ ]</u> court or another agency?

What action are you seeking from the Department of State?

I seek for the Department of State to investigate my allegations and that of others similarly situated then reprimand and fine Ports & Files, Inc. and its employee Michael Barry and others involved for their untrustworthy and illegal business practices.

[✗] You may check this box in lieu of signing below. By checking this box or signing below, you acknowledge that above information is correct and that it is subject to disclosure under the Freedom of Information Law.

_____          <u>AUGUST 28, 2014</u>
Signature                                              Date

Royce Corley
No. 68011-054
Correctional Institution
Pembroke Road
Danbury, CT 06811-3099
United States

68011-054

LEGAL MAIL

New York State Department of State
Division of Licensing Services
Complaint Review Office
123 William Street, 2nd Floor
New York, NY 10038-3804

SEP 04 2014

BY: _____ 0.0.5

WESTCHESTER NY 105

02 SEP 2014 PM4L

FOREVER

DATE PREPARED: 9/05/14

COMPLAINT YEAR    NUMBER ASSIGNED

FILE NUMBER: 2014M-1/B12

# *Record of Complaint*

## COMPLAINANT                                   COMPLAINANT

LAST NAME: Corley          FIRST NAME: Royce          MI          SUFFIX

STREET ADDRESS: 33½ Pembroke Rd          Federal Correction Ins

CITY: Danbury          STATE: CT          ZIP: 06811          COUNTY

LICENSE DISCIPLINE: PI          SUBCATEGORY

## RESPONDENT                                    RESPONDENT

LAST NAME: Pats & Files          FIRST NAME: Barry Michael          MI          SUFFIX

STREET ADDRESS: 80 Wall St   10th Fl

CITY: New York          STATE: NY          ZIP: 10005          COUNTY

RESPONDENT FIRM                          TYPE OF LICENSE HELD: PI

DATE COMPLAINT RECEIVED                   DATE RESPONDENT NOTIFIED

## INVESTIGATION                                 INVESTIGATION

INVESTIGATION DATE                       DATE COMPLETED WITHOUT INVESTIGATION

INVESTIGATION COMPLETION DATE

INVESTIGATOR: LV          RECOMMENDATION/DISPOSITION DATE: Queens 9/26/14

## ATTORNEY                                      ATTORNEY

DATE RECEIVED                            DATE COMPLETED

FINAL DISPOSITION

**Complaint Summary:**     C/CSP

NOV  39/16

New Address of Respondent
225 Broadway
41st FL.
NY NY 10007.

---

**DISTRIBUTION**
(Destroy unneeded copies):

1 – WHITE, Originating Office File
2 – YELLOW, Forward/file with Investigator (if needed)
3 – PINK, Forward/file with Counsel's Office (if hearing conducted)

DOS-138 (Rev. 6/99)



ANDREW M. CUOMO
GOVERNOR

CESAR A. PERALES
SECRETARY OF STATE

October 7, 2014

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

**Re: File #: 2014-1392**

Dear Royce Corley,

Our office is in receipt of your complaint concerning Michael J. Barry of Ports & Files Inc.

I have forwarded a copy of your complaint to the respondent for a response to the issues you have raised. After we receive a reply from the respondent, you will be advised of any further action taken on this case.

<u>Please read the attached outline. It explains your rights as a complaining witness in a Department of State investigation. It is in your best interest to understand what you can and cannot expect from an investigation.</u>

Thank you for bringing this matter to our attention.

Sincerely,
Jun Liu
*Jun Liu*
License Investigator

New York State Department of State
Division of Licensing Services
123 William St. 20th Floor
New York, NY 10038-3804
Tel. 212-417-4650
Fax. 212-417-2021
Email: jun.liu@dos.ny.gov



ANDREW M. CUOMO
GOVERNOR

CESAR A. PERALES
SECRETARY OF STATE

This is to acknowledge receipt of your complaint. Please read the following outline which explains your rights as a complaining witness in a Department of State investigation.

* In opening this complaint file, the Department of State does not become your advocate.

* The Department of State does not represent your interests, nor those of the respondent. The interests we represent are those of the people of the State of New York - which may differ from those of a complaining witness or a respondent in any given situation.

* We cannot provide you with legal advice. Should you wish to obtain legal advice regarding your own situation, we encourage you to seek your own representation.

* We will not seek damages on your behalf. Personal damages can and should be addressed in civil court.
* We do not investigate criminal matters. If you believe that a licensee may have committed a crime, you should contact the appropriate law enforcement authorities: police or District Attorney.

* Our statutory authority limits us to seeking disciplinary action against a licensee. Such action may consist of written warnings, fines, suspension or revocation of licenses.

* In opening this complaint, we have not agreed to seek disciplinary action against the respondent. In some cases we will determine that the matter should be closed without disciplinary action, while we may seek disciplinary action in others.

* In opening this complaint, we have made no determination of whether or not the matter should be brought to hearing. If a hearing is scheduled and your testimony is needed, you will be notified.

*All documents obtained in the course of any investigation, from any source, become property of the Department of State. No documents or records will be released to any party while a case is open and active.

* All documents and records obtained in the course of any investigation, from any source, will become public record once the matter is closed. We cannot hold any documents or records confidential.

* We will make every effort to address each case in timely manner. However, you should be aware that some cases take longer than others to resolve.

* You will be notified in writing of the outcome of the case. However, you will not receive a copy of the Department's internal investigative report.

If you have any questions, you may contact the assigned  investigator.

The Department of State thanks you for bringing this matter to our attention.



ANDREW M. CUOMO
GOVERNOR

CESAR A. PERALES
SECRETARY OF STATE

October 7, 2014

Michael J. Barry
Ports & Files Inc.
225 Broadway, 41st Floor
New York, NY 10007

**Re: File #: 2014-1392**

Dear Mr. Barry,

Our office has received the attached complaint concerning you and your business.

I cannot assess the merits of this complaint until I have considered any information you may provide. I have made no assumption as to the validity of the complaint, but it does warrant a reply from you. I request that you provide a **written statement** of your position and information regarding the particular circumstances of this matter <u>within 14 days from the date of this letter</u>.

Please include/attach all related documents, including, but not limited to, the following items:
❑ Service contract/agreement
❑ Advance statement of service
❑ Written report

Be advised that as a licensee you are expected to cooperate with this investigation.

Sincerely,

Jun Liu
*Jun Liu*
License Investigator

New York State Department of State
Division of Licensing Services
123 William St. 20th Floor
New York, NY 10038-3804
Tel. 212-417-4650
Fax. 212-417-2021
Email: jun.liu@dos.ny.gov

**PORTS & FILES, INC.**
*225 Broadway*
*41st Floor*
*New York, New York 10007*
-----------------------
*212-482-0200*
*Fax 212-482-0575*

October 24, 2014

Mr. Jun Liu
New York State Department of
State Division of Licensing Services
123 William Street – 20th Floor
New York, New York 10038-3804

Re: File No. 2014-1392

Mr. Liu:

This letter is in reply to your letter (copy enclosed) dated 10-07-14 which reached our office on 10-17-14.

Enclosed are the documents you requested. I have not spoken with nor written to anyone regarding Mr. Corley, his case, or any interview I had with him, with the exception of his counsel.

If you have any other questions regarding the manner, please feel free to contact me.

Enclosures:

1. Service contract agreement – Order.
2. Advance statement of service – Acknowledgement
3. Written report - Worksheet.

Sincere Regards,

Michael Barry

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK NEW YORK**
----------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK

Indictment No.: 423/2012
Docket No.: _____

ORDER AUTHORIZING SERVICES
OTHER THAN COUNSEL UNDER
ARTICLE 18-B OF THE COUNTY
LAW, SECTION 722-c

-against-

ROYCE CORLEY _____ ,

Defendant.

----------------------------------------------------------------x

    Upon reading the Affirmation of GLENN F. HARDY, ESQ., counsel for the above-referenced defendant, setting forth the justification for the appointment of Michael Barry (expert or other professional) whose curriculum vitae was provided to the court and who was requested to provide investigative services, and the Court being satisfied that the defendant is financially unable to obtain investigative, expert or other services necessary to an adequate presentation of (his)(her) case, it is hereby

    ORDERED, that counsel is authorized to obtain the necessary and reasonable and services of Michael Barry/Ports & Files for the hourly rate of $50.00 in accordance with Article 18-B, Section 722-c of the County Law.

    And IT IS FURTHER ORDERED that upon rendition of such services, counsel shall be authorized to present to the Court a claim for compensation not to exceed the statutory cap of $1,000, at which time the Court will determine reasonable compensation for the services rendered and direct the City of New York to pay such amount to the expert/professional or to such other person entitled to that compensation. If any such claim for compensation exceeds the statutory cap of $ 1,000, counsel must submit an affirmation detailing the extraordinary circumstanced requiring work in excess of the cap.

NUNC PRO TUNC
11/7/12

_____
Judicial Signature/Stamp

Dated: _____ 20 ____

PT 61 JAN 1 0 2013

**PORTS & FILES**
80 WALL STREET
TENTH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0200
FAX (212) 482-0575

November 22, 2012

Glenn F. Hardy, Esq.
226 Seventh Street, Suite 302
Garden City, New York 11530

Re: People v. Royce Corley
Ind. No.: 423/12

Mr. Hardy:

This letter confirms the assignment of the above-captioned A.C.P. case.

We will investigate in those areas we discussed as well as those mentioned in your correspondence and in any other area you might direct.

Michael Barry

| NYC ASSIGNED COUNSEL PLAN – EXPERT VOUCHER FOR 722-c SERVICES IN CRIMINAL COURT AND SUPREME COURT CRIMINAL TERM |
|---|

ROYCE CORLEY
Name of Defendant

0423/2012
Indictment Number

1/10/13
Date of Order Authorizing Service

All Docket Numbers:

PORTS & FILES
Name of Payee

INVESTIGATIONS
Area of Expertise

MICHAEL BARRY
Name of Expert if Different from Payee

NEW YORK SUPREME COURT
County and Court of Service

GLENN F. HARDY           , ESQ
Attorney Assigned to Case with Expert

HON. J.   B. WITTNER
Judge/Referee/JHO/Magistrate

58-2482999
Social Security #      -or-      Tax Payer ID#

30 VESEY STREET - SUITE 1803
Payee Street Address (No PO Boxes Accepted)

NEW YORK          NY          10007
City               State        Zip Code

212 482 0200
Telephone

---

**A.   TOTAL HOURS BILLED** 18.5   **AT $** 50.00   **PER HOURLY RATE** = $ 925.00

---

**B.   ITEMIZED EXPENSES (RECEIPTS MUST BE ATTACHED; ATTACH ADDITIONAL SHEET IF NECESSARY)**

(1) _____ $ _____          (3) _____ $ _____

(2) _____ $ _____          (4) _____ $ _____

                                        **TOTAL EXPENSES $** _____

---

**TOTAL AMOUNT OF VOUCHER (SUM OF A & B)  = $   926.00**

---

HAS EXPERT COMPENSATION AND/OR REIMBURSEMENT FOR THIS INDICTMENT/DOCKET(S) PREVIOUSLY BEEN APPLIED FOR OR RECEIVED?

? YES   ✗ NO   IF YES, SPECIFY AMOUNT AND CIRCUMSTANCES:

DATE _____ AMOUNT _____ REASON FOR PAYMENT _____

---

THE ABOVE INFORMATION IS CERTIFIED TO BE CORRECT.          EXPERT SIGNATURE

**ATTORNEY AFFIRMATION**

I    GLENN F. HARDY              (print name) certify, pursuant to the penalties of perjury, that the above-named expert was duly appointed to this case by order dated  1/10/13  . I further certify that I utilized the services of this expert in conjunction with my legal representation of the above-named defendant and the work product and services described in the voucher and accompanying worksheet are consistent with my understanding of the services conducted by this expert.

Attorney Signature: _____          Date  11/20/13

---

| EXPERT COMPUTATION | FOR COURT USE ONLY: |
|---|---|
| $ RATE 50.00 x 18.5 HOURS = $ 925.00 | $ RATE _____ x _____ HOURS = $ _____ |
| EXPENSES   + $ 0 | EXPENSES   + $ _____ |
| TOTAL   = $ 925.00 | TOTAL   = $ _____ |
| | ? APPROVED AS SUBMITTED   ? ADJUSTED |
| | JUDICIAL SIGNATURE/ STAMP |
| | DATE |

# ASSIGNED COUNSEL PLAN
## EXPERT CASE WORKSHEET (12/07)

| Defendant's Name | Expert | PID |
|---|---|---|
| ROYCE CORLEY | PORTS & FILES | 58-2482999 |

| Indct/Docket No.: | Date Assigned |
|---|---|
| 0423/2012 | 1/10/13 |

| Charge | Telephone Number |
|---|---|
| P.L. 230.25 | 212 482 0200 |

## ACTIVITY LOG

| DATE | LOCATION | START TIME | FINISH TIME | NUMBER OF HOURS | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|---|
| 11/21/12 | NEW YORK | 8:00AM | 4:00PM | 8 | RESEARCH NEW FILE DOCUMENTS |
| 12/01/12 | NEW YORK | 11:00AM | 1:00PM | 2 | ATTEMPT TO LOCATE POSSIBLE WITNESSES; REVIEW FILE DOCUMENTS |
| 12/02/12 | NEW YORK | 12:00AM | 3:00PM | 3 | INTERVIEW WITNESS, DEFENDANT; REVIEW RECORDS |
| 12/03/13 | NEW YORK | 7:00PM | 11:00PM | 4 | CALL POSSIBLE WITNESS; VERIFY DEFENDANT'S STORY; REVIEW FILE DOCUMENTS; RESEARCH |
| 4/16/13 | NEW YORK | 10:00AM | 11:30PM | 1.5 | REVIEW FILE DOCUMENTS/FINAL REPORT |

**TOTAL # OF HOURS   18.5**

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099


August 25, 2015


N.Y.S. Department of State
Division of Licensing Services
Complaint Review Office
123 William Street, 2nd Floor
New York, NY 10038-3804


     Re: File # 2014-1392


Dear Complaint Review Office:

    By letter dated August 28, 2014 I filed a complaint against Ports & Files, Inc. and Private Investigator Michael J. Barry. By letter dated October 7, 2014, this office acknowledged receipt of my complaint. I respectfully request the status of my complaint and any findings made by your office. Mr. Barry or Ports & Files, have not responded to my complaint.

Sincerely,

Royce Corley

LICENSING SERVICES

SEP 0 1 2015

STATE OF NEW YORK
**DEPARTMENT OF STATE**
123 WILLIAM STREET
NEW YORK, NY 10038-3804
WWW.DOS.NY.GOV

ANDREW M. CUOMO
GOVERNOR

CESAR A. PERALES
SECRETARY OF STATE

September 11, 2015

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Rd.
Danbury, CT 06811-3099

Re: File # 2014-1392

Dear Royce Corley,

Our Division is in receipt of your inquiry letter dated August 25, 2015 regarding your complaint against Michael Barry of Ports & Files.

Please be advised that our investigation is still going on and you will be informed of the disposition by mail.

Sincerely,
Jun Liu

*Jun Liu*

License Investigator
NYS Department of State
Division of Licensing Services
123 William Street, 20th Floor
New York, NY 10038
Tel. (212)417-4650
Fax. (212)417-2021
Email: *Jun.Liu@dos.ny.gov*

NEW YORK
STATE OF
OPPORTUNITY.

**Department
of State**

# DEPARTMENT OF STATE
## DIVISION OF LICENSING SERVICES
## MEMORANDUM

To:       Scott McGoldrick
From:     Jun Liu
Subject:  File #2014-1392 Royce Corley  v.  Michael Barry (PI) / Ports & Files Inc.
Date:     03/07/2016

---

The complaining witness, Royce Corley, alleged that the respondent disclosed certain "attorney-client privileged information" related to his pending lawsuit to the media after he interviewed the complainant at George R. Vierno Center on Rikers Island. (Att. #1)

The respondent, Michael Barry, the qualifying officer of Ports and Files, denied the allegation and stated that he had not spoken with nor written to anyone regarding the complainant's case except his attorney. (Att. #2)

Attachments:
Att. #1: Preliminary Statement of Complaint
Att. #2: Written statement from Respondent
Att. #3  DLS printouts

Jun Liu
License Investigator I

# Case Chronology

Investigator: Jun Liu

Case #: 2014-1392
Complaint #: n/a

Case Title:  Royce Corley.          v.          Michael Barry (PI)
                                                          Ports & Files, Inc.

Case assigned: 10/7/14

---

Case Synopsis:   Complaining witness alleged that the respondent disclosed some information to the media after interviewing him.

The respondent denied the allegation.

---

10/7/14
■ Case assigned.
■ Sent ack letter to the complainant.
■ Sent the complaint to the respondent, requesting him to respond within 14 days.

10/27/14
■ Received written response from the respondent.

9/2/15
■ Received a written inquiry from the complainant about the status of his complaint.

9/11/15
■ Sent a written response to the complainant's inquiry letter.

3/7/16
■ Submitted the case to Scott and emailed enforcement data sheet to Laurie.


Jun Liu
License Investigator

| Last | First | MI | Suf | Qual? | Afil? |
|------|-------|----|----|-------|-------|
| BARRY | DENNIS | L | | | N |
| With: PI 11000072872 PORTS & FILES INC | | | | | |
| BARRY | MICHAEL | J | | Q | Y |
| With: PI 11000072872 PORTS & FILES INC | | | | | |
| With: | | | | | |
| With: | | | | | |
| With: | | | | | |
| With: | | | | | |

2     records found                              PAGE 1    OF 1

UID 11000072872   Class 01  Employer Class 70        Fee $   600.00

Business Name  PORTS & FILES INC
Street Address 30 VESEY ST
Apt/Suite      ROOM 1803
City, St, Zip  NEW YORK        NY 10007       County NEWY
Coordinator
          Last                First              MI   Suf
Phone # 717 / 482 - 0200   Fax #    /    -        Old Reg #
Current License #          Effective Date 07/16/2013  Expire Date 07/15/2015
Lic Mailed 07/16/2013 Prior Exp Dt 07/15/2013  Pocket Card Mailed
Liability Insurance? (Y/N) N  Fed ID #           Main Office UID
Corp Name                                        Denied
L Ins Co                                         Refund
Bond Co INTERNATIONAL FIDELITY INSURANCE CO      Renew Fm 04/05/2013
Holds                            Dup Lic Ctr 0  Dup Lic Date

UID 11000072872      Fingerprint Fee $      0.00    Cash Num           Class 01
OCA                  Employer Class 70             Old Reg #
Business Name PORTS & FILES INC

Officer BARRY                 MICHAEL                J
        Last                  First                 MI   Suf
Title PRIN


Affiliated from 07/16/1999 until                      NYSID #
 DCJS Send Date 06/16/1999 Rec'd 06/16/1999  Result Q  Result Date 07/16/1999
Qualification Date 07/16/1999          Fingerprint Taker? (Y/N) N

ID Ord 07/16/2013 ID Prn 07/19/2013 Dup ID Req# 1  06/27/2000 Name Override N
Comment

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099


August 5, 2016


Jun Liu, License Investigator
N.Y.S. Department of State
Division of Licensing Services
123 William Street, 20th Floor
New York, NY 10038-3804

      Re: File # 2014-1392
         (Michael J. Barry of Ports & Files, Inc.)

Dear Jun Liu:

    By letter dated August 25, 2015 I requested the status
of my complaint against Private Investigator Michael J. Barry
of Ports & Files, Inc. By letter dated September 11, 2015,
I received your response indicating that your investigation "is
still going on."

    After almost two years since the original complaint was
filed on August 28, 2014, I respectfully request the status of
my complaint and copies of any findings made by your office.

Sincerely,

Royce Corley

WESTCHESTER NY 105

15 AUG 2016 PM 3 L

FOREVER

◇58011-054◇
Royce Corley
Reg. No. 58011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
United States

◇58011-054◇
Jun Liu - License Investigator
N.Y.S. Dep't of State
Division of Licensing Services
123 William St., 20th Fl.
NEW YORK, NY 10038-3804
United States

RECEIVED
AUG 17 2016
DEPARTMENT OF STATE

10038-380499

FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD DANBURY CT. 06811
DATE 8/15/16
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURE TO THE ABOVE ADDRESS.

STATE OF NEW YORK
**DEPARTMENT OF STATE**
123 WILLIAM STREET
NEW YORK, NY 10038-3804
WWW.DOS.NY.GOV

ANDREW M. CUOMO
GOVERNOR

ROSSANA ROSADO
SECRETARY OF STATE

Royce Corley
Reg# 68011-054
Federal Corrections Institution
33 ½ Pembroke Rd
Danbury CT 06811-3099

August 23 2016

File# 2014-1392

Dear Mr. Corley,

    This Department has received your complaint against licensed Private Investigator Michael Barry (respondent) and has completed its investigation into your allegations that the respondent may have violated license law pursuant to his licensure as a Private Investigator. This investigation has been completed and it does not appear there is sufficient information/evidence that the respondent was in any violation of license law. It further appears that your allegations are a matter that may be better addressed in Civil Court.

    Accordingly we are closing this file, and we thank you for bringing this matter to our attention.

Sincerely,

Scott McGoldrick
License Investigator 2



EXHIBIT  C-2

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through October 22, 2015.

Selected Entity Name: PORTS & FILES, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PORTS & FILES, INC. |
| **DOS ID #:** | 2402780 |
| **Initial DOS Filing Date:** | JULY 28, 1999 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
PORTS & FILES, INC.
45 JOHN STREET, SUITE 711
NEW YORK, NEW YORK, 10038

**Registered Agent**
SPIEGEL & UTRERA, P.A., P.C.
45 JOHN STREET, SUITE 711
NEW YORK, NEW YORK, 10038

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations

must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
<u>viewing the certificate.</u>

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 20000 | Par Value | 1 |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 28, 1999 | Actual | PORTS & FILES, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>  <u>New Search</u>

<u>Services/Programs</u>  |  <u>Privacy Policy</u>  |  <u>Accessibility Policy</u>  |  <u>Disclaimer</u>  |  <u>Return to DOS
Homepage</u>  |  <u>Contact Us</u>

EXHIBIT C-3

STATE OF NEW YORK
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

ANDREW M. CUOMO
GOVERNOR

ROSSANA ROSADO
SECRETARY OF STATE

August 11, 2016

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT  06811-3099

Dear Mr. Corley:

This is in response to your recent Freedom of Information Law request relating to PORTS & FILES, INC.

The New York State Department of State has several divisions, including the Division of Corporations, State Records and Uniform Commercial Code.  The duties of the Division of Corporations include the filing and maintenance of documents relating to business and not-for-profit corporations, limited liability companies, limited partnerships and registered limited liability partnerships that are formed under the laws of New York State or authorized to do business under the laws of the state.  The duties of the Division of Corporations are ministerial in nature.  The Division of Corporations is a filing office, and not a regulatory or enforcement office.

PORTS & FILES, INC. filed its certificate of incorporation with the Department of State on 07/28/1999.

Please be advised that copies of documents may be obtained by submitting a written request, along with the appropriate fee, to the New York State Department of State, Division of Corporations, One Commerce Plaza, 99 Washington Avenue, Suite 600, Albany, NY  12231.  The written request should include the following information:

1. The exact name of the corporation or other business entity.
2. The DOS ID number or the exact date of formation or authorization.
3. The document(s) requested.
4. A statement as to whether the request is for plain copies or certified copies.
5. The mailing address where the copies are to be mailed.

The fee for a plain copy of a document is $5 and the fee for a certified copy of a document is $10 (Executive Law Section 96).  The remittance should be made payable to the New York State Department of State.



Copy requests are usually processed within 7 business days from the date of receipt. The Division of Corporations offers an optional service for the expedited processing of requests. For an additional fee of $25 per entity, the Division will process the request within 24 hours. For an additional fee of $75 per entity, the Division will process the request on the same day; and for an additional $150 fee per entity, the Division will process the request within 2 hours. You may obtain expedited processing by submitting a separate fee and placing the notation on the envelope and written request, "Attention: Expedited Handling."

You may submit your request via fax and pay the fee with a credit or debit card. The Department of State's Division of Corporations accepts MasterCard, Visa and American Express for the payment of fees. To pay for a fee by using a credit or debit card, complete and sign the Credit Card/Debit Card Authorization form and submit it to the Division of Corporations with your request. You may access the Credit Card/Debit Card Authorization form on our website at http://www.dos.ny.gov/corps/bcfaq.asp#creditcrd. You may fax a request for copies of documents to the Division of Corporations at (518) 473-1654.

Please note that copies are returned by first-class mail by the United States Postal Service. We do not provide these documents by fax or email. You may request that your document be returned to you by overnight delivery service by including a prepaid shipping label from your service provider with your written request.

I hope you find this information helpful.

Sincerely,


Assistant Records Access Officer

EXHIBIT C-4

**MANTA - Ports & Files**

Ports Files Inc.

30 Vesey St Room 1803

New York, NY 10007  - View Map

 Phone: (212) 482-0200

Own This Business?

Clamshell Packaging Mfg. Stock - Custom Clamshell Packaging Blisters, Bi Folds, Trays, Tri Folds

impact-mfg.com

Ports & Files

 A privately held company in New York, NY. Is this your business? Claim This Profile

More Details for Ports & Files

Categorized under Business Services (Unclassified). Our records show it was established in 2013 and incorporated in New York. Current estimates show this company has an annual revenue of $500,000 to $1 million and employs a staff of approximately 5 to 9.

Company Contacts

Is this your business? Claim This Profile

Michael Barry, Owner

Business Information

Location Type

Unknown

Year Established 2013

Annual Revenue Estimate

$500,000 to $1 million

Employees  5 to 9

SIC Code 7389, Business Services, NEC

NAICS Code  561499, All Other Business Support Services

Business Categories - Business Services (Unclassified) in New York, NY  Non-classifiable

E X H I B I T   C-5

---------------------------------------------------------------------------------------

FROM: Service, Research
TO: 68011054
SUBJECT: RE: Research
DATE: 01/28/2019 06:21:40 PM

Michael J Barry Age 65

Current Address
1221 Avenue Of The Americas
New York, NY 10020-1001

Phone Numbers
(913) 579-7720 - Wireless
(816) 278-0451 - Wireless
(913) 940-2929 - Wireless

Email Addresses
shortman72@hotmail.com
dmgrant1@juno.com
dm2grant@yahoo.com

Previous Addresses
1302 N 43rd St
Kansas City, KS 66102-2005
(Jul 1997 - Aug 2016)
233 Southwood Dr
Michigan City, IN 46360-6977
(Apr 2015 - May 2015)
225 Barker Rd #112
Michigan City, IN 46360-7483
(Dec 2007 - Sep 2014)
301 N 70th Ter
Kansas City, KS 66112-3131
(Sep 2012 - Jun 2013)
113 Crest Dr
Excelsior Springs, MO 64024-1601
(Jan 2012 - Apr 2013)
15709 45th E #TE
Independence, MO 64055
(Aug 2010 - Apr 2013)
113 Crest Dr
Excelsior Spg, MO 64024-1601
(Mar 2013)
15709 45th Ter E S
Independence, MO 64055
(Aug 2010 - Dec 2012)
4901 NW Gateway Ave #17
Riverside, MO 64150-3631
(Aug 2010 - Feb 2012)
1311 S Grant
Independence, MO 64055
(Dec 2010)
15709 E 45th Ter S
Independence, MO 64055-6212
(Aug 2010 - Nov 2010)
15709 E 45th #TE
Independence, MO 64055-6212
(Mar 2010 - Nov 2010)
4901 NW Gateway Ave #17

Kansas City, MO 64150-3631
(Apr 2006 - Mar 2010)
1311 S Main St
Independence, MO 64055-1235
(Oct 2009 - Nov 2009)
6679 Witherington Ct
Norcross, GA 30093-1039
(Dec 1994 - Aug 2008)
MR4901 NW Gate Way
Riverside, MO 64150
(Apr 2008)
MR4901 Gate Way NW #17
Riverside, MO 64150
(Apr 2008)
9444 Nall Ave
Shawnee Mission, KS 66207-2516
(Dec 2007)
9444 Nall Ave
Overland Park, KS 66207-2516
(Dec 2007)
3330 College Ave
Kansas City, MO 64128-2025
(Sep 2002 - Nov 2007)
32 Bella Vista Dr
Hartwell, GA 30643-7064
(Jun 1997 - Nov 2007)
20220 NE 161st St
Kearney, MO 64060-9014
(Oct 2004 - Feb 2006)
1436 N 63rd Pl
Kansas City, KS 66102-1103
(Mar 2005 - Jun 2005)
202 Glendale Rd #306
Liberty, MO 64068-2857
(Aug 2004)
4811 E 18th St
Kansas City, MO 64127-2855
(Dec 1995 - May 2004)
PO Box 300723
Kansas City, MO 64130-0723
(Apr 1999 - Jan 2004)
1928 Indiana Ave
Kansas City, MO 64127-3248
(Dec 2000 - Jun 2003)
1300 N 43rd St
Kansas City, KS 66102-2005
(Apr 2003)
104 E 43rd St
Kansas City, MO 64111-1704
(Nov 2000)
1302 S 43rd St
Kansas City, KS 66106
(Jul 2000)
5112 E 42nd St
Kansas City, MO 64130-1652
(Sep 1998 - Jan 1999)
4811 Ashrock E
Kansas City, MO 64127
(Jun 1998)

4811 Ashrock Dr E
Kansas City, MO 64127
(Jan 1998)
11018 Newton Ave
Kansas City, MO 64134-2721
(Jan 1996)
7943 Paseo Blvd
Kansas City, MO 64131-1862
(Jan 1995)
5031 College Ave
Kansas City, MO 64130-2843
(Oct 1989 - May 1994)

ROYCE CORLEY on 1/28/2019 4:07:20 PM wrote
I asked for "Michael J. Barry" not "Michael F. Barry," please send me for "Michael Barry" or "Michael J. Barry" only.
-----Service, Research on 1/28/2019 12:51 PM wrote:

>

Michael F Barry Age 60
Current Address
1046 Pequot Ave
Southport, CT 06890-1422
Phone Numbers
(203) 254-0830 - Landline
(203) 543-8149 - Wireless
(203) 637-3395 - Landline
Full Background Report  Sponsored by PeopleFinders.com
Arrest Records
Court Records
Marriage & Divorce Records
Birth & Death Records
Police Records
Search Warrants
Criminal Records Data
Property Records
Bankruptcies, Judgments, Liens
Complete Background Check

Sponsored Links

Email Addresses
michaelb5150@address.com
laura.barry@aol.com
Associated Names
Mike F Barry
Previous Addresses
120 E 87th St
New York, NY 10128-1116
(Jul 2001 - Feb 2016)
330 E 39th St
New York, NY 10016-2187
(Jul 2001 - Feb 2016)
40 High Point Dr #611B
Stratton, VT 05360
(Jan 2016)

ROYCE CORLEY on 1/28/2019 8:51:56 AM wrote
Please provide me with the address, phone and email for:

E X H I B I T   C-6

----------------------------------------------------------------------------------------

FROM: Service, Research
TO: 68011054
SUBJECT: RE: Research
DATE: 02/03/2019 02:36:07 AM

Google

"Ports & Files"

About 994 results (0.29 seconds)
Search Results
Web results
Ports & Files - 80 Wall St, Financial District, New York, NY - Phone ...
https://www.yelp.com/biz/ports-and-files-new-york
Ports & Files in New York, reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great in New York and ...
Ports & Files Inc New York NY, 10007   Manta.com
https://www.manta.com   ...   Private Detectives
Get information, directions, products, services, phone numbers, and reviews on Ports & Files Inc in New York, NY. Discover more companies in New York on ...
Ports & Files on Wall St in New York, NY - 212-482-0200 | Private ...
https://private-investigators.cmac.ws/ports-files/3150/
PRIVATE-INVESTIGATORS.CMAC.WS - Ports & Files of 82 Wall St, New York, NY 10005. Find Private Investigators in New York, NY. Get customer ratings - add ...
Yoeli Peralta - Interpreter/Investigator - Ports & Files, Inc. | LinkedIn
https://www.linkedin.com/in/yoeli-peralta-303a7b62
View Yoeli Peralta's profile on LinkedIn, the world's largest professional community. Yoeli has 1 job listed on their profile. See the complete profile on LinkedIn ...
Ports & Files Inc 30 Vesey St, New York, NY 10007 - YP.com
https://www.yellowpages.com/new-york-ny/mip/ports-files-inc-505626010
Get reviews, hours, directions, coupons and more for Ports & Files Inc at 30 Vesey St, New York, NY. Search for other Private Investigators & Detectives in New ...
Ports & Files Inc in New York, NY | Whitepages
https://www.whitepages.com/business/NY/New-York/Ports-Files-Inc/b-13bjt8m
View contact info, business hours, full address for Ports & Files Inc in New York, NY 212-482-0200. Whitepages is the most trusted online directory.
212-482-0200 | Ports & Files Inc - New York, NY | Whitepages
https://www.whitepages.com/phone/1-212-482-0200
View Ports & Files Inc's address, public records, background check, and more for 2124820200 with Whitepages reverse phone lookup - know who is calling from ...
Ports & Files Inc - Yahoo Search
https://local.yahoo.com/info-184947848-ports-files-inc-new-york
Find Ports & Files Inc in New York with Address, Phone number from Yahoo US Local. Includes Ports & Files Inc Reviews, maps & directions to Ports & Files Inc ...
Cómo llegar a Ports & Files, 80 Wall St en New York City en Metro ...
https://moovitapp.com   ...   Ports & Files, 80 Wall St - Translate this page
 Rating: 4.4 - 627,814 votes - Free - Travel
Moovit te muestra las mejores rutas para ir Ports & Files, 80 Wall St utilizando el transporte público y te proporciona instrucciones paso a paso con horarios ...
Ports & Files - New York, NY (New York) - (212) 482-0200 ... - 411 Info
https://411.info   New York   New York
Ports & Files at 80 Wall St, Ste 1017 in New York, NY. Read about, contact, get directions. Tel: (212) 482-0200, 2124820200.

ROYCE CORLEY on 2/2/2019 10:51:17 PM wrote
Please re-try this with just "Ports & Files" by itself, you guys put 'use quotes "Ports & Files" '
-----Service, Research on 2/2/2019 8:21 PM wrote:

>

--------------------------------------------------------------------------------

Images for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
Image result for use quotes "Ports & Files"
More images for use quotes "Ports & Files"

Web results

Port forwarding & Anti Virus - Tripwire Interactive Forums
https://forums.tripwireinteractive.com/.../red.../61825-port-forwarding-anti-virus
Sep 5, 2011 - 9 posts - 5 authors
Thought that for those of us who are using a router it would be a good idea if .... be an issue in the support section, so I asked
for the ports & files, but no answer. ... Don't quote me on that as I'm not sure where the thread was.

Carnegie Hill Office Suite | Lawyer from New York, New York | Rating ...
www.explorelawyers.com/attorney/carnegie-hill-office-suite-404549-new-york
It is therefore a good idea to use a lawyers fees calculator to calculate at least ... It is recommended to compare different quotes
from different law firms in your ...

The Journal News from White Plains, New York on May 27, 1984 ...
https://lohud.newspapers.com/newspage/162903454
May 27, 1984 - Sunday, May 27, 1984 Employment Employment Employment Employment Employment Employment
Employment Merchandise Financial 76 ...

Sydex.net: People Search | John F. Urrea, Frances Marx, Majid ...
sydex.net/page559738
Interpreter/Investigator at Ports & Files, Inc. ... Land Use Planning, Environmental Policy, Environmental..., Transportation
Planning, Environmental .... Post Production, Visual Effects, Film, Creative Direction, Video, Quote, Film Production, ...

ROYCE CORLEY on 2/2/2019 5:50:28 PM wrote
Please provide the GOOGLE search results for (use quotes): "Ports & Files"

E X H I B I T   D-1

Grievance Committee for the Tenth Judicial District
150 Motor Parkway, Suite 102
Hauppauge, NY 11788
(631) 231-3775

DATE: August 29, 2014

Complainant(s):

Mr. Corley, Royce
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

Attorney Complained of:

Mr. Hardy, Glenn F.
226 Seventh Street, Suite 302
Garden City, NY 11530
(516) 902-0518 (Home)          (516) 248-4041 (Business)

Complaints to other agencies:

NONE

Court action against attorney complained of:

NONE

Complaint:

On January 26, 2012 Mr. Glenn F. Hardy, Esq. was assigned by the New York Criminal
Court to represent me via the 18-B Assigned Counsel Plan.

Due to my expression of his ineffectiveness for not adequately investigating the allega-
tions against me or my potential defenses. The initial investigator which was hired failed
to do any work.

Throughout the latter portion of Mr. Hardy representing me he began to grow bitter.

Appreciating a year of my incarceration and the prosecutor consistently delaying trial,
I insist that he hire a new investigator in preparation for trial. Spitefully he hires an
"investigator" however their intentions have nothing to do with assisting me for trial.

On Sunday December 2, 2012 Michael Barry from the firm Ports & Files, Inc. visits me
on Rikers Island indicating Mr. Hardy hired him to assist me. During this meeting the
investigator indicates some of the cases he worked on became newsworthy. I indicate to
Mr. Barry my aversion to having my case in the media. Mr. Barry insists our conversations
are confidential and only Mr. Hardy would know what we are talking about under attorney-
client privilege. Upon concluding this meeting a lot of confidential details were shared
with Mr. Barry.

On Monday December 3, 2012 the next day my father received contact from a reporter
with the Daily News seeking information to include in a pending article about my case.
The reporter indicates that an "investigator" been their source.

On Tuesday December 4, 2012 the Daily News and PIX 11 News release stories regarding
my case to the public. Later in the week I voice my concerns about Mr. Barry's iniquities
on the investigators volconmil. Without my permission Mr. Hardy makes several statements
to the media which are aired on the PIX 11 Evening News this same day.

It is later learned from a subsequent news special that Mr. Hardy is back on the news
discussing another case similar to mine about a client he is representing. Given these
facts it is believed that Mr. Hardy is deliberately using and abusing his attorney-client
privileges with the assistance of the "investigator" in order to bring his case to the
media to promote his firm.

At no point in which Mr. Hardy has represented me did I express a willingness to have
my case presented to the media. Without the assistance of Mr. Barry it is doubtful the
media would have ever published or released details of my case on their own.

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.



Signature



ABRAHAM B. KRIEGER, ESQ.
CHAIRMAN

FREDERICK C. JOHS. ESQ.
VICE-CHAIRMAN

STATE OF NEW YORK
GRIEVANCE COMMITTEE FOR THE
TENTH JUDICIAL DISTRICT
150 MOTOR PARKWAY
SUITE 102
HAUPPAUGE, N.Y. 11788
(631) 231-3775

ROBERT A. GREEN
CHIEF COUNSEL

MITCHELL T. BORKOWSKY
DEPUTY CHIEF COUNSEL

NANCY B. GABRIEL
ELIZABETH A. GRABOWSKI
STACEY J. SHARPELLETTI
MICHAEL J. KEARSE
LESLIE B. ANDERSON
MICHAEL FUCHS
MICHELE FILOSA
ROBERT H. CABBLE
DANIEL M. MITOLA
IAN P. BARRY
CAROLYN MAZZU GENOVESI
ASSISTANT COUNSEL

CHRISTOPHER C. KERN
DOUGLAS K. KRONENBERG
INVESTIGATORS

September 11, 2014

Royce Corley, #68011-054
Federal Correction Institution
33 1/2 Pembroke Road
Danbury, CT  06811-3099

Re: File No. N-1902-14

Dear Mr. Corley:

This will acknowledge receipt of your complaint dated August 29, 2014 regarding a Nassau County attorney.

Please be advised that the function of this Committee is to investigate and prosecute acts of professional misconduct committed by attorneys. When a complaint is received, we review it to determine if it involves behavior which could constitute professional misconduct by the attorney. An attorney may be found guilty of professional misconduct if it can be proven that an ethical rule or law was violated. If there is a sufficient basis to conduct an investigation, the Committee will do so. Otherwise, no action will be taken. After reviewing your complaint, it has been determined that it does not state a complaint of professional misconduct. Our informational booklet is enclosed for your convenience.

If it is your feeling that your legal rights need protection, we recommend that you consult with an attorney of your own choosing. The Committee is not permitted to give you legal advice or act as your attorney.

Although we appreciate your efforts, we are unable to assist you.

Very truly yours,

ROBERT A. GREEN
Chief Counsel

ELIZABETH A. GRABOWSKI
Assistant Counsel ,

EAG:es
Enclosure

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099


September 18, 2014


State of New York
Grievance Committee for the
Tenth Judicial District
150 Motor Parkway, Suite 102
Hauppauge, NY 11788

Attn: Robert A. Green, Chief Counsel

Re: File No. N-1902-14
Grievance Appeal

Dear Chief Counsel:

This is a formal appeal of Assistant Counsel Elizabeth A. Grabowski's denial to investigate the professional misconduct of Mr. Glenn F. Hardy, Esq.

I believe my original complaint clearly states professional and ethical misconduct committed by this attorney. I find it inconceivable that an attorney can deliberately "sell" stories to the media against their client's interests in order to increase the exposure of their law firm or practice, and not be found at fault for their actions. I understand very well from my experience with the New York State Judicial Conduct Committee that "birds of a feather flock together," and that their is unlikely to be any action from such committees unless their was egregious or outrageous behavior; however I believe at a minimum this committee should be compelled to investigate my allegations and questions Mr. Hardy under oath whether this is a regular business practice of his.

There is sufficient circumstancial evidence to warrant an investigation of these business practices. As previously stated Mr. Hardy has spoken to the media on two seperate occassions to my knowledge under identical circumstances. The misconduct comes from the use of an "investigator" knowing their intentions are not to investigate but to sell media stories. Then consequently staging media conferences for the unjust exposure of his law practice. Please investigate these matters.

Sincerely,

Royce Corley



STATE OF NEW YORK
GRIEVANCE COMMITTEE FOR THE
TENTH JUDICIAL DISTRICT
150 MOTOR PARKWAY
SUITE 102
HAUPPAUGE, N.Y. 11788
(631) 231-3775

ABRAHAM B. KRIEGER, ESQ.
CHAIRMAN

FREDERICK C. JOHS, ESQ.
VICE-CHAIRMAN

ROBERT A. GREEN
CHIEF COUNSEL

MITCHELL T. BORKOWSKY
DEPUTY CHIEF COUNSEL

NANCY B. GABRIEL
ELIZABETH A. GRABOWSKI
STACEY J. SHARPELLETTI
MICHAEL J. KEARSE
LESLIE B. ANDERSON
MICHAEL FUCHS
MICHELE FILOSA
ROBERT H. CABBLE
DANIEL M. MITOLA
IAN P. BARRY
CAROLYN MAZZU GENOVESI
ASSISTANT COUNSEL

CHRISTOPHER C. KERN
DOUGLAS K. KRONENBERG
INVESTIGATORS

September 29, 2014

Royce Corley, Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

Re:   File No. N-1902-14

Dear Mr. Corley:

We have reviewed your complaint against a Nassau County attorney.

We have determined this matter to be within the jurisdiction of the Nassau County Bar Association Grievance Committee, 15th & West Streets, Mineola, New York 11501, telephone number (516) 747-4070.  Accordingly, we have transferred the matter to that Committee, which will be communicating with you in the near future.

Please direct all further inquiries concerning this matter to that Committee.

Very truly yours,

ROBERT A. GREEN
Chief Counsel

ELIZABETH A. GRABOWSKI
Assistant Counsel

EAG:nj



# NASSAU COUNTY BAR ASSOCIATION

T: 516.747.4070
F: 516.747.4147

15th & West Streets
Mineola, NY 11501

info@nassaubar.org
www.nassaubar.org

October 6, 2014

Keith J. Soressi, Esq.
Executive Director
Demi Tsiopelas
Lawyer Services Coordinator

**COMMITTEE ON GRIEVANCES**

Mary Rita Wallace, Chair
Donald Jay Schwartz, Vice-Chair
Wendi Kim Waldman, Vice-Chair

**MEMBERS**
Marjorie G. Adler
Mary Ann Aiello
Robert J. Avallone
Daniel J. Baker
Lauren B. Bristol
Lisa Brogan
Christopher T. Cafaro
Alan W. Clark
W. Russell Corker
Frank G. D'Angelo
Frank A. Doddato
Elizabeth P. Donlon
Emily F. Franchina
Raymond J. Furey Jr.
Lawrence M. Greebel
James R. Hatter
Warren S. Hoffman
Todd E. Houslanger
William J. Kephart
Kimberly D. Lerner
Peter H. Levy
James C. Markotsis
Robert A. McDonald
Felice J. Muraca
Patrick M. Murphy
Linda G. Nanos
Edward Newman
Robert W. O'Brien
Marc A. Pergament
Michael E. Ratner
John P. Reali
George L. Repetti
Craig E. Rosasco
Troy G. Rosasco
Leslie K. Rothkopf
Peter M. Rubin
William A. Sandback
Jerome A. Scharoff
Terry E. Scheiner
Stephen W. Schlissel
Donald Jay Schwartz
Dominic J. Sichenzia
Sanford Strenger
Andrew M. Thaler

**PERSONAL AND CONFIDENTIAL**

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury CT 06811-3099

RE: File No: N-1902-14
Hardy-Corley

Dear Mr. Corley:

We are in receipt of your inquiry regarding the above attorney which was referred to us by the State of New York Grievance Committee for our consideration.

Please be advised that we have written to the attorney enclosing a copy of your complaint and requesting that a response be sent to the Committee with a copy forwarded to you.

Once you have reviewed the attorney's response, you should prepare any further comments that you may have in the form of a reply, the original of which should be forwarded to this office and a copy mailed to the attorney. It is essential that you send your reply to this office and the attorney within two (2) weeks following your receipt of the attorney's response to your complaint.

The Committee will then consider the matter further, based on whether or not the attorney may be in violation of The New York Rules of Professional Conduct, which is the only area investigated by this Committee. You will be advised of the Committee's determination.

Sincerely,

Demi Tsiopelas
Lawyer Services Coordinator

GLENN F. HARDY, P.C.
ATTORNEY AT LAW
226 SEVENTH STREET
SUITE 302
GARDEN CITY, NEW YORK 11530
TEL: (516) 248-4041
FAX: (516) 248-4042
E-MAIL: GHARDYESQ@AOL.COM

October 8, 2014

Nassau County Bar Association
Committee on Grievances
15th and West Streets
Mineola, NY 11501

RE:     Hardy-Corley
        File #: N-1902-14

Dear Sir/Madam:

The following is a brief case history:

On January 26, 2012, I was "Assigned Counsel Arraignment Attorney" and was assigned by the Honorable Abraham Clott of the New York City Criminal Court to represent Mr. Corley on his criminal matter.

On February 15, 2012, Mr. Corley was arraigned his indictment, 423/12. He was charged with two counts of Promoting Prostitution as "D" felonies. At the arraignment, I was able to convince Judge Bonnie Wittner to reduce the bail from $200,000.00 cash/$150,000.00 bond to $50,000.00 cash/$25,000.00 bond. The matter was then adjourned for motions. An Omnibus Motion was thereafter filed.

After meeting with Mr. Corley, at the jail on February 9, March 14, and March 29 and after reviewing additional discovery, it was agreed that an investigator be utilized. An exparte motion for an investigator was granted, and Regent Investigations, an approved "18B" investigator, whom I used in the past, was hired.

At the same time, I was able to negotiate a plea bargain that would involve the minimum sentence of 1-3 years incarceration upon a plea of guilty. Mr. Corley was not interested in that disposition.

On April 10, the court issued a decision, and the matter was set for trial. Mr. Corley declined the above offer.

The matter was adjourned several times into the fall due to conflicting schedules between defense counsel, the District Attorney and the Court. However, the discovery

Should you require any additional information, please do not hesitate to contact me.

Sincerely,

Glenn F. Hardy



# PIX11 NEWS EXCLUSIVE: Ex-Con Ed employee accused of pimping underage girls on company's computers

POSTED 5:09 PM, DECEMBER 3, 2012, BY JEREMY TANNER AND MARIO DIAZ, UPDATED AT 11:30AM, DECEMBER 26, 2012



Con Ed employee accused of pimping underage girls using

Police tracked the IP address used to post backpage.com ads advertising young girls to the utility company's computers.

Days after Mayor Bloomberg labeled Con Edison as the best utility company in America, PIX 11 News has learned that one now former employee was allegedly using company computers to service a different clientele.

Royce Corley is expected to be in Manhattan Supreme Court on Tuesday after the NYPD earlier this year pulled the plug on the former Con-Ed employee's alleged prostitution enterprise. Con Edison confirmed that Corley is a former employee of the utility.

According to the NYPD's Vice Enforcement Division as well as the District Attorney's office, Corley executed the operation by utilizing Con Ed computers to promote the prostitution of underage girls.


Royce Corley is accused of using ConEd computers to pimp girls

The indictment is short and to the point, yet it surrounds an elaborate operation that involved a crash pad on East 21st in Manhattan, an apartment unit on 128th Street in Harlem and the computers of Con Ed.

Corley, who was arrested nearly eleven months ago, is being charged with two counts of promoting prostitution in the third degree.

The alleged pimp was nailed by the NYPD for pushing the services of two 17-year-old girls out of a Gramercy apartment building on January 12th according to the indictment. A detective detailed a more elaborate operation in the criminal complaint, as a confiscated black book lists the names, hours, and money earned of various girls. The names of the two 17-year-olds arrested are in the book as well.

According to the list of property confiscated, the operation is filled with nearly 20 cell phones, numerous computers, a handful of thumb drives, ATM cards, and $1000 in cash.

Corley claims to be a systems engineer on his LinkedIn profile, as well as a director for a company named Qujix. PIX11 News examined the company and found that according to the Secretary of State website, it was dissolved on January 25th, which is the same day that Corley was arrested while on the job for Con Ed.

Corley, who is a father of one, was detained at an undisclosed location in Queens. Detectives allege that Corley placed the ads involving the two 17-year-old girls on backpage.com, however, the NYPD tracked the IP address used for the ads posted by the 27-year-old to Con Edison.

Corley's court appointed attorney Glenn Hardy says that his client is innocent, "These are baseless allegations against an innocent man and we will take the case to trial."

When asked if there has been any dialogue exchanged about a potential deal similar to Anna Gristina, the Upper East Side Madam, Hardy says, "He is not accepting any deals, no reason he should, he's innocent."

The crash pad on East 21st sits only twenty-five steps away from the front doors of PS 104, and the NYPD's 13th Precinct is just down the block. By all accounts it is a nice area of Gramercy, however residents at the building remember seeing strange faces coming in and out, "I remember seeing a lot of people and never seeing them again," says Jake Gallagher, who adds, "I found that interesting about the building, but I mean, I guess yeah there were a fair amount of girls that I saw within the building."

Corley's hearing on Tuesday is focused on a bail application and a calendar call to pick a trial date.

Coincidentally the promotion of prostitution in the third degree is the same charge that Upper East Side madam Anna Gristina plead guilty to in September.

While Corley is facing two counts, including pushing for the rentals of underage girls, his bail of twenty-five thousand dollars is signifigcantly lower than the 2-million dollars set for Gristina.

If convicted, Corley's attorney says his client faces a potential of seven years in prison.

Follow

**Follow "New York's PIX11 / WPIX-TV"**

Get every new post delivered to your Inbox.

Join 572 other followers

Enter your email address

Sign me up

Powered by WordPress.com

HARDY-CORLEY
File #: N-1902-14


| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF NASSAU | )SS: |

I, GLENN F. HARDY, ESQ., an attorney duly admitted to the practice of law before the courts of the State of New York, affirm the following under penalty of perjury.

On October 8, 2014, I served a true copy of the annexed Response by depositing same in a sealed envelope with the postage prepaid thereon, in a United States post office addressed to:

TO:     Corley Royce
        Reg. #: 68011-054
        Federal Correctional Institution
        33 ½ Pembroke Rd.
        Danbury, CT 06811-3099


_____
GLENN F. HARDY
226 7th St., Ste. 302
Garden City, NY 11530
(516) 248-4041

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

October 15, 2014


Nassau County Bar Association
Committee on Grievances                    Re: File No.: N-1902-14
15th & West Streets                             Hardy-Corley
Mineola, NY 11501

Dear Nassau Bar:

    I received Mr. Hardy's response on October 14, 2014
regarding this matter. Mr. Hardy raises some additional issues
but they are misleading for the following reasons:

    1. The online PIX(11) article quotes the records
belonging to the NYPD and Manhattan DA, but do not indicate
them as their source.

    2. Mr. Hardy omits a Daily News article written by
Daniel Beekman and published on December 4, 2012 indicating
their source as "an investigator." Daniel Beekman contacted my
father on the evening of December 3rd seeking information. My
father's private phone number is not on any public documents
associated with my case. I gave my father's phone number to
Mr. Barry to assist with investigating a particular lead.

    3. This PIX(11) and Daily News articles mention "two
17-year-old girls," however the facts of the criminal
complaint are that of an adult woman and one minor. The facts
involving another minor were discussed with Mr. Barry to
obtain exculpatory statements before trial. There is no
mention of more than one minor in any public records available
at that time.

4. During my transport from the courthouse to the Manhattan DA for this "reverse proffer" the lead Detective Mark Woods indicated to me that his office had nothing to do with the leak of information.

5. I believe the detective for the following reasons: (1) during the course of Federal Discovery and the release of transcripts in another case (People v. Nathaniel Jackson, Ind.# 4157-2011) it is revealed that the 17-year-old minor was working as both a confidential informant and a "prostitute" at the direction of the Manhattan DA. (2) It is also revealed that several NYPD officers were involved as "Johns" with the alleged prostitution-ring; and Police Officer Greg Smith was fired or resigned after sending Facebook messages requesting nude pictures of one of my alleged "underage prostitutes." For these reasons it is unlikely either office leaked this case to the media.

6. During confidential discussions with Mr. Barry he indicated that he was responsible for the dismissal of charges of several black gang-members who allegedly pimped out an Orthodox Jewish woman who he tracked down in Israel. This case was widely publicized on the news for several days.

7. Their are likely other such instances if you subpoena 18-B records for his agency Ports & Files, then match those defendants with news articles. After obtaining records from the Assigned Counsel Plan it is revealed that Mr. Barry provided services for defendants linked with the following Docket #'s: 3762-2012; 0118-2013; 5596-2012 around the same time he worked for me.

8. Records of Mr. Barry's 18-B filings show that he

began working for me on November 21, 2012 and stopped on the evening of December 3, 2012. Indicating in substance that he worked for only one objective. Mr. Hardy by his admitted "familiar[ity] with his work," knew that ultimate objective was to sell media stories, and collaterally his law practice would benefit from the free publicity.

9. As the record shows their are two cases in the media involving Mr. Hardy and possibly more that he has not mentioned. It is worth stating that there is clear motivation for Mr. Hardy given the proximity of the "Soccer Mom Madam" case being in the news.

This is a very serious issue as the AUSA to prosecute me, Amanda Kramer indicated directly that the media brought her attention to my case. While it may not be the only reason she took my case, it definitely is the cherry on top, given her involvement in prosecuting the pimp in the Lawrence Taylor underaged prostitution case. The U.S. Attorney indicated interest in my case on December 12, 2012 a week after the news articles.

I have also filed a complaint against Michael J. Barry of Ports & Files, Inc. with the NYS Department of State under File # 2014-1392. Please carefully investigate this matter as it involves serious ethical issues which are unfair to clients, especially indigents like myself.

Sincerely,

Royce Corley

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

August 25, 2015

Nassau County Bar Association
Committee on Grievances
15th & West Streets
Mineola, NY 11501

      Re: File No. N-1902-14
         Hardy-Corley

Dear Nassau Bar:

    By letter dated September 18, 2014, I filed my grievance against Mr. Glenn F. Hardy, Esq., with the Bar Association. By letter dated October 15, 2014, I responded to Mr. Hardy's arguments.

    I respectfully request any information on the status of my grievance and any findings by the Grievance Committee.

Sincerely,

Royce Corley



# NASSAU COUNTY BAR ASSOCIATION

T: 516.747.4070
F: 516.747.4147

15th & West Streets
Mineola, NY 11501

info@nassaubar.org
www.nassaubar.org

Keith J. Soressi, Esq.
Executive Director

Demi Tsiopelas
Lawyer Services Coordinator

**COMMITTEE ON GRIEVANCES**

Mary Rita Wallace, Chair
Wendi Kim Waldman, Vice Chair

MEMBERS
Marjorie G. Adler
Mary Ann Aiello
Robert J. Avallone
Daniel J. Baker
Andrew D. Blum
Lauren B. Bristol
Lisa Brogan
Christopher T. Cafaro
Alan W. Clark
W. Russell Corker
Frank G. D'Angelo, Jr.
George R. Dehaven
Joseph A. DeMarco
John P. DiMascio, Jr.
Frank A. Doddato
Elizabeth P. Donlon
Maureen Dougherty
Emily F. Franchina
Lawrence M. Greebel
James R. Hatter
Warren S. Hoffman
Todd E. Houslanger
James P. Joseph
William J. Kephart
Patricia M. Latzman
Kimberly D. Lerner
Peter H. Levy
James C. Markotsis
Catherine M. Martyn
Natasha Meyers
Robert A. McDonald
Felice J. Muraca
Patrick M. Murphy
Linda G. Nanos
Robert W. O'Brien
Marc A. Pergament
John P. Reali
George L. Repetti
Craig E. Rosasco
Troy G. Rosasco
Lee Rosenberg
Peter M. Rubin
William A. Sandback
Jerome A. Scharoff
Terry E. Scheiner
Stephen W. Schlissel
Dominic J. Sichenzia
Sanford Strenger
Andrew M. Thaler

September 29, 2015

<u>PERSONAL AND CONFIDENTIAL</u>

Royce Corley
Federal Correctional Institution
Danbury, CT 06811-3099

RE: File No: N-1902-14
Hardy-Corley

Dear Mr. Corley:

All of the facts pertaining to your complaint were presented to the Grievance Committee of the Nassau County Bar Association.

After deliberation the Committee determined that there was no breach of The New York Rules of Professional Conduct on the part of the attorneys.

The determination of the Committee does not preclude you from pursuing any legal remedy which may be available to you.

Sincerely,

*Mary R. Wallace*

Mary Rita Wallace
Chair
COMMITTEE ON GRIEVANCES

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099


October 5, 2015


Mary Rita Wallace, Chair
Committee on Grievances
Nassau County Bar Association
15th & West Street
Mineola, NY 11501

  Re: File No. N-1902-14
    Hardy-Corley

Dear Chair:

  This will acknowledge receipt of your letter dated September 29, 2015, indicating that "the Committee determined that there was no breach of the New York Rules of Professional Conduct on the part of the attorneys."

  I respectfully request a copy of any records or materials your Committee considered in this matter, outside of the complaint and responses filed by Mr. Hardy and myself.

Sincerely,

Royce Corley



# NASSAU COUNTY BAR ASSOCIATION

T: 516.747.4070
F: 516.747.4147

15th & West Streets
Mineola, NY 11501

info@nassaubar.org
www.nassaubar.org

Keith J. Soressi, Esq.
Executive Director
Demi Tsiopelas
Lawyer Services Coordinator

**COMMITTEE ON GRIEVANCES**

Mary Rita Wallace, Chair
Wendi Kim Waldman, Vice Chair

**MEMBERS**
Marjorie G. Adler
Mary Ann Aiello
Robert J. Avallone
Daniel J. Baker
Andrew D. Blum
Lauren B. Bristol
Lisa Brogan
Christopher T. Cafaro
Alan W. Clark
W. Russell Corker
Frank G. D'Angelo, Jr.
George R. Dehaven
Joseph A. DeMarco
John P. DiMascio, Jr.
Frank A. Doddato
Elizabeth P. Donlon
Maureen Dougherty
Emily F. Franchina
Lawrence M. Greebel
James R. Hatter
Warren S. Hoffman
Todd E. Houslanger
James P. Joseph
William J. Kephart
Patricia M. Latzman
Kimberly D. Lerner
Peter H. Levy
James C. Markotsis
Catherine M. Martyn
Natasha Meyers
Robert A. McDonald
Felice J. Muraca
Patrick M. Murphy
Linda G. Nanos
Robert W. O'Brien
Marc A. Pergament
John P. Reali
George L. Repetti
Craig E. Rosasco
Troy G. Rosasco
Lee Rosenberg
Peter M. Rubin
William A. Sandback
Jerome A. Scharoff
Terry E. Scheiner
Stephen W. Schlissel
Dominic J. Sichenzia
Sanford Strenger
Andrew M. Thaler

October 27, 2015

Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

RE: File No.: N-1902-14
Hardy-Corley

Dear Mr. Corley:

We are in receipt of your recent letter dated October 5, 2015, whereby, you requested any records or materials, in addition to, the complaint and responses of the Respondent. Unfortunately, we do not have any additional documents to forward to you.

Your file has been closed and referred to:

The State of New York Grievance Committee
for the Tenth Judicial District
150 Motor Parkway Ste. 102
Hauppauge, NY 11788
631.231.3775

You may contact them directly if you have any further questions regarding your file.

Thank you.

Sincerely,

Demi Tsiopelas

Demi Tsiopelas
Lawyer Services Coordinator

SERVING OUR MEMBERS, OUR PROFESSION AND OUR COMMUNITY SINCE 1899

E X H I B I T  D-2

646-535-2466          516-248-4041          info@ghardyesq.com

## HAVE A CASE?

## The Glenn F. Hardy Law Firm



*"Professional ability, character, independence and integrity, reputation for fairness and lack of bias, and temperament, including courtesy and patience." New York State Independent Judicial Election Qualification Commission*

### CLIENT CENTERED. EXPERIENCED.
### KNOWLEDGEABLE. DEDICATED.

These are the principles by which Glenn F. Hardy PC measures its practice. Mr. Hardy and his firm represent real people and businesses, with real issues, and who have a real stake in the outcome of their case. As a family man and former business owner, I understand the tremendous impact a judge's decision can have on the person or company, but also on the person's family or the company's employees.

The firm takes a personal interest in your case to ensure that it is handled correctly, professionally, and competently. Mr. Hardy and his firm understand your case is important to you, and that makes it important to Glenn F. Hardy.

Admitted in New York State • Commonwealth of Massachusetts • Eastern District of New York • Southern District of New York • US Court of Federal Claims



Call today for a
FREE CONSULTATION

1619 3rd Avenue
Suite 9K
New York, NY 10128

226 Seventh Avenue
Suite 302
Garden City, NY 11530

646-535-2466
212-828-1523

info@ghardyesq.com

516-248-4041
516-248-4042

OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466      516-248-4041      info@ghardyesq.com

## Profile



Upon graduating from Boston University School of Law with his JD and MBA, Glenn F. Hardy had a clear idea of the law firm he sought to build. He envisioned and has created a small and smart law firm that is experienced, efficient and effective; focused and formidable.

While cutting his teeth in the criminal courts, Glenn F. Hardy tried more cases than his colleagues, gaining invaluable experience and knowledge, learning to prepare yet being able to think quickly on his feet. Mr. Hardy's ability earned him placement on the esteemed Major Felony Offense and Homicide Defense Panels.

Mr. Hardy appears in court on a daily basis, providing him with an understanding of the culture of the courts, an intangible asset for his clients. Never afraid to advocate for his clients, he regularly tries cases in both the State and Federal courts, always fighting for his client's best interest.

Mr. Hardy's practice does not end with the courtroom. He is a member of the New York City Bar Association's prestigious Tort Committee and is at the forefront of the law and technology. He recently authored and submitted an article on E-Discovery to the New York Law Journal. He has lectured at the Nassau County Bar Association, and is also an Adjunct Professor at New York University and St. John's University.

Education
JD – Boston University 1994
MBA – Boston University 1995
BA – State University of New York at Binghamton

Admitted in the State of New York •The Commonwealth of Massachusetts • Eastern District of New York •Southern District of New York • US Court of Claims

## Call today for a FREE CONSULTATION

646-535-2466

212-828-1523

info@ghardyesq.com

516-248-4041

516-248-4042

## OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466        516-248-4041        info@ghardyesq.com

## Criminal Defense



I hold the notion that you are innocent until proven guilty. It is not merely a saying, but principle by which to live. HAVE A CASE?

No job is nobler than protecting those who can not protect themselves. This is the basis my criminal defense works. You have been charged with a crime, allegations that may be so severe that you may spend your life in prison. Finding a lawyer in the phone book or using your friend's attorney is simple. Your case is not. Finding an experienced, knowledgeable, trial ready attorney is not so simple – <u>until now</u>.

### EXPERIENCE

Mr. Hardy has handled over 3,500 cases involving varying aspects of criminal law from misdemeanors to felonies. Mr. Hardy does not shy away from any type of case. He understands that these are merely allegations, and that you are innocent until proven guilty. Mr. Hardy handles cases in both the State and Federal courts, as well as local village courts. His cases range from traffic tickets to major felonies, including, Attempted Murder, Burglary, Possession and Sale of Controlled Substances, Possession of a Weapon, Rape, and Robbery.

### KNOWLEDGE

Mr. Hardy currently serves on several defense panels including New York City, and Nassau, and previously served on the Queens panel. Mr. Hardy's expansive experience provides him with knowledge and understanding of how each county works. Each county handles cases differently; each county has their priorities. Mr. Hardy knows how each county operates, how that District Attorney puts a case together, and how to obtain documents that are pertinent to a case. This information is vital to your case and applying that knowledge correctly can prove valuable to your case.

### TRIALS

Mr. Hardy will prepare your case from the first day to be trial ready. He will research the relevant legal issues; contact witnesses; write motions. After consultation with you, and advising you of your options,, Mr. Hardy will take your case to trial to protect your freedom.  Mr. Hardy has tried a full range of cases in both State and Federal Courts. He has argued cases in several jurisdictions, gaining insight into the juries of each county. He has tried major felony cases including Attempted Murder, Robbery, Possession of a Weapon, Possession and Sale of Controlled Substance.

He has tried cases against Bureau Chiefs of Major Crimes and has been victorious.  He has cross-examined FBI

agents, DNA experts, Fingerprint experts, Ballistic experts, "Rape" nurses, Gang experts, drugs experts, crime scene and evidence collection officers, as well as hundreds of detectives and officers.

## Call today for a FREE CONSULTATION

| 646-535-2466 | info@ghardyesq.com | 516-248-4041 |
| 212-828-1523 | | 516-248-4042 |

## OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466          516-248-4041          info@ghardyesq.com

## Personal Injury

### EXPERIENCE

Mr. Hardy has handled cases ranging from car accidents,
subway accidents, slip and falls, to bar fights, consistently
achieving recoveries for injured clients. He has handled cases
in different counties, gaining an insight as to how each court
works, and how they view cases. While no case is simple, Mr.
Hardy seeks to narrow the issues, ready the medical



documents, research the relevant law, and provide a full case, ready for trial. Mr. Hardy has access to doctors,
investigators, experts and consultants to ensure your case is developed and well analyzed.

### KNOWLEDGE

Not only does Mr. Hardy have practical, hands-on knowledge of personal injury cases, he is constantly up to
date on the law and policies of insurance companies. As an Adjunct Professor at St. John's University, Mr.
Hardy teaches two courses directly applicable to your case: Tort Law and Insurance Law. Mr. Hardy's full and
complete understanding of these areas allows him to resolve cases in the most advantageous manner for you
and is able to push for the greatest possible settlement.

### TRIALS

Mr. Hardy prepares each matter in a diligent and complete fashion. His thoroughness often leads to a
settlement without the necessity of a lengthy, time-consuming trial. However, for those cases in which you are
not satisfied with settlement offers, Mr. Hardy is ready, willing, and able to pursue your matter to trial.



Call today for a FREE CONSULTATION

646-535-2466
212-828-1523

info@ghardyesq.com

516-248-4041
516-248-4042

OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466          516-248-4041          info@ghardyesq.com

## Government Contracts

### EXPERIENCE

Over the last decade, Mr. Hardy has been involved in
representing businesses that are engaged in government
contracting. Mr. Hardy has handled numerous protests
challenging contract awards as well as terminations for
delinquency (T4D) and terminations for convenience (T4C).
He is well versed in the DFAR and FAR as well as determining
the appropriate forum for filing, whether it be the agency,
the GAO, the Court of Federal Claims or the SBA. He is also
well aware of the time in which a filing must be made.



### KNOWLEDGE

Mr. Hardy recently completed the latest five day intensive
course in government contracting and FAR and DFAR rules,
regulations, and interpretations. Mr. Hardy met with and
discussed numerous issues with contracting officers from a
variety of agencies, as well as several members of the JAG
Corp. Mr. Hardy will evaluate and identify potential grounds
for the protest, and explain in a clear manner what to expect
from the process and what is needed to move the process
forward. Mr. Hardy will ensure that the protest meets
procedural guidelines and filing the appropriate motions or responses to the government as necessary.



Glenn F. Hardy renders legal assistance throughout the government contract process:—from bidding through
contract closeout. He provides practical and insight advice, educating his clients as they navigate the turbulent
and ever changing waters of the government procurement. Mr. Hardy takes a pro-active assisting his clients
throughout the bidding process to avoid costly litigation.

Mr. Hardy is well versed in:

- Protest before government agencies and the GAO
- Reviewing RFPs, Proposals and Certification
- Interpreting and understanding the FAR, DFARS and other agency supplements
- Terminations for Default and Terminations for Convenience
- FOIA Request and Responses

- Subcontracting and Teaming Agreements

## Call today for a FREE CONSULTATION

| 646-535-2466 | info@ghardyesq.com | 516-248-4041 |
| 212-828-1523 | | 516-248-4042 |

## OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466          516-248-4041          info@ghardyesq.com

## The Crime Report – Criminal Justice News, Statistics & Resources

The Crime Report is an award-winning, comprehensive news service covering criminal justice issues and
challenges in the United States and abroad. read more

HAVE

A

CASE?

## Metro – City Room Blog – NYTimes.com

News from across the five boroughs of New York City by the Times metro staff, including politics, schools,
transportation, crime and city life and reader discussions. read more

## Call today for a FREE CONSULTATION

646-535-2466
212-828-1523

info@ghardyesq.com

516-248-4041
516-248-4042

## OFFICES IN MANHATTAN AND GARDEN CITY

646-535-2466            516-248-4041            info@ghardyesq.com

## Contact

Glenn Hardy understands how important it is to be able to speak with your attorney when you want to, on the first attempt. When you call, we answer, when you email, we respond. Expect a thorough answer to every email. Expect a return call the same day when a message is left for Mr. Hardy.

Fill in the form below with any question you may have. Mr. Hardy will respond to you.  Please enter a phone number if possible.

First Name *

Last Name *

Your Email *

Phone No

Subject

Your Message

Submit

## Call today for a FREE CONSULTATION

646-535-2466

212-828-1523

info@ghardyesq.com

516-248-4041

516-248-4042

## OFFICES IN MANHATTAN AND GARDEN CITY

E X H I B I T   D-3

------------------------------------------------------------

CORLEY-HARDY ISSUES:
(D.O.C. Phone Records)

3491201601_20121205205501.wma (Hearings / Speedy-Trial)
... _20121210123729.wma (Federal Charges)
... _20121210181703.wma (20+ Hoes found by Barry)
... _20121210182459.wma (Hardy Asshole / "Riot Act")
... _20121212182742.wma (3-Amigos: Weiss-Hardy-Wittner)
... _20121212184336.wma (FBI long been investigating Corley)
... _20121218215158.wma ("Reverse Proffer")

Glenn F. Hardy, Esq. (w/ Public Defender???)
New York Defenders, Inc.
225 Broadway, New York, NY 10007
(212) 803-5100
Dir. Michael Coleman

EXHIBIT  D-4

----------------------------------------------------------------------------------------

FROM: Service, Research
TO: 68011054
SUBJECT: RE: Research
DATE: 01/28/2019 12:51:36 PM

Glenn F Hardy Age 50
Current Address
1619 3rd Ave #9K
New York, NY 10128-3937
Phone Numbers
(516) 248-4041 - Landline
(212) 828-1523 - Landline
(201) 232-9717 - Wireless
Full Background Report  Sponsored by PeopleFinders.com
Arrest Records
Court Records
Marriage & Divorce Records
Birth & Death Records
Police Records
Search Warrants
Criminal Records Data
Property Records
Bankruptcies, Judgments, Liens
Complete Background Check

Sponsored Links

Associated Names
Glen F Hardy, Glenn C Hardy, Glen N Hardy, Glenn Gardy, Glenn Hardi
Previous Addresses
1601 3rd Ave #9F
New York, NY 10128-3454
(Sep 2008 - Jun 2018)
630 1st Ave #6H
New York, NY 10016-3786
(Sep 2008 - Jun 2018)
226 7th St #302
Garden City, NY 11530-5723
(Sep 2008 - Aug 2016)
----------------------------------------
Glenn F Hardy Age 50
Current Address
1619 3rd Ave #9K
New York, NY 10128-3937
Phone Numbers
(212) 828-1523 - Landline
(212) 472-9833 - Landline
(516) 248-4041 - Landline
Background Report  Sponsored by BeenVerified.com
Arrest Records
Court Records
Marriage & Divorce Records
Bankruptcies, Judgments, Liens
Search Warrants
Criminal Records Data
Property Records
Current and Past Contact Info
Reverse Phone Lookups
Age

TRULINCS 68011054 - CORLEY, ROYCE - Unit: PET-B-A

----------------------------------------------------------------------------------------------------

Addresses and Phone Numbers
Relatives and Associates
Public Records Data
Complete Background Check

Sponsored Links

Previous Addresses
226 7th St #201
Garden City, NY 11530-5723
(Apr 2012 - Jul 2012)
1619 3rd Ave #8K
New York, NY 10128-3036
(Nov 2010 - Jul 2012)
630 1st Ave
New York, NY 10016-3700
(Jul 2001 - Jul 2012)

ROYCE CORLEY on 1/28/2019 8:49:48 AM wrote
Please provide me with the address, phone and email for:

Glenn Hardy (or Glenn F. Hardy)
Garden City, NY
(approx. 50 years old)

EXHIBIT   D-5

Google    | "glenn f. hardy"                                    |        [Sign in]

Web    News    Videos    Images    Shopping    More ▾    Search tools

About 782 results (0.29 seconds)

### Glenn Hardy, Esq
ghardyesq.com/ ▾
These are the principles by which **Glenn F. Hardy** PC measures its practice. Mr.
Hardy and his firm represent real people and businesses, with real issues, and ...

226 7th St #302, Garden City, NY 11530
(516) 248-4041

**Profile**
Profile. Upon graduating from Boston
University School of Law ...

**The Glenn F. Hardy Law Firm**
The firm takes a personal ... The
Glenn F. Hardy Law Firm.

More results from ghardyesq.com »

### Glenn F Hardy Pc - Garden City, NY - Lawyer in Garden City
www.manta.com › ... › Legal › Legal Services › Lawyers and Attorneys ▾
Get free rich company data such as size, revenue and contact information for **Glenn F
Hardy** Pc. This company profile also includes services and a map.

### Hardy Glenn F Atty Reviews | Lawyers | Garden City, NY ...
reviews.birdeye.com › Lawyers › Garden City, NY ▾
Rating: 4.2 - 5 reviews
Read reviews about Hardy Glenn F Atty from Garden City, NY. Rated 4.2 / 5 by 5. I
had great experience with Mr **Glenn F Hardy**, Mr Hardy not God, but he always ...

### Glenn F Hardy Law Offices - Yahoo Local
https://local.yahoo.com/info-11422349-**glenn-f-hardy**-law-offices-garde... ▾
Rating: 5 - 3 reviews
Find **Glenn F Hardy** Law Offices in Garden City with Address, Phone number from
Yahoo US Local. Includes **Glenn F Hardy** Law Offices Reviews, maps ...

### Hardy, Glenn F - Glenn F Hardy Law Offices - Lawyers in ...
www.lawyer-map.com/Hardy_Glenn_F__**Glenn_F_Hardy**_Law_Offices... ▾
Learn more about Hardy, Glenn F - **Glenn F Hardy** Law Offices in Garden City, New
York (fees, qualifications, contact information and law firm overview.)

### Hardy, Glenn F - Glenn F Hardy Law Offices Garden City ...
www.yellowpages.com/.../hardy-glenn-f-atty-1056152 ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons and more for Hardy, Glenn F - **Glenn F Hardy**
Law Offices at 226 7th St Ste 302, Garden City, NY. Search for other ...

### [PDF] UNITED STATES DISTRICT COURT EASTERN DISTRI...
www.gpo.gov/.../USCOURT... ▾ United States Government Publishing Office
Jan 6, 2015 - Nassau County, **Glenn F. Hardy**, Devane and Groder, and Jeffrey.
Groder (collectively, "Defendants"). Plaintiff claims that. Defendants deprived ...

### Glenn F Hardy Profiles | Facebook
https://www.facebook.com/public/**Glenn-F-Hardy** ▾ Facebook ▾
View the profiles of people named **Glenn F Hardy** on Facebook. Join Facebook to
connect with **Glenn F Hardy** and others you may know. Facebook gives people ...

### Lawyer Glenn Hardy - Garden City, NY Attorney - Avvo.com
www.avvo.com › Find a Lawyer › New York › Garden City ▾ Avvo ▾
Feb 7, 2013 - **Glenn F Hardy**. Is this you? Claim and update your profile for free! ...
**Glenn F Hardy**, is this your profile? Claiming your profile is free and easy.

1  2  3  4  5  6          Next



## Glenn F Hardy Law Offices

Attorney

**Address:** 226 7th St #302, Garden City, NY 11530
**Phone:** (516) 248-4041

[Directions]

### Reviews
Be the first to review

[Write a review]

### People also search for          View 10+ more

    

Saltzman        Law Office      Jonathan E.     Cullen and
Chetkof &       of Angela       Kroll &         Dykman
Rosenberg       Siegel          Associates,     LLP
LLP                             PLLC

Are you the business owner?          Feedback

EXHIBIT E

# FOIL REQUEST

Royce Corley (349-12-01601)
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370


November 3, 2012


New York State Commission on Judicial Conduct
61 Broadway, Suite 1200
New York, NY 10006


Dear Records Access Officer:

     This is a formal request for records pursuant to Public Officer Law Article 6 (FOIL). I respectfully request a copy of the following records:

   1. All documents involving the following New York State justices:

        • Bonnie G. Wittner
        • Abraham L. Clott

   2. All documents in regards to judges setting unreasonable, excessive or unconstitutional bail.

   3. All documents in regards to judges altering stenographic minutes.

   4. All documents of a statistical nature involving judges in New York county.


     As provided by Public Officer Law § 89(3)(a) I expect a written response to my request within five (5) business days.


Sincerely,

Royce Corley


SWORN TO BEFORE ME THIS

_____ DAY OF _____, 2012


N O T A R Y

RUTH MARCANO
Notary Public, State of New York
No. 01MA5088836
Qualified in Queens County
Commission Expires Dec. 01, 20__



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0037
TELEPHONE        FACSIMILE
www.cjc.ny.gov

MARISA E. HARRISON
RECORDS ACCESS OFFICER

November 13, 2012

Mr. Royce Corley, 349-12-01601
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

Dear Mr. Corley:

As the records access officer, I am responding to your FOIL request dated November 3, 2012.

In response to your request for all documents involving Judge Bonnie G. Wittner and Judge Abraham L. Clott, section 45 of the Judiciary Law provides that all proceedings, complaints, correspondence and other records of the Commission are confidential with strictly limited exceptions. If a judge has been publicly disciplined, a public file is available. No public disciplinary action has been taken concerning the Judge Wittner or Judge Clott. Accordingly, pursuant to statute, no information or records from the Commission's files are available.

In response to your request for "all documents in regards to judges setting unreasonable, excessive or unconstitutional bail," I am enclosing the Commission determination dated March 30, 2004 in the Matter of Henry R. Bauer, who was removed, in part, for a pattern of excessive bail. The removal was upheld by the Court of Appeals. *Matter of Bauer*, 3 NY3d 158 (2004).

The Commission has no records available "in regards to judges altering stenographic minutes," as no public disciplinary actions have been taken for this conduct.

In response to your request for "all documents of a statistical nature involving judges in New York county," I am enclosing a list of judges in New York County who have been publicly disciplined.

Any appeal of this decision may be directed to the Commission's Administrator, Robert H. Tembeckjian, who has been designated to review such appeals.

Very truly yours,

Marisa E. Harrison

Enclosures

Publicly Disciplined New York County Judges

| Last Name | First Name | MI | Court | County | Other Courts | Summary | Determi-nation or Decision Date | Disposition | Court of Appeals Decision |
|---|---|---|---|---|---|---|---|---|---|
| Ambrecht | Michael | R | Claims | New York | Supreme (Acting), 1, New York | Sat on two cases in which his personal attorney appeared. | 10/29/2008 | censure | |
| Birnbaum | Arthur | | Civil | New York | | In campaign literature, identified himself as a tenant and quoted tenants whose cases he had handled favorably. | 9/29/1997 | censure | |
| Blangiardo | Frank | J | Civil | New York | Supreme (Acting), 1, New York | Swatted at female attorney's hand and said, "I like to hit girls because they are soft." | 7/23/1987 | admonition | |
| Chan | Margaret | | Civil | New York | | Campaign literature had pro-tenant bias and misrepresented that she was endorsed by the *Times*; personally solicited campaign contributions. | 11/17/2009 | admonition | |
| Collazo | Salvador | | Civil | New York | Supreme, 1, New York | Used sexist language in note and conversation with female law intern; false testimony to Commission; misled Governor and Senate concerning Commission's investigation. | 7/18/1997 | removal | removal |
| Evens | Lester | | Civil | New York | | Ordered prostitute to sit on the bench with him; made intemperate remarks to two attorneys and a defendant. | 9/18/1985 | censure | |
| Feinman | Paul | G | Civil | New York | | After his beeper sounded in the courtroom, judge had a defendant held in handcuffs for 1 hour and 40 minutes. | 12/21/1999 | admonition | |
| Figueroa | Antonio | S | Criminal | New York | | Asserted influence in case in which his great-grandnephew was the criminal defendant. | 11/1/1979 | censure | |
| Greenfield | Edward | J | Supreme | New York | | Adjudicative delays. | 9/28/1989 | censure | dismissed |
| Grossman | Louis | | Civil | New York | | Mistreated a child he was interviewing in a divorce proceeding. | 11/20/1984 | censure | |
| Kaplan | Bruce | M | Family | New York | | Improperly intervened on behalf of friend in child visitation dispute in order to obtain investigation of child abuse. | 5/6/1996 | admonition | |

Publicly Disciplined New York County Judges

| Last Name | First Name | MI | Court | County | Other Courts | Summary | Determination or Decision Date | Disposition | Court of Appeals Decision |
|---|---|---|---|---|---|---|---|---|---|
| Kaplan | Louis | I | Civil | New York | | Intemperate demeanor. | 12/12/1979 | admonition | |
| Kaplan | Louis | I | Supreme | New York | | Used prestige of office on behalf of his wife's solicitations of charitable contributions from attorneys. | 5/17/1983 | admonition | |
| Klein | Martin | B | Civil | New York | Supreme (Acting), 12, Bronx | Altered a signed decision after receiving ex parte communications from one counsel. | 8/30/1984 | censure | |
| Lebedeff | Diane | A | Civil | New York | | Failed to pay her accountant for tax services for four years while appointing her as a fiduciary and approving her fees. | 11/5/2003 | censure | |
| Lebedeff | Diane | A | Civil | New York | Supreme (Acting), 1, New York | Presided over a case in which the plaintiff was an attorney with whom she had a significant personal and professional relationship and whom she appointed as a fiduciary. | 3/18/2005 | censure | |
| Leff | James | J | Supreme | New York | | Refused for six months to obey an administrative order assigning him to civil part. | 8/20/1982 | censure | |
| Michels | Shari | R | Civil | New York | | Campaign literature misrepresented that she was endorsed by the *Times*. | 11/17/2011 | admonition | |
| Recant | Donna | G | Criminal | New York | | Ex parte conversation with prosecutor; misused bail to coerce guilty pleas; held two defendants in custody contrary to procedures governing contempt; discourteous demeanor. | 11/19/2001 | censure | |
| Sena | George | C | Civil | New York | | Habitual intemperance and poor demeanor. | 1/18/1980 | censure | |
| Spector | Morris | | Supreme | New York | | Favoritism in appointments. | 12/14/1978 | admonition | admonition |
| Taylor | Margaret | | Civil | New York | | Forced attorney to sit in court until jury trial was waived; retaliated against attorney who complained against her by scheduling his case last. | 1/13/1982 | admonition | |

Publicly Disciplined New York County Judges

| Last Name | First Name | MI | Court | County | Other Courts | Summary | Determination or Decision Date | Disposition | Court of Appeals Decision |
|-----------|-----------|-----|-------|--------|--------------|---------|-------------------------------|-------------|---------------------------|
| Wright | Bruce | McM | Supreme | New York | | Lent prestige of his office to litigant in letters and affidavits and presided over her case. | 6/20/1988 | censure | |

EXHIBIT  F



**Finance**

September 16, 2014

Royce Corley 68011-054
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, CT 06811-3099

Dear Mr. Corley:

This is in response to your September 2, 3014 Freedom of Information Law request.

Attached is a copy of the only information that could be located in response to your request. It is being provided to you free of charge.

Sincerely,

Gerald S. Koszer
Records Access Officer

GK/jdm

Supreme Court
of the
State of New York



**MICHAEL J. OBUS**
ADMINISTRATIVE JUDGE
FOR CRIMINAL MATTERS
NEW YORK COUNTY

CHAMBERS
100 CENTRE STREET
NEW YORK, NY 10013

December 20, 2013

Ms. Mimi Shui
Deputy Director of Payments
Assigned Counsel Plan
253 Broadway, 8 Floor
New York, New York 10007

Dear Ms. Shui:

I am approving the vouchers detailed in your letter dated December 16, 2013, which include expenses above the OCA guideline rates as shown below.

| Expert Name | Docket # | Regular Rate | Enhanced Rate | Authorized Amount |
|---|---|---|---|---|
| Ports & Files | 0423-2012 | $ 32.00 | $ 50.00 | $ 925.00 |
| Ports & Files | 3762-2012 | $ 32.00 | $ 50.00 | $ 962.50 |
| Ports & Files | 0118-2013 | $ 32.00 | $ 50.00 | $ 250.00 |
| Ports & Files | 5596-2012 | $ 32.00 | $ 50.00 | $1,425.00 |
| Eric Goldsmith, MD | 1307-2012 | $ 125.00 | $ 250.00 | $6,000.00 |
| Cheryl Paradis, MD | 6227-2006 | $ 90.00 | $ 120.00 | $2,520.00 |
| Nadine Mass, LCSW | 4088-2012 | $ 45.00 | $ 75.00 | $ 750.00 |
| Forensic Science Consulting, Inc. | 1050-2012 | $ 100.00 | $ 150.00 | $ 900.00 |
| Karen Rosenbaum | 3428-2012 | $ 125.00 | $ 200.00 | $1,800.00 |

Thank you for your assistance.

Very truly yours,

Honorable Michael J. Obus
Administrative Judge

MJO:ampo

NYC ASSIGNED COUNSEL PLAN – EXPERT VOUCHER FOR 722-c SERVICES IN
CRIMINAL COURT AND SUPREME COURT CRIMINAL TERM

ROYCE CORLEY
Name of Defendant

0423/2012
Indictment Number

1/10/13
Date of Order Authorizing Service

All Docket Numbers:

PORTS & FILES
Name of Payee

INVESTIGATIONS
Area of Expertise

MICHAEL BARRY
Name of Expert if Different from Payee

NEW YORK SUPREME COURT
County and Court of Service

GLENN F. HARDY                    , ESQ
Attorney Assigned to Case with Expert

HON. J,    B. WITTNER
Judge/Referee/JHO/Magistrate

58-2482999
Social Security #    -or-    Tax Payer ID#

30 VESEY STREET - SUITE 1803
Payee Street Address (No PO Boxes Accepted)

NEW YORK          NY          10007
City              State        Zip Code

212 482 0200
Telephone

A.  TOTAL HOURS BILLED 18.5    AT $ 50.00    PER HOURLY RATE = $ 925.00

B.  ITEMIZED EXPENSES (RECEIPTS MUST BE ATTACHED; ATTACH ADDITIONAL SHEET IF NECESSARY
(1) _____ $ _____    (3) _____ $ _____
(2) _____ $ _____    (4) _____ $ _____
                                        TOTAL EXPENSES $ _____

TOTAL AMOUNT OF VOUCHER (SUM OF A & B)  = $  926.00

HAS EXPERT COMPENSATION AND/OR REIMBURSEMENT FOR THIS INDICTMENT/DOCKET(S) PREVIOUSLY BEEN
APPLIED FOR OR RECEIVED?
? YES  X NO  IF YES, SPECIFY AMOUNT AND CIRCUMSTANCES:
DATE _____ AMOUNT _____ REASON FOR PAYMENT _____

THE ABOVE INFORMATION IS CERTIFIED TO BE CORRECT.    EXPERT SIGNATURE

ATTORNEY AFFIRMATION
I  GLENN F. HARDY                    (print name) certify, pursuant to the penalties of perjury, that
the above-named expert was duly appointed to this case by order dated  1/10/13 . I further certify that I utilized the
services of this expert in conjunction with my legal representation of the above-named defendant and the work product and
services described in the voucher and accompanying worksheet are consistent with my understanding of the services
conducted by this expert.

Attorney Signature: _____    Date  11/20/13

EXPERT COMPUTATION

$ RATE 50.00 x 18.5 HOURS = $ 925.00

EXPENSES      + $ 0

TOTAL         = $ 925.00

FOR COURT USE ONLY:

$ RATE ____ x ____ HOURS = $ ____

EXPENSES      + $ ____

TOTAL         = $ ____

? APPROVED AS SUBMITTED  ? ADJUSTED

JUDICIAL SIGNATURE/STAMP   HON. B. WITTNER

DATE              PT 61 DEC 0 6 2013

JAN 1 3 2014

ANY VOUCHER EXCEEDING THE STATUTORY $1,000 CAP MUST INCLUDE AN AFFIDAVIT OF EXPLANATION
THIS VOUCHER SUBMISSION MUST INCLUDE THE ORDER, WORKSHEET AND AN EXPENSE RECEIPTS
VOUCHER MUST BE SUBMITTED WITHIN 45 DAYS OF FINAL DISPOSITION OR DATE ATTY RELIEVED FROM CASE
Assigned Counsel Plan  253 Broadway, 2nd Floor, New York, New York, 10007
ACP 12/07          PLEASE RETAIN A COPY FOR YOUR RECORDS

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK NEW YORK**
-------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK

                                               **Indictment No.:** 423/2012
                                               **Docket No.:** _____

                                               ORDER AUTHORIZING SERVICES
                    -against-                  OTHER THAN COUNSEL UNDER
                                               ARTICLE 18-B OF THE COUNTY
                                               LAW, SECTION 722-c

ROYCE CORLEY _____,

                          Defendant.
-------------------------------------------------------------x


Upon reading the Affirmation of GLENN F. HARDY, ESQ., counsel for the above-referenced defendant, setting forth the justification for the appointment of Michael Barry (expert or other professional) whose curriculum vitae was provided to the court and who was requested to provide investigative services, and the Court being satisfied that the defendant is financially unable to obtain investigative, expert or other services necessary to an adequate presentation of (his)(her) case, it is hereby

ORDERED, that counsel is authorized to obtain the necessary and reasonable and services of Michael Barry/Ports & Files for the hourly rate of $50.00 in accordance with Article 18-B, Section 722-c of the County Law.

And IT IS FURTHER ORDERED that upon rendition of such services, counsel shall be authorized to present to the Court a claim for compensation not to exceed the statutory cap of $1,000, at which time the Court will determine reasonable compensation for the services rendered and direct the City of New York to pay such amount to the expert/professional or to such other person entitled to that compensation. If any such claim for compensation exceeds the statutory cap of $ 1,000, counsel must submit an affirmation detailing the extraordinary circumstanced requiring work in excess of the cap.

NUNC PRO TUNC
11/7/12


                                          _____
                                          Judicial Signature/Stamp  Hon. B. Wittner

                                          Dated: _____ 20____

                                                   PT. 61  JAN 1 0 2013

| Date | From | To | Part | Description | Rate | Duration | Amount |
|------|------|----|----|-------------|------|----------|--------|
| 02/15/2012 | 10:00 am | 11:45 am | 61 | Bail Review | 75 | 1:45 | 131.25 |
| 04/10/2012 | 10:30 am | 11:30 am | 61 | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | motions decided, adjourned for hearings |  |  |  |
| 05/15/2012 | 11:00 am | 12:00 pm | 61 | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | conferred, set hearing date |  |  |  |
| 06/12/2012 | 12:00 pm | 1:00 pm | 61 | Hearing Scheduled - People Not Ready | 75 | 1:00 | 75.00 |
| 07/31/2012 | 12:00 pm | 1:00 pm | 61 | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | adjourned to afternoon |  |  |  |
| 07/31/2012 | 2:00 pm | 4:00 pm | 61 | Hearing Scheduled - Defense Not Ready | 75 | 2:00 | 150.00 |
| 09/10/2012 | 3:00 pm | 4:10 pm | 61 | Hearing Scheduled - Defense Not Ready | 75 | 1:10 | 87.50 |
| 11/13/2012 | 10:45 am | 1:00 pm | 61 | Hearing Scheduled - People Not Ready | 75 | 2:15 | 168.75 |
| 12/04/2012 | 11:00 am | 12:00 pm | 61 | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | DA not ready for trial, requested time to respond to motion,motion denied by court, adjourned 4 tria |  |  |  |
| 12/12/2012 | 10:30 am | 11:45 am | 61 | Other | 75 | 1:15 | 93.75 |
|  |  |  |  | on for trial, but DA says Feds want to pick up case, so DA not ready |  |  |  |
| 12/20/2012 | 10:20 am | 11:45 am | 61 | Other | 75 | 1:25 | 106.25 |
|  |  |  |  | court refused to rehear 30.30 motion, client refused offer of 2⅓-7, feds will take case |  |  |  |
| 01/24/2013 | 3:20 pm | 4:15 pm | 61 | Other | 75 | 0:55 | 68.75 |
|  |  |  |  | Feds filed charges, D indicted on fed case, adjourned for Marshalls to pick him up |  |  |  |
|  |  |  |  |  |  | **15:45** | **1,181.25** |
| 01/26/2012 | 1:00 pm | 2:00 pm |  | Defendant at Jail/Prison | 75 | 1:00 | 75.00 |
| 01/28/2012 | 9:00 am | 11:00 am |  | Other | 75 | 2:00 | 150.00 |
|  |  |  |  | Reviewed charges, reviewed NYSIs, letter to client, s/w client's father, demand prepared |  |  |  |
| 01/30/2012 | 10:00 am | 11:10 am |  | Meeting | 75 | 1:10 | 87.50 |
|  |  |  |  | met with father, reviewed paperwork he provided |  |  |  |
| 02/03/2012 | 1:00 pm | 1:30 pm |  | Phone call | 75 | 0:30 | 37.50 |
|  |  |  |  | s/w father re: issues in case |  |  |  |
| 02/06/2012 | 10:30 am | 11:15 am |  | Phone call | 75 | 0:45 | 56.25 |
|  |  |  |  | s/w father and son on party line, s/w father |  |  |  |
| 02/07/2012 | 11:30 am | 12:00 pm |  | Other | 75 | 0:30 | 37.50 |
|  |  |  |  | filed demand |  |  |  |
| 02/08/2012 | 8:30 am | 9:30 am |  | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | s/w father, reviewed file for jail visit |  |  |  |
| 02/09/2012 | 1:30 pm | 2:00 pm |  | Defendant at Jail/Prison | 75 | 0:30 | 37.50 |
| 02/14/2012 | 6:20 pm | 7:30 pm |  | Other | 75 | 1:10 | 87.50 |
|  |  |  |  | reviewed fiel for court, s/w clients father at lenght |  |  |  |
| 02/16/2012 | 6:20 pm | 7:30 pm |  | Draft Correspondence | 75 | 1:10 | 87.50 |
|  |  |  |  | letter to client re: status, updated file, s/w client's father |  |  |  |
| 03/07/2012 | 6:30 pm | 9:30 pm |  | Other | 75 | 3:00 | 225.00 |
|  |  |  |  | reviewed paperwork provided by father, omnibus motion written |  |  |  |
| 03/11/2012 | 9:00 am | 12:00 pm |  | Other | 75 | 3:00 | 225.00 |
|  |  |  |  | recieved disc from DA , began to print discovery |  |  |  |
| 03/12/2012 | 9:45 am | 10:15 am |  | Filing/Service of Motion & Bill and Demand | 75 | 0:30 | 37.50 |
| 03/14/2012 | 4:00 pm | 5:00 pm |  | Defendant at Jail/Prison | 75 | 1:00 | 75.00 |
| 03/29/2012 | 12:00 pm | 1:00 pm |  | Defendant at Jail/Prison | 75 | 1:00 | 75.00 |
| 03/29/2012 | 9:30 pm | 10:30 pm |  | Other | 75 | 1:00 | 75.00 |
|  |  |  |  | prepared order for investigator, s/w client's fther |  |  |  |
| 04/02/2012 | 8:30 am | 10:00 am |  | Other | 75 | 1:30 | 112.50 |
|  |  |  |  | received and reviewed DA's response to motion, copied and sent file for client |  |  |  |
| 04/09/2012 | 10:00 am | 10:30 am |  | Draft Correspondence | 75 | 0:30 | 37.50 |
|  |  |  |  | letter to couert re :adjournment |  |  |  |
| 04/13/2012 | 3:00 pm | 4:10 pm |  | Other | 75 | 1:10 | 87.50 |
|  |  |  |  | letter to client, s/w client's father, updated file |  |  |  |
| 05/06/2012 | 8:00 am | 11:00 am |  | Other | 75 | 3:00 | 225.00 |
|  |  |  |  | received and  review new discwith addtional discovery from DA |  |  |  |
| 05/14/2012 | 2:00 pm | 3:00 pm |  | Draft Correspondence | 75 | 1:00 | 75.00 |
|  |  |  |  | copied additional discovery and sent to client |  |  |  |
| 05/15/2012 | 3:00 pm | 3:30 pm |  | Defendant at Jail/Prison | 75 | 0:30 | 37.50 |
| 05/19/2012 | 11:00 am | 12:15 pm |  | Draft Correspondence | 75 | 1:15 | 93.75 |
|  |  |  |  | updated file, letter to client , s/w client's father |  |  |  |

APPROVED

APR 23 2013

Judge: **Bonnie Wittner**
921/ AG

Vendor: Glenn F. Hardy
Court: Manhattan Criminal

Voucher: 808212      3/21/13  2:58 pm
Case: 5490949                    Page 5 of 11

Defendant: Royce Corley

Docket: 2012NY007628

| Date | From | To | Part | Description | Rate | Duration | Amount |
|------|------|-----|------|-------------|------|----------|--------|
| 06/11/2012 | 6:10 pm | 7:00 pm | | Other | 75 | 0:50 | 62.50 |
| | | | | reviewed file for court | | | |
| 06/13/2012 | 4:30 pm | 5:10 pm | | Draft Correspondence | 75 | 0:40 | 50.00 |
| | | | | updated file, letter to client | | | |
| 06/19/2012 | 5:30 pm | 6:00 pm | | Other | 75 | 0:30 | 37.50 |
| | | | | s/w father, reviewed file | | | |
| 06/20/2012 | 10:30 am | 11:40 am | | Defendant at Jail/Prison | 75 | 1:10 | 87.50 |
| 06/26/2012 | 11:00 am | 11:40 am | | Other | 75 | 0:40 | 50.00 |
| | | | | prepared aff. of engagement, s/w clients father | | | |
| 06/29/2012 | 6:00 pm | 7:10 pm | | Draft Correspondence | 75 | 1:10 | 87.50 |
| | | | | letter to client re: case status, s/w client's father, file updated | | | |
| 07/30/2012 | 4:00 pm | 7:00 pm | | Other | 75 | 3:00 | 225.00 |
| | | | | prepared for hearings | | | |
| 07/31/2012 | 7:00 pm | 8:10 pm | | Draft Correspondence | 75 | 1:10 | 87.50 |
| | | | | updated file, letter to client, s/w client's fther | | | |
| 09/09/2012 | 10:50 am | 11:40 am | | Other | 75 | 0:50 | 62.50 |
| | | | | reviewed file for court | | | |
| 09/15/2012 | 2:55 pm | 4:00 pm | | Draft Correspondence | 75 | 1:05 | 81.25 |
| | | | | letter to client, s/w client's father, file updated | | | |
| 09/28/2012 | 2:00 pm | 4:00 pm | | Other | 75 | 2:00 | 150.00 |
| | | | | client called as witness in related case, appeared and declined to testify | | | |
| 10/08/2012 | 4:30 pm | 5:00 pm | | Other | 75 | 0:30 | 37.50 |
| | | | | prepared aff. of engagment | | | |
| 10/09/2012 | 5:00 pm | 5:45 pm | | Draft Correspondence | 75 | 0:45 | 56.25 |
| | | | | letter to client re: case status, updated file, s/w client's father | | | |
| 10/28/2012 | 2:00 pm | 8:00 pm | | Other | 75 | 6:00 | 450.00 |
| | | | | printed 3000 pages of evidence | | | |
| 11/03/2012 | 9:00 am | 5:00 pm | | Other | 75 | 8:00 | 600.00 |
| | | | | reviewed documents from disc provided by DA | | | |
| 11/10/2012 | 4:00 pm | 11:00 pm | | Trial Preparation | 75 | 7:00 | 525.00 |
| 11/11/2012 | 9:00 am | 1:00 pm | | Trial Preparation | 75 | 4:00 | 300.00 |
| 11/11/2012 | 3:00 pm | 10:00 pm | | Other | 75 | 7:00 | 525.00 |
| | | | | reviewed additional information, prepared for trial | | | |
| 11/13/2012 | 7:00 pm | 7:40 pm | | Draft Correspondence | 75 | 0:40 | 50.00 |
| | | | | updated file, letter to client | | | |
| 11/19/2012 | 11:00 am | 12:00 pm | | Other | 75 | 1:00 | 75.00 |
| | | | | s/w new investigator, faxed file | | | |
| 11/25/2012 | 9:00 am | 1:00 pm | | Other | 75 | 4:00 | 300.00 |
| | | | | researched speedy trial motion | | | |
| 11/26/2012 | 10:00 am | 1:00 pm | | Other | 75 | 3:00 | 225.00 |
| | | | | prepared speey trial motion | | | |
| 11/27/2012 | 11:00 am | 11:30 am | | Other | 75 | 0:30 | 37.50 |
| | | | | motion served | | | |
| 12/01/2012 | 9:00 am | 5:00 pm | | Trial Preparation | 75 | 8:00 | 600.00 |
| 12/01/2012 | 6:00 pm | 11:00 pm | | Trial Preparation | 75 | 5:00 | 375.00 |
| 12/03/2012 | 9:00 pm | 11:30 pm | | Other | 75 | 2:30 | 187.50 |
| | | | | s/w investigator, s/w clients father, reviewed evidence | | | |
| 12/04/2012 | 6:00 pm | 8:00 pm | | Other | 75 | 2:00 | 150.00 |
| | | | | s/w client's father, s/w investigator, provided addtioanl discovery to father | | | |
| 12/11/2012 | 4:30 pm | 7:30 pm | | Trial Preparation | 75 | 3:00 | 225.00 |
| 12/12/2012 | 8:15 am | 9:00 am | | Prosecuting Official | 75 | 0:45 | 56.25 |
| 12/13/2012 | 8:30 pm | 9:20 pm | | Draft Correspondence | 75 | 0:50 | 62.50 |
| | | | | letter to client re: confirming choice to go with Fed to prosecute | | | |
| 12/18/2012 | 3:00 pm | 5:30 pm | | Other | 75 | 2:30 | 187.50 |
| | | | | met with client, prosecutor/DA and US attonreys for proffer session | | | |
| 12/20/2012 | 5:30 pm | 6:40 pm | | Draft Correspondence | 75 | 1:10 | 87.50 |
| | | | | updated file, letter to client re: feds, s/w clients father | | | |
| 01/23/2013 | 2:00 pm | 2:45 pm | | Other | 75 | 0:45 | 56.25 |
| | | | | reviewed file for court, s/w ADA, s/w clients father | | | |
| 01/24/2013 | 6:10 pm | 6:40 pm | | Other | 75 | 0:30 | 37.50 |
| | | | | updated file | | | |
| 01/31/2013 | 3:45 pm | 4:25 pm | | Other | 75 | 0:40 | 50.00 |
| | | | | s/w Fed defender, s/w ADA, s/w client's father | | | |

| Date | From | To | Part | Description | Rate | Duration | Amount |
|------|------|----|----|-------------|------|----------|--------|
| 02/01/2013 | 7:00 pm | 8:00 pm | | Draft Correspondence | 75 | 1 :00 | 75.00 |
| | | | | updated file, letter to client re: final state status | | | |

|  |  |  |
|--|--|--|
| | **112:20** | **8,425.00** |
| | activity total: | 9,606.25 |
| | expenses: | 0.00 |
| | grand total: | 9,606.25 |

---

[ Criminal ] COURT, THE STATE OF NEW YORK          Voucher #: [808212]

[ Manhattan ] COUNTY                               Case #:[5490949]

_____

The People of the State of New York          **Affirmation**

-against-

**Defendant:**                               **Docket/Indictment No:**

Royce Corley                                 2012NY007628

_____

I, **Glenn F. Hardy** an attorney duly admitted to the practice of law in the courts of
the state of New York, do hereby affirm, under the penalty of perjury, that the
following is true:

I have been assigned to represent the defendant, **Royce Corley**, pursuant to County
Law 18b.

I performed the following work in the course of said representation:

---

**Affirmation of OverCap**

This matter went over cap due to the following reasons:

There were over 5000 pages of information provided by the DA that had to be reviewed
The defendant's father was too involved with the case, with constant phone calls and
demends for copies of all papers
The defendant wanted constant jail visits
The defendant was called to testify at a related case.
The defendant was not interested in a plea and wanted a trial, thus it was necessary
to review all the material, which took significant time.
The US attorney's office picked up the matter, but that too took time as there were
several adjournments for the US to come in, and then a proffer session to ensure the
defendant understood the consequences of his election to go to the Feds.
All the work was necessary to mount a zealous defense for the defendant.

**Affirmation of OverBilling**

Over billing on 6/13/12 was due to
1. significant number of case on during the day
2.  trial preparation for an unrelated matter scheduled for
trial on 6/14/12

Over billing for 12/1/12:
1/  The DA provided over 5000 pages of information that had to be sifted through as
I prepared for trial, and it took several days, inlcuding 12/1/12.

Judge: **Bonnie Wittner**
921/ AG

Vendor: Glenn F. Hardy
Court: Manhattan Criminal

Voucher: 808212          3/21/13   2:58 pm
Case: 5490949                    Page 7 of 11
Docket: 2012NY007628

Defendant: Royce Corley

Pursuant to Article 18B of the County Law, I hereby approve payment for the above listed voucher, subject to any modifications made herein.

Signature: _____  Judge Stamp: HON. B. WITTNER          Date: _____
(use blue ink)

FROM:

Name
Royce Corley (68011-054)

Box or Street Address
P.O. Box 1000

City, State and ZIP Code
Petersburg, VA 23804-1000

TO:

Court Clerk, U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Postage Stamps
Here





RECEIVED
NOV 22 2019
S.D.N.Y.

USMP3
SDNY

RECEIVED
NOV 2 5 2019
PRO SE OFFICE